AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

LINDA THORNTON

V.

FLAVOR HOUSE PRODUCTS, INC., AND
FRANKLIN D. WILLIAMS, JR.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07cv712-WKW

TO: (Name and address of Defendant)

Flavor House Products, Inc.
c/o Registered Agent
The Corporation Company
2000 Interstate Park Drive Ste 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ann C. Robertson
Temple D. Trueblood
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
205-328-0640

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(By) DEPUTY CLERK

August 8, 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  Date                               *Signature of Server*

                                    _____
                                    *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

1:07cv712-WKW
8-8-07
Postmark Here

Cup|sum

Sent To: Flavor House Products, Inc.
Street, or PO B: c/o Registered Agent
         The Corporation Company
City, St: 2000 Interstate Park Drive Ste 204
         Montgomery, Alabama 36109

7005 2260 0000 4755 4801

PS Form 3800, June 2002          See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

LINDA THORNTON

V.

FLAVOR HOUSE PRODUCTS, INC., AND
FRANKLIN D. WILLIAMS, JR.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   1:07cv712-WKW

TO: (Name and address of Defendant)

Franklin D. Williams, Jr.
1408 North Broad Street
Cowarts, Alabama 36321

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ann C. Robertson
Temple D. Trueblood
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
205-328-0640

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

/s/ Deputy Clerk
(BY) DEPUTY CLERK

August 8, 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

 ☐ Served personally upon the defendant. Place where served: _____

 ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

 ☐ Returned unexecuted: _____

 ☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

 I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
     Date        Signature of Server

              _____
              Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

1:07cv712-WKW
8-8-07
Postmark Here

cmp/sms

Sent To
Franklin D. Williams, Jr.
1408 North Broad Street
Cowarts, Alabama 36321

7002 0260 0000 4755 4818

PS Form 3800, June 2002  See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.