Thornton

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Flavor House Products, Inc.
c/o Registered Agent
The Corporation Company
2000 Interstate Park Drive Ste 204
Montgomery, Alabama 36109

1:07cv712-WKW Cmplsmo

2. Article Number

7003 2260 0000 4755 4801

PS Form 3811, August 2001      Domestic Return Receipt       102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
The Corporation Company
☐ Agent
☑ Addressee

B. Received by (Printed Name): The Corporation Company
C. Date of Delivery: 8/9/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes