**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 29, 2007

**NOTICE OF DEFICIENCY**

Christine E. Howard
Fisher & Phillips
945 East Paces Ferry Road
1500 Resurgens Plaza
Atlanta, GA 30326

Re:   Thornton v. Flavor House Products, Inc. et al
      Civil Action No. 1:07-cv-00712-WKW

Dear Sir & Madam:

Our records reflect that you have not been admitted to practice in this Court. This court requires that any attorney who is not a member of the Bar of this Court but who is admitted to practice before the United States District Court for the district in which such person resides, or regularly practices by law, may, upon request, be admitted pro hac vice by an order of the judge of this Court. Any such attorney who appears as counsel by filing any pleading or paper in any case pending in this court must within ten (10) days thereafter apply for admission pro hac vice as set out herein, or be admitted to this Court generally.

Therefore, within the time limit set out above, you are required to petition Judge Keith Watkins  to whom this case is assigned, for admittance pro hac vice. An original certificate of good standing from the US District Court for the district in which you reside must be attached to your motion for admission pro hac vice.  There is a $20 fee for each pro hac vice admittance.

Pursuant to the General Order 2:04mc3164 issued by this Court, CM/ECF Electronic Noticing is mandatory for all attorneys who practice in this Court. The Mandatory Attorney Data Update and Registration form you will need  to complete to be in compliance with this Order is online at our wesite www.almd.uscourts.gov and can be submitted electronically.

Sincerely,

DEBRA P. HACKETT, Clerk

By:
        Deputy Clerk

DPH