IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

_____LINDA THORNTON_____,  )
                                      )
      Plaintiff,                    )
                                      )
v.                                    )   CASE NO. __1:07cv712-WKW__
                                      )
__FLAVOR HOUSE PRODUCTS, INC., et.al.__, )
                                      )
      Defendants,                   )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Linda Thornton__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

__8/29/2007__                         __s/ Temple D. Trueblood__
    Date                          (Signature)

                                      __Temple D. Trueblood__
                                      (Counsel's Name)

                                      __Linda Thornton, Plaintiff__
                                      Counsel for (print names of all parties)
                                      __Wiggins, Childs, Quinn & Pantazis, L.L.C.__
                                      __301 19th Street North; Birmingham, Alabama 35203__
                                      Address, City, State Zip Code
                                      __(2050 314-0500__
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern DIVISION

## CERTIFICATE OF SERVICE

I, Temple D. Trueblood, counsel for Plaintiff, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail and CM/ECF filing and service (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 29th day of August 20 07, to:

Christopher W. Weller; Capell & Howard, P.C.; 150 South Perry Street; Montgomery, AL 36104

Anderson B. Scott; Fisher & Phillips LLP; 1500 Resurgens Plaza; 945 East Paces Ferry Road; Atlanta, GA 30326

Christine E. Howard; Fisher & Phillips LLP; 1500 Resurgens Plaza; 945 East Paces Ferry Road; Atlanta, GA 30326

Richard E. Crum; Cobb, Shealy, Crum & Derrick; 206 N. Lena Street; Dothan, AL 36301

8/29/2007                                                             s/ Temple D. Trueblood
Date                                                                  Signature