IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FLAVOR HOUSE PRODUCTS, INC., and )<br>FRANKLIN D. WILLIAMS, JR. )<br>)<br>    Defendants. )<br>_____) | Civil Action No.: 1:07cv712-WKW |

### DEFENDANT FLAVOR HOUSE PRODUCTS, INC.'S
### DISCLOSURE OF CORPORATE AFFILIATIONS

Flavor House Products, Inc., is a wholly owned subsidiary of Bremner Food Group, Inc. Bremner, in turn, is a wholly owned subsidiary of RH Financial Corporation. RH, in turn, is a wholly owned subsidiary of Ralcorp Holdings, Inc. Ralcorp is a publicly traded corporation.

Other companies that are affiliates of Flavor House Products include:

- National Oats Company
- P L Financial, Inc.
- Ralston Foods Sales, Inc.
- Ralston Receivables Corporation
- Bloomfield Bakers, LP
- Sugar Kake Cookie, Inc.
- Nutcracker Brands, Inc.
- Ripon Foods, Inc.
- The Carriage House Companies, Inc.
- Ralcorp Frozen Bakery Products, Inc.
- Lofthouse Bakery Products, Inc.
- Medallion Foods, Inc.
- Cottage Bakery, Inc.

        Respectfully submitted,

        /s/ Christopher W. Weller
        Christopher W. Weller (WEL020)

CAPELL & HOWARD, P.C.
150 South Perry Street
Montgomery, Alabama 36104
Telephone:  (334) 241-8066
Facsimile:  (334) 241-8266

        Anderson B. Scott
        Christine E. Howard

FISHER & PHILLIPS LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia  30326
Telephone:  (404) 231-1400
Facsimile:   (404) 240-4249

ATTORNEYS FOR DEFENDANT
FLAVOR HOUSE PRODUCTS, INC.

CERTIFICATE OF SERVICE

      I hereby certify that on this the 30th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ann C. Robertson, Esquire
Temple D. Trueblood, Esquire
Attorneys for the Plaintiff

OF COUNSEL:
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 3a5203
(205) 314-0500

Bobbie S. Crook, Esquire (CRO-040)
Attorney for the Plaintiff
367 South Saint Andrews Street
Dothan, Alabama 36301
(334) 671-8062

Richard E. Crum, Esquire (Via U.S. Mail)
Cobb, Shealy, Crum & Derrick, P.A.
206 N. Lena Street
Dothan, Alabama 36301
Attorney for Franklin D. Williams, Jr.

                                      s/Christopher W. Weller
                                      Of Counsel