**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| LINDA THORNTON, | ) |
| *Plaintiff*, | ) |
| Vs. | ) CIVIL ACTION NO.: 1:07CV712-WKW |
| FLAVOR HOUSE PRODUCTS, INC., and FRANKLIN D. WILLIAMS, Jr., | ) |
| | ) |
| *Defendant*. | |

**ENTRY OF APPEARANCE**

COME NOW, Steadman S. Shealy, Jr., Esq., Richard E. Crum, Esq., Russ M. Goodman, Esq., and hereby Enter their Appearance on behalf of the Defendant, Franklin D. Williams, Jr., with regard to the above referenced matter.

RESPECTFULLY DONE AND SUBMITTED, this the 5th day of September, 2007.

*/s/ Steadman S. Shealy, Jr., Esq.*
Steadman S. Shealy, Jr.


*/s/ Richard E. Crum, Esq.*
Richard E. Crum, Esq.


*/s/ M. Russ Goodman, Esq.*
M. Russ Goodman, Esq.

Attorneys for Defendant,
Franklin D. Williams, Jr.

OF COUNSEL
SHEALY, CRUM, & PIKE, P.A.
P.O. Box 6346
DOTHAN, ALABAMA 36302-6346
(334) 677-3000
(334) 677-0030

**CERTIFICATE OF SERVICE**

  I hereby certify I have this date served a copy of the foregoing, via electronically, and via regular U.S. Mail, properly addressed and postage prepaid, to:

Ann C. Robertson, Esq.
Temple D. Trueblood, Esq.
Attorneys for Plaintiff
Wiggins, Childs, Quinn, & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

Bobbie S. Crook, Esq.
Attorney for Plaintiff
367 South Saint Andrews Street
Dothan, Alabama 36303

This the 5th day of September, 2007.

              */s/ Richard E. Crum, Esq.*
              Of Counsel