**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| LINDA THORNTON, | ) |
| *Plaintiff*, | ) |
| Vs. | ) CIVIL ACTION NO.: 1:07cv712-WKW |
| FLAVOR HOUSE PRODUCTS, INC., and FRANKLIN D. WILLIAMS, Jr., | ) |
| | ) |
| *Defendant*. | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW <u>Franklin D. Williams, Jr.</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

<u>  X  </u>        This party is an individual, or

_____        This party is a governmental entity, or

_____        There are no entities to be reported, or

_____        The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                                             <u>Relationship to Party</u>

_____            _____

_____            _____

_____            _____

_____            _____

<u>September 6, 2007</u>               ***/s/ Richard E. Crum, Esq.***_____
Date                                              Richard E. Crum, Esq.

Franklin D. Williams, Jr.
Counsel for (print names of all parties)

Shealy, Crum & Pike, P.C.
Post Office Box 6346
Dothan, Alabama 36302-6346
Address, City, State Zip Code

(334) 677-3000
Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify I have this served a copy of the foregoing, electronically, properly addressed, to:

Bobbie S. Crook, Esq. (bcrook100@aol.com; ald0071@aol.com)

Christine E. Howard, Esq. (choward@laborlawyers.com; dscott@laborlawyers.com; scandler@laborlawyers.com)

Ann C. Robertson, Esq. (arobertson@wcqp.com; kallen@wcqp.com)

Anderson Butler Scott, Esq. (ascot@laborlawyers.com)

Temple D. Trueblood, Esq. (tdt@wcqp.com; kallen@wcqp.com)

Christopher W. Weller, Esq. (cww@chlaw.com; anne@chlaw.com; cheri@chlaw.com; roxie@chlaw.com)

This the 6th day of September, 2007.

*/s/ Richard E. Crum, Esq.*
Of Counsel
