IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 SEP -6  P 3: 34

| | |
|---|---|
| LINDA THORNTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:07cv712-WKW |
| ) | |
| FLAVOR HOUSE PRODUCTS, INC., and ) | |
| FRANKLIN D. WILLIAMS, JR. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

**COMES NOW** Christopher W. Weller, counsel for Defendant Flavor House Products, Inc., who is admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Anderson B. Scott and Christine E. Howard of the firm of Fisher & Phillips, LLP of Atlanta, Georgia, to appear *pro hac vice* in this action for the purpose of representing Flavor House Products, Inc. The applicants, Anderson B. Scott and Christine E. Howard, are admitted to practice before the United States District Court for the Northern District of Georgia, the district in which applicants either reside or regularly practice law. Certificates of Good Standing for Mr. Anderson and Ms. Howard are attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $40.00 in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted on this 6th day of September, 2007.

/s/ Christopher W. Weller
Christopher W. Weller (WEL020)

CAPELL & HOWARD, P.C.
150 South Perry Street
Montgomery, Alabama 36104
Telephone: (334) 241-8066
Facsimile: (334) 241-8266

Anderson B. Scott
Christine E. Howard

FISHER & PHILLIPS LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 231-1400
Facsimile: (404) 240-4249

ATTORNEYS FOR DEFENDANT
FLAVOR HOUSE PRODUCTS, INC.

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served upon the following persons by electronic mail or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on this 6th day of September, 2007:

Ann C. Robertson, Esquire
Temple D. Trueblood, Esquire
Attorneys for the Plaintiff

OF COUNSEL:
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 3a5203
(205) 314-0500

Bobbie S. Crook, Esquire
Attorney for the Plaintiff
367 South Saint Andrews Street
Dothan, Alabama 36301
(334) 671-8062

Richard E. Crum, Esquire
Cobb, Shealy, Crum & Derrick, P.A.
206 N. Lena Street
Dothan, Alabama 36301
Attorney for Franklin D. Williams, Jr.

                                                                               /s/ *signature*
                                                                              Of Counsel



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Anderson B. Scott, State Bar No. 631940,** was duly admitted to practice in said Court on May 19, 1994, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 4th day of September, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk





# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
|  | } ss. |
| NORTHERN DISTRICT OF GEORGIA | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Christine E. Howard, State Bar No. 370097,** was duly admitted to practice in said Court on November 05, 1990, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 4th day of September, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk



```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000352
Cashier ID: cstrecke
Transaction Date: 09/06/2007
Payer Name: FISHER AND PHILLIPS LLP
------------------------------------
PRO HOC VICE
  For: FISHER AND PHILLIPS LLP
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:         $40.00
------------------------------------
CHECK
  Remitter: FISHER AND PHILLIPS
  Check/Money Order Num: 257299
  Amt Tendered:   $40.00
------------------------------------
Total Due:       $40.00
Total Tendered:  $40.00
Change Amt:       $0.00
```

DALM107CV000712-WKW

MOT/PHV ANDERSON B SCOTT

MOT/PHV CHRISTINE E HOWARD

FISHER AND PHILLIPS LLP

1500 RESURGENS PLAZA

945 EAST PACES FERRY ROAD

ATLANTA, GA  30326