IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA A. THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:07-cv-712-WKW |
| | ) |
| FLAVOR HOUSE PRODUCTS, INC., | ) |
| and FRANKLIN D. WILLIAMS, JR. | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Motion for Admission to Practice *Pro Hac Vice* of Anderson B. Scott and Christine E. Howard (Doc. # 18) filed on September 6, 2007, it is ORDERED that the motion is GRANTED.

DONE this 10th day of September, 2007.

　　　　　　　　　　　　　　　　　　　／s／　W. Keith Watkins
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE