**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LINDA THORNTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  1:07cv712-WKW |
| ) | |
| **FLAVOR HOUSE PRODUCTS, INC., and** ) | |
| **FRANKLIN D. WILLIAMS, JR.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION OF WITHDRAWAL**

**COMES NOW** Christopher W. Weller and files this motion of withdrawal as one of the attorneys of record on behalf of Defendant Flavor House Products, Inc.  Said Defendant will continue to be represented by the law firm of Fisher & Phillips, LLP, who have been admitted to the Court by *pro hac vice* application.

                 Respectfully submitted,

                 s/Christopher W. Weller
                 Christopher W. Weller (WEL020)

CAPELL & HOWARD, P.C.
150 South Perry Street
Montgomery, Alabama 36104
Telephone:  (334) 241-8066
Facsimile:   (334) 241-8266

FISHER & PHILLIPS, LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia  30326
Telephone:  (404) 231-1400
Facsimile:   (404) 240-4249

                 ATTORNEYS FOR DEFENDANT
                 FLAVOR HOUSE PRODUCTS, INC.

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served upon the following persons by electronic mail or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on this 14th day of January, 2008:

Ann C. Robertson, Esquire
Temple D. Trueblood, Esquire
Attorneys for the Plaintiff

Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 3a5203
(205) 314-0500

Bobbie S. Crook, Esquire
Attorney for the Plaintiff
367 South Saint Andrews Street
Dothan, Alabama 36301
(334) 671-8062

Richard E. Crum, Esquire
Cobb, Shealy, Crum & Derrick, P.A.
206 N. Lena Street
Dothan, Alabama 36301
Attorney for Franklin D. Williams, Jr.

                s/Christopher W. Weller
                Of Counsel