IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA THORNTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cv-712-WKW |
| | ) | |
| FLAVOR HOUSE PRODUCTS, INC, *et al..*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Motion to Withdraw (Doc. # 23) filed by the defendant, it

is ORDERED that the motion is GRANTED.

DONE this 15th day of January, 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE