**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LINDA THORNTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.: 1:07cv712-WKW** |
| **v.** | ) | |
| | ) | |
| **FLAVOR HOUSE PRODUCTS, INC., and** | ) | |
| **FRANKLIN D. WILLIAMS, JR.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

COMES NOW Jennifer F. Swain and gives notice of her appearance as counsel of record

for Defendant Flavor House Products, Inc., in substitution for Anderson B. Scott and Christine E.

Howard of Fisher & Phillips LLP.

/s/ Jennifer F. Swain_____
JENNIFER F. SWAIN
Attorney for Defendant
Flavor House Products, Inc.

OF COUNSEL:

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 Wachovia Tower
420 20th Street North
Birmingham, AL  35203
Telephone:  (205) 244-3863
Facsimile:   (205) 488-3863

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that this pleading has been filed electronically, with copies served thereby on January 16, 2008.


Anderson B. Scott
Christine E. Howard
FISHER & PHILLIPS LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia  30326

Ann C. Robertson, Esq.
Temple D. Trueblood, Esq.
Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203

Bobbie S. Crook, Esq.
367 South Saint Andrews Street
Dothan, Alabama  36301


                    /s/ Jennifer F. Swain
                    JENNIFER F. SWAIN
                    Attorney for Defendant
                    Flavor House Products, Inc.