IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:07cv712-WKW |
| ) | |
| FLAVOR HOUSE PRODUCTS, INC., and ) | |
| FRANKLIN D. WILLIAMS, JR. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO WITHDRAW FROM CASE

The undersigned counsel move to withdraw from this case. Defendant Flavor House has obtained substitute counsel, Jennifer F. Swain, who has already entered a Notice of Appearance.

Respectfully submitted,

/s/ *Anderson B. Scott*
Anderson B. Scott
Georgia Bar No. 631940

/s/ *Christine E. Howard*
Christine E. Howard
Georgia Bar No. 370097

FISHER & PHILLIPS LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 231-1400
Facsimile: (404) 240-4249

ATTORNEYS FOR DEFENDANT
FLAVOR HOUSE PRODUCTS, INC.

Atlanta 1121405.1

CERTIFICATE OF SERVICE

This is to certify that I have this 25th day of January, 2008, electronically filed the foregoing **MOTION TO WITHDRAW FROM CASE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Ann C. Robertson, Esquire
Temple D. Trueblood, Esquire
Attorneys for the Plaintiff
Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

Bobbie S. Crook, Esquire
Attorney for the Plaintiff
367 South Saint Andrews Street
Dothan, Alabama 36301
(334) 671-8062

Richard E. Crum, Esquire
Steadman S. Shealy, Jr., Esquire
M. Russ Goodman, Esquire
Attorneys for Defendant Franklin D. Williams, Jr.
Cobb, Shealy, Crum & Derrick, P.A.
206 N. Lena Street
Dothan, Alabama 36301
(334) 677-3000

Jennifer F. Swain, Esquire
Attorney for Defendant Flavor House Products, Inc.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 Wachovia Tower
420 20th Street North
Birmingham, Alabama  35203
(205) 244-3863

/s/ *Anderson B. Scott*
Anderson B. Scott