IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLAVOR HOUSE PRODUCTS, INC., and )<br>FRANKLIN D. WILLIAMS, JR., )<br>)<br>Defendants. )<br>) | Civil Action No.: 1:07cv712-WKW |

**JOINT MOTION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**

Defendants Flavor House Products, Inc. and Frank Williams and Plaintiff Linda Thornton jointly move the Court to extend the deadline for filing dispositive motions by four weeks, until April 14, 2008. As grounds for this motion, the parties state as follows:

1. Pursuant to the Court's Uniform Scheduling Order of September 28, 2007, the deadline for dispositive motions is currently March 17, 2008.

2. The parties are cooperating in discovery and in scheduling depositions. However, the deposition of the Plaintiff had to be rescheduled from the originally agreed date due to a conflict in Plaintiff's counsel's schedule. More recently, the Plaintiff's deposition had to be postponed until February 19 due to the Plaintiff's counsel's recent surgery, hospitalization and surgical complications. Plaintiff's counsel has requested to take a total of six depositions, with the last of these depositions scheduled for March 10, 2008. The proximity of these deposition dates to the current dispositive motion deadline of March 17, 2008 will make it difficult to obtain deposition transcripts and prepare a timely dispositive motion, supporting brief and evidentiary submission.

3. This case is scheduled for a pretrial conference on August 11, 2008. The requested extension would still provide for a dispositive motion deadline that is more than 90 days prior to the scheduled pretrial conference.

4. The deadline for discovery is May 8, 2008. The parties do not believe that the requested extension would not necessitate a continuance of this or any other deadline provided in the Court's Uniform Scheduling Order.

WHEREFORE the parties respectfully request that the Court grant this motion and extend the deadline for dispositive motions by four weeks, to April 14, 2008.

/s/ Jennifer F. Swain
JENNIFER F. SWAIN
Attorney for Defendant
Flavor House Products, Inc.

OF COUNSEL:

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 Wachovia Tower
420 20th Street North
Birmingham, AL  35203
Telephone:  (205) 244-3863
Facsimile:   (205) 488-3863

/s/ Richard E. Crum
RICHARD E. CRUM
STEADMAN S. SHEALY, JR.
M. RUSS GOODMAN
Attorneys for Defendant
Franklin D. Williams, Jr.

OF COUNSEL:

Shealy, Crum & Pike, P.A.
P.O. Box 6346
Dothan, Alabama  36302-6346
Telephone:  (334) 677-3000

           /s/ Temple D. Trueblood
           TEMPLE D. TRUEBLOOD
           ANN C. ROBERTSON
           Attorneys for Plaintiff
           Linda Thornton

<u>OF COUNSEL</u>:

Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
Telephone:  (205) 314-0500

## CERTIFICATE OF SERVICE

    I hereby certify that this pleading has been filed electronically, with copies served thereby, on January __, 2008.


Ann C. Robertson, Esq.
Temple D. Trueblood, Esq.
Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

Bobbie S. Crook, Esq.
367 South Saint Andrews Street
Dothan, Alabama 36301

Richard E. Crum
Steadman S. Shealy, Jr.
M. Russ Goodman
Shealy, Crum & Pike, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346


                                              /s/ Jennifer F. Swain
                                              JENNIFER F. SWAIN
                                              Attorney for Defendant
                                              Flavor House Products, Inc.