IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:07-cv-712-WKW |
| | ) |
| FLAVOR HOUSE PRODUCTS, INC, *et al..*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Joint Motion to Extend Deadline for Dispositive Motions (Doc. # 30), it is ORDERED that the motion is GRANTED. The deadline for dispositive motions is extended from March 17, 2008 to **April 18, 2008.** All other deadlines remain the same.

DONE this 4th day of February, 2008.

                                                 /s/ W. Keith Watkins
                                                UNITED STATES DISTRICT JUDGE