**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| LINDA THORNTON, | ) |
| *Plaintiff*, | ) |
| Vs. | ) CIVIL ACTION NO.: 1:07CV712-WKW |
| FLAVOR HOUSE PRODUCTS, INC., and FRANKLIN D. WILLIAMS, Jr., | ) |
| | ) |
| *Defendants*. | |

**DEFENDANT FRANKLIN D. WILLIAMS, Jr.'s
OBJECTION TO CIVIL SUBPOENA**

COMES NOW THE DEFENDANT, Franklin D. Williams, Jr., and hereby files his Objection to Civil Subpoena served by the Plaintiff, stating as follows:

1. On or about February 21, 2008, the Plaintiff served a civil subpoena on the Barbour County, Alabama Circuit Clerk's Office in Eufaula, Alabama.

2. The subpoena requested the production of "[a]ny and all district court records, filings, documents and/or case files wherever located pertaining in any way to Franklin D. Williams…"

3. This Defendant, Franklin D. Williams, objects to said subpoena as that type of information is neither discoverable nor relevant to the issues in the present lawsuit, and, therefore, not subject to inquiry through the use of a subpoena or through deposition testimony.

4. Specifically, this Defendant argues that the probative value of such information is minimal at best, while the potential for prejudice is great.

5. Because Mr. Williams' past criminal history has no relevancy to this matter, the information requested should be precluded from the evidence and any attempt by the Plaintiff to receive said information would only cause unfair prejudice to the Defendant in this case.

WHEREFORE ALL PREMISES CONSIDERED, this Defendant, Franklin D. Williams, Jr., respectfully requests this Honorable Court to preclude from evidence, the information sought by and through the civil subpoena filed by the Plaintiff, limiting the scope of discovery into Mr. Williams' past criminal history and Mr. Williams' deposition testimony and subsequent trial testimony for the above-mentioned reasons.

RESPECTFULLY DONE AND SUBMITTED, this the 27th day of February, 2008.

*/s/ Richard E. Crum, Esq.*
Richard E. Crum, Esq.

Attorney for Defendant,
Franklin D. Williams, Jr.

OF COUNSEL
SHEALY, CRUM, & PIKE, P.C.
P.O. Box 6346
DOTHAN, ALABAMA 36302-6346
(334) 677-3000
(334) 677-0030

## **CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below and if not available to receive electronic transmissions, via Untied States Postal Service, postage prepaid:

Bobbie S. Crook, Esq. (bcrook100@aol.com; ald0071@aol.com)

Ann C. Robertson, Esq. (arobertson@wcqp.com; kallen@wcqp.com)

Temple D. Trueblood, Esq. (tdt@wcqp.com; kallen@wcqp.com)

Christopher W. Weller, Esq. (cww@chlaw.com; anne@chlaw.com; cheri@chlaw.com; roxie@chlaw.com)

Jennifer Swain, Esq. (jswain@bakerdonelson.com)

This the 27th day of February, 2008.

              */s/ Richard E. Crum, Esq.*
              Of Couns