**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| LINDA THORNTON, | ) |
| *Plaintiff*, | ) |
| Vs. | ) CIVIL ACTION NO.: 1:07CV712-WKW |
| FLAVOR HOUSE PRODUCTS, INC., and | ) |
| FRANKLIN D. WILLIAMS, Jr., | |
| | ) |
| *Defendants*. | |

**DEFENDANT FRANKLIN D. WILLIAMS, Jr.'s
MOTION FOR HEARING**

COMES NOW THE DEFENDANT, Franklin D. Williams, Jr., and hereby files his Motion for Hearing, stating as follows:

Defendant, Franklin D. Williams, Jr., has this date filed a Notice of Motion for Protective Order; a Motion for Protective Order accompanied by a Memorandum of Law in Support of a Motion for Protective Order, as well as an Objection to Civil Subpoena, and as such, request this Honorable Court to schedule a hearing as to all of these filings.

WHEREFORE ALL PREMISES CONSIDERED, this Defendant, Franklin D. Williams, Jr., hereby requests that this Honorable Court schedule a hearing at its earliest possible convenience as to the Notice of Motion for Protective Order; a Motion for Protective Order accompanied by a Memorandum of Law in Support of a Motion for Protective Order, as well as an Objection to Civil Subpoena, filed this date with the Court.

RESPECTFULLY DONE AND SUBMITTED, this the 27th day of February, 2008.

*/s/ Richard E. Crum, Esq.*
Richard E. Crum, Esq.

Attorney for Defendant,
Franklin D. Williams, Jr.

OF COUNSEL
SHEALY, CRUM, & PIKE, P.C.
P.O. Box 6346
DOTHAN, ALABAMA 36302-6346
(334) 677-3000
(334) 677-0030

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below and if not available to receive electronic transmissions, via Untied States Postal Service, postage prepaid:

Bobbie S. Crook, Esq. (bcrook100@aol.com; ald0071@aol.com)

Ann C. Robertson, Esq. (arobertson@wcqp.com; kallen@wcqp.com)

Temple D. Trueblood, Esq. (tdt@wcqp.com; kallen@wcqp.com)

Christopher W. Weller, Esq. (cww@chlaw.com; anne@chlaw.com; cheri@chlaw.com; roxie@chlaw.com)

Jennifer Swain, Esq. (jswain@bakerdonelson.com)

This the 27th day of February, 2008.

/s/ Richard E. Crum, Esq.
Of Counsel