IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:07-cv-712-WKW |
| | ) |
| FLAVOR HOUSE PRODUCTS, INC, *et al.*., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendant Franklin D. Williams, Jr's Motion for Protective Order (Doc. #33) and Objection to Civil Subpoena (Doc. #35), it is

ORDERED that Plaintiff shall file a Response to the Motion (Doc. #33) and Objection (Doc. #35) **on or before 6 March 2008.**

DONE this 27th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE