IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:07cv712-WKW |
| | ) |
| FLAVOR HOUSE PRODUCTS, INC, *et al..*, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTIONS

Upon consideration of Defendant Franklin D. Williams, Jr's Motion for Protective Order (Doc. #33) and Objection to Civil Subpoena (Doc. #35),[1] and Plaintiff's response to the motions, it is

ORDERED that the Motions (Doc. #33, #35) are DENIED. Defendant Franklin D. Williams, Jr., has failed to show good cause for entry of a protective order and to quash the subpoena.

DONE this 7th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has reviewed the motion entitled "Objection to Civil Subpoena" and construes it as a motion to quash the subpoena.