IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA THORNTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cv-712-WKW |
| | ) | |
| FLAVOR HOUSE PRODUCTS, INC, *et al..*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Joint Motion to Extend Deadline for Dispositive Motions (Doc. # 40), it is ORDERED that the motion is GRANTED. The deadline for dispositive motions is extended from April 18, 2008, to **May 2, 2008.** All other deadlines remain the same.

DONE this 3rd day of April, 2008.

　　　　　　　　　　　　　　　　　　/s/　W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE