**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 25, 2008

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | **Clerk's Office** |
| **Case Style:** | **Linda Thornton v. Flavor House Products, Inc., et al.** |
| **Case Number:** | **#1:07-cv-00712-WKW** |
| **Referenced Document:** | **Document #42**<br>**Motion to Extend Dispositive Motion and Discovery Deadlines** |

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a proper electronic signature on the certificate of service as required by Civil Administrative Procedure II-C. The corrected pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LINDA THORNTON,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:07 cv-712-WKW |
| **FLAVOR HOUSE PRODUCTS, INC.,** and | * | |
| **FRANKLIN D. WILLIAMS, JR.,** | * | |
| | * | |
| Defendants. | * | **JURY DEMAND** |

### PLAINTIFF'S MOTION TO EXTEND DISPOSITIVE MOTION AND DISCOVERY DEADLINES

COMES NOW Plaintiff Linda Thornton and moves the Court to extend the dispositive motion deadline until June 16, 2008 and the discovery deadline until June 19, 2008. In support of this motion, the parties state as follows:

1. The Court entered an Order on April 3, 2008, extending deadline for dispositive motions until May 2, 2008.

2. At that time the parties had depositions scheduled for April 8-10, 2008 in Dothan, Alabama.

3. On April 7, 2008, lead counsel for plaintiff, who was going to be conducting the depositions in Dothan the following three days, had to return to the hospital for health problems, causing the depositions to be canceled. The remaining counsel for plaintiff could not fill in and do the depositions due to conflicts in other cases.

4. The dispositive motion deadline is currently set for May 2, 2008 and the discovery deadline is currently set for May 5, 2008.

5. The earliest dates which the depositions could be rescheduled were May 12-14, 2008,

        in Dothan, Alabama.

6.     Defendants do not oppose this motion.

WHEREFORE, the Plaintiff respectfully requests that the Court grant this motion and extend the dispositive motion deadline until June 16, 2008 and the discovery deadline until June 19, 2008. Plaintiff does not anticipate any further extensions being needed in this matter.

                          Respectfully submitted,

                          s/ Ann C. Robertson
                          Temple D. Trueblood
                          Ann C. Robertson
                          Counsel for Plaintiff

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:
Bobbie S. Crook, Esq.
367 South St. Andrews Street
Dothan, Alabama 36301
(334) 671-8062

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following via filing through the CM/ECF system::

Jennifer F. Swain
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 Wachovia Tower
420 North Twentieth Street
Birmingham, Alabama 35203

Steadman S. Shealy, Jr.
Richard E. Crum
M. Russ Goodman
Shealy, Crum & Pike, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346

on this the 24th day of April, 2008.

                                            s/ Ann C. Robertson
                                            OF COUNSEL