IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:07-cv-712-WKW |
| | ) |
| FLAVOR HOUSE PRODUCTS, INC, *et al..*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Extend Dispositive Motion and Discovery Deadlines (Doc. # 42), for good cause shown, it is ORDERED that the motion is GRANTED. The deadline for dispositive motions is CONTINUED from May 2, 2008 to **June 16, 2008**. The discovery deadline is CONTINUED from May 5, 2008 to **June 19, 2008.** All other deadlines remain the same.

It is further ORDERED that for all depositions scheduled by the Plaintiff at least two of the Plaintiff's three record counsel must be available, and the Plaintiff must obtain leave of court to reschedule or continue any noticed deposition.

DONE this 1st day of May, 2008.

                                          /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE