IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     CASE NO. 1:07cv712-WKW |
| | ) |
| FLAVOR HOUSE PRODUCTS, INC, *et al..*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On May 12, 2008, Rodney H. Peak, an individual employed by the Alabama Board of Pardons and Paroles (the Board), as well as the Board itself, both non-parties to this action, jointly filed a Motion to Quash (Doc. #46) Plaintiff's subpoena *duces tecum*. Upon consideration of the motion, it is

ORDERED that Plaintiff shall show cause in writing **on or before 19 May 2008,** why this Court should not grant the Motion (Doc #46). Defendants also may file a response, to the extent they have a position they wish to put before the Court.

DONE this 12th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE