IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA THORNTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:07 cv-712-WKW |
| FLAVOR HOUSE PRODUCTS, INC., and | * | |
| FRANKLIN D. WILLIAMS, JR., | * | |
| | * | |
| Defendants. | * | |

PLAINTIFF'S RESPONSE TO
MOTION TO QUASH CIVIL SUBPOENA
BY ALABAMA BOARD OF PARDONS AND PAROLES

**COMES NOW** the Plaintiff in the above styled cause and responds to the Motion to Quash of the Alabama Board of Pardons and Paroles as follows:

1. On May 2, 2008, Plaintiff issued a subpoena to the Alabama Board of Pardons and Paroles seeking production of documents pertaining to defendant Franklin D. Williams.

2. On May 12, 2008, the Alabama Board of Pardons and Paroles filed a Motion to Quash said subpoena on the grounds of absolute privilege of parole records.

3. Since that time, counsel for Plaintiff has discussed this matter with a representative of the Alabama Board of Pardons and Paroles and it has been determined that the information sought regarding Defendant Williams' **probationary** terms, and not his **parole** record, is not within the absolute privilege and that upon Plaintiff's obtaining an Order or release from the Circuit Court Judge of the Twentieth Judicial Circuit in which the probationary case originated that the requested information will be produced.

4.  At this time, Plaintiff is in the process of obtaining the Order and release of records from the Circuit Court Judge and anticipated to have the requisite Order and release processed by the end of this week, thus rendering the present Motion to Quash as moot.

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff requests this Honorable Court deny the Motion to Quash and/or to allow the Plaintiff reasonable time to render said Motion as moot, as set forth above.

Respectfully submitted,

s/ Temple D. Trueblood
Ann C. Robertson (ROB016)
(TRU014)
Attorneys for Plaintiff

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAIZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:
Bobbie S. Crook, Esq.
367 South St. Andrews Street
Dothan, Alabama 36301
(334) 671-8062

**CERTIFICATE OF SERVICE**

 I hereby certify that on this the 19th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer F. Swain
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 Wachovia Tower
420 North Twentieth Street
Birmingham, Alabama 35203
(205) 328-0480

Steadman S. Shealy, Jr.
Richard E. Crum
M. Russ Goodman
Shealy, Crum & Pike, P.A.
P.O. Box 6346
Dothan, AL 36302-6346
(334) 677-3000

              s/ Temple D. Trueblood
              OF COUNSEL