IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:07cv712-WKW |
| | ) |
| FLAVOR HOUSE PRODUCTS, INC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Upon consideration of Plaintiff's representations to the Court in its Response to Motion to Quash Civil Subpoena by Alabama Board of Pardons and Paroles (Doc. #49), it is

ORDERED the Motion to Quash Subpoena (Doc. #46) is STAYED. It is further

ORDERED that **on or before 27 May 2008**, Movant Alabama Board of Pardons and Paroles shall, in writing, inform the Court as to whether its Motion to Quash is moot. If Movant does not believe the motion is moot, the Court will then rule on the motion.

DONE this 19th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE