IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| **LINDA THORNTON,** | * |
| | * |
| | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | * CASE NO. 1:07cv-712-WKW |
| | * |
| | * |
| | * |
| **FLAVOR HOUSE PRODUCTS, INC. AND** | * |
| **FRANKLIN D. WILLIAMS, JR.** | * |
| | * |
| **Defendant.** | * |

## MOTION FOR LEAVE TO FILE DOCUMENT

**COME NOW** Rodney H. Peak, a Probation and Parole Officer employed by the Alabama Board of Pardons and Paroles, and the Alabama Board of Pardons and Paroles, non-parties to this action, in compliance with this Court's Order [Doc. 50] requiring the Board to inform the Court, in writing, whether the Motion to Quash is moot, shows that Court as follows:

1. On May 22, 2008, the Barbour County Circuit Court ordered the Board to release the probation records of Franklin D. Williams directly to the law firm of Wiggins, Childs, Quinn & Pantazis, *Exhibit A*.

2. Exhibit A was not attached to the Board's Motion to Withdraw [Doc. 51].

1

3. The Board requests the filing of Exhibit A in support of its Motion to Withdraw.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL
GRI026

s/DANA L. PITTMAN
ASSISTANT ATTORNEY GENERAL
STATE BAR#: ASB-7192-A57P
ALA. BD. OF PARDONS & PAROLES
P.O. BOX 302405
MONTGOMERY, AL 36130
TELEPHONE: (334)242-8700
FAX: (334)353-4423
Dana.Pittman@paroles.alabama.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

**ANN C. ROBERTSON**
**ATTORNEY FOR PLAINTIFF**
**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
**THE KRESS BUILDING**
**301 19TH STREET N.**
**BIRMINGHAM, AL  35203**

Done this **23rd** day of **MAY, 2008**.

Respectfully submitted,

s/DANA L. PITTMAN
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-7192-A57P
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Dana.Pittman@paroles.alabama.gov

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
EUFAULA DIVISION

RE: FRANKLIN WILLIAMS, JR. - W/M
DOB: 5-25-1971
SS# 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
Case Nos: CC-1992-17, 18 19, 20 & 21

## ORDER

The Court hereby authorizes the Alabama Board of Pardons and Parole to release any and all probationary records pertaining to the above named Defendant. Records shall be released to the law firm of Wiggins, Childs, Quinn & Pantazis, located at 301 19th Street North, Birmingham, Alabama.

DONE AND ORDERED this 22nd day of May, 2008.



Burt Smithart, Presiding Circuit Judge
Third Judicial Circuit of Alabama

FILED
MAY 2 2 2008
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA



EXHIBIT
A