IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:07cv712-WKW |
| | ) |
| FLAVOR HOUSE PRODUCTS, INC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

Upon consideration of Alabama Board of Pardons and Paroles' Motion to Withdraw Objection to Subpoena (Doc. #51) and Motion for Leave to File Exhibit in Support of Motion (Doc. #52), it is

ORDERED that the Stay (Doc. #50) on the Motion to Quash Civil Subpoena by Alabama Board of Pardons and Paroles is LIFTED.  It is further

ORDERED that the Motions (Doc. #51 & 52) are GRANTED; the Objection and Motion to Quash Civil Subpoena by Alabama Board of Pardons and Paroles (Doc. #46) is WITHDRAWN.

DONE this 27th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE