**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 27, 2008

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Linda Thornton v. Flavor House Products, Inc., et al.

**Case Number:** #1:07-cv-00712-WKW

**Referenced Document:** Document #52
Motion for Leave to File Exhibit A

**This notice has been docketed to enter the corrected pdf of Exhibit A filed as an attachment to the referenced document into the record. The original attachment was backwards. The pdf of the corrected attachment is attached to this notice.**

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
EUFAULA DIVISION

RE:  FRANKLIN WILLIAMS, JR. - W/M
DOB: 5-25-1971
SS# 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
Case Nos: CC-1992-17, 18 19, 20 & 21

### ORDER

The Court hereby authorizes the Alabama Board of Pardons and Parole to release any and all probationary records pertaining to the above named Defendant. Records shall be released to the law firm of Wiggins, Childs, Quinn & Pantazis, located at 301 19th Street North, Birmingham, Alabama.

DONE AND ORDERED this 22nd day of May, 2008.



Burt Smithart, Presiding Circuit Judge
Third Judicial Circuit of Alabama

FILED
MAY 2 2 2008
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA



EXHIBIT
A