IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:07cv712-WKW |
| v. ) | |
| ) | |
| FLAVOR HOUSE PRODUCTS, INC., and ) | |
| FRANKLIN D. WILLIAMS, JR., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION TO EXTEND DEADLINE FOR SETTLEMENT CONFERENCE**

Defendants Flavor House Products, Inc. ("Flavor House") and Frank Williams and Plaintiff Linda Thornton jointly move the Court to extend the deadline for the parties to conduct a settlement conference by one week, until June 10, 2008. As grounds for this motion, the parties state as follows:

1. Pursuant to the Court's Uniform Scheduling Order of September 28, 2007, the parties are required to conduct a face to face settlement conference by June 3, 2008.

2. Counsel for defendant Flavor House and counsel for the plaintiff are both located in Birmingham, while counsel for defendant Frank Williams is located in Dothan. Counsel for all parties will be in Dothan on June 10, 2008 for depositions. To prevent one or more of the attorneys from having to make an extra trip between Dothan and Birmingham (or vice versa), the parties would like to conduct the face to face settlement conference when they are together on June 10.

4. The parties do not believe that the requested extension would not necessitate a continuance of any other deadline provided in the Court's Uniform Scheduling Order.

WHEREFORE the parties respectfully request that the Court grant this motion and extend the deadline for conducting a settlement conference by one week, until June 10, 2008.

/s/ Jennifer F. Swain
JENNIFER F. SWAIN
Attorney for Defendant
Flavor House Products, Inc.

OF COUNSEL:

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 Wachovia Tower
420 20th Street North
Birmingham, AL  35203
Telephone:  (205) 244-3863
Facsimile:   (205) 488-3863

/s/ Richard E. Crum
RICHARD E. CRUM
STEADMAN S. SHEALY, JR.
M. RUSS GOODMAN
Attorneys for Defendant
Franklin D. Williams, Jr.

OF COUNSEL:

Shealy, Crum & Pike, P.A.
P.O. Box 6346
Dothan, Alabama  36302-6346
Telephone:  (334) 677-3000

/s/ Temple D. Trueblood
TEMPLE D. TRUEBLOOD
ANN C. ROBERTSON
Attorneys for Plaintiff
Linda Thornton

OF COUNSEL:

Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that this pleading has been filed electronically, with copies served thereby, on June 2, 2008.

Ann C. Robertson, Esq.
Temple D. Trueblood, Esq.
Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203

Bobbie S. Crook, Esq.
367 South Saint Andrews Street
Dothan, Alabama  36301

Richard E. Crum
Steadman S. Shealy, Jr.
M. Russ Goodman
Shealy, Crum & Pike, P.A.
P.O. Box 6346
Dothan, Alabama  36302-6346

/s/ Jennifer F. Swain
JENNIFER F. SWAIN
Attorney for Defendant
Flavor House Products, Inc.