IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA THORNTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cv-712-WKW |
| | ) | |
| FLAVOR HOUSE PRODUCTS, INC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on the parties' Joint Motion to Extend Deadline for Settlement Conference (Doc. # 55). It is ORDERED that the motion is GRANTED. The deadline for the parties to conduct their face-to-face settlement conference is CONTINUED from June 3, 2008, to **June 10, 2008.** All other deadlines remain the same.

DONE this 3rd day of June, 2008.

                                              /s/  W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE