IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLAVOR HOUSE PRODUCTS, INC., and )<br>FRANKLIN D. WILLIAMS, JR., )<br>)<br>Defendants. )<br>) | Civil Action No.: 1:07cv712-WKW |

**DEFENDANT'S MOTION TO EXTEND DEADLINE FOR
DISPOSITIVE MOTIONS AND DISCOVERY**

Defendant Flavor House Products, Inc. moves the Court to extend the deadline for filing dispositive motions and discovery by one week each, until June 23 and June 26, 2008, respectively. As grounds for this motion, Flavor House states as follows:

1. The dispositive motion deadline is currently June 16, 2008 and the discovery deadline is currently June 19, 2008.

2. Following multiple delays in this case due to medical issues on the part of the Plaintiff's attorney, the parties have completed the Plaintiff's deposition, and the Plaintiff's counsel has deposed four Flavor House management employees. The depositions of individual defendant Frank Williams and four other individuals (including Flavor House's former human resources manager and current human resources manager) are scheduled for June 10 and 11, which are the earliest dates that attorneys and witnesses could be available.

3. So that it can obtain and incorporate transcripts of the depositions taken on June 10 and 11 into its summary judgment brief and evidentiary submission, Flavor House respectfully requests that the dispositive motion deadline be extended by one week, until June

23, 2008. A corresponding one week extension for discovery would result in a discovery deadline of June 26, 2008.

    4.    This extension should not necessitate a change in other deadlines in this case.

    5.    The Plaintiff's attorneys and counsel for individual defendant Frank Williams have no objection to this requested extension.

/s/ Jennifer F. Swain
JENNIFER F. SWAIN
Attorney for Defendant
Flavor House Products, Inc.

OF COUNSEL:

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 Wachovia Tower
420 20th Street North
Birmingham, AL 35203
Telephone: (205) 244-3863
Facsimile: (205) 488-3863

## CERTIFICATE OF SERVICE

I hereby certify that this pleading has been filed electronically, with copies served thereby, on June 9th, 2008.

Ann C. Robertson, Esq.
Temple D. Trueblood, Esq.
Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203

Bobbie S. Crook, Esq.
367 South Saint Andrews Street
Dothan, Alabama  36301

Richard E. Crum
Steadman S. Shealy, Jr.
M. Russ Goodman
Shealy, Crum & Pike, P.A.
P.O. Box 6346
Dothan, Alabama  36302-6346

/s/ Jennifer F. Swain
JENNIFER F. SWAIN
Attorney for Defendant
Flavor House Products, Inc.