IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-712-WKW |
| ) | |
| FLAVOR HOUSE PRODUCTS, INC, *et al..*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Defendant's Motion to Extend Deadline for Dispositive Motions and Discovery (Doc. # 57), it is ORDERED that the motion is GRANTED. The deadline for dispositive motions is CONTINUED from June 16, 2008 to **June 23, 2008**. The discovery deadline is CONTINUED from June 19, 2008 to **June 26, 2008.** All other deadlines remain the same.

DONE this 10th day of June, 2008.

                                           /s/  W.  Keith Watkins
                                           UNITED STATES DISTRICT JUDGE