**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LINDA THORNTON,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:07 cv-712-WKW |
| **FLAVOR HOUSE PRODUCTS, INC.,** and | * | |
| **FRANKLIN D. WILLIAMS, JR.,** | * | |
| | * | |
| Defendants. | * | **JURY DEMAND** |

### JOINT NOTICE REGARDING SETTLEMENT CONFERENCE AND MEDIATION AND JOINT MOTION TO EXTEND DISPOSITIVE MOTION AND DISCOVERY DEADLINES

Plaintiff, Linda Thornton, and Defendants, Flavor House Products, Inc. and Frank Williams, hereby jointly submit the following Notice Regarding Settlement Conference and Mediation and in relation thereto jointly move this Honorable Court to extend the dispositive motion deadline by forty-five (45) days until August 8, 2008, and the discovery deadline until August 11, 2008. In support of this motion, the parties state as follows:

1.  Following the conclusion of depositions being taken in this matter last week, the Parties held a face-to-face settlement conference and have agreed to participate in mediation in an attempt to resolve this matter.

2.  Presently, the Parties are in the process of selecting a mediator with hopes to have the mediation conducted by the end of July 2008.

3.  Currently, the dispositive motion deadline is June 23, 2008, and the discovery deadline is June 26, 2008. In order to avoid incurring the additional legal fees and costs associated with preparing and defending summary judgment, which may become prohibitive of settlement, the

Parties move this Court to enter an Order extending these deadlines by forty-five (45) days to August 8, 2008, for dispositive motions, and August 11, 2008, for discovery.

WHEREFORE, the parties respectfully request that the Court grant this motion and extend the dispositive motion deadline until August 8, 2008 and the discovery deadline until August 11, 2008. The parties to do not anticipate any further extensions being needed in this matter.

Respectfully submitted,

s/ Temple D. Trueblood
Temple D. Trueblood
Ann C. Robertson
Counsel for Plaintiff

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:
Bobbie S. Crook, Esq.
367 South St. Andrews Street
Dothan, Alabama 36301
(334) 671-8062

s/ Jennifer F. Swain
Jennifer F. Swain
Counsel for Defendant, Flavor House Products, Inc.

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 Wachovia Tower
420 North Twentieth Street
Birmingham, Alabama 35203
(205) 244-3863

              <u>s/ Richard E. Crum</u>
              Richard E. Crum
              Counsel for Defendant, Franklin D. Williams, Jr.

Steadman S. Shealy, Jr.
Richard E. Crum
M. Russ Goodman
Shealy, Crum & Pike, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
(334) 677-3000