IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-712-WKW |
| ) | |
| FLAVOR HOUSE PRODUCTS, INC, *et al..*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Joint Motion to Extend Dispositive Motion and Discovery Deadlines (Doc. # 59), it is ORDERED that the motion is GRANTED. The deadline for dispositive motions is CONTINUED from June 23, 2008, to **August 8, 2008**. The discovery deadline is CONTINUED from June 26, 2008, to **August 11, 2008.** The trial date is continued from the September 22, 2008 trial term to the **January 12, 2009 trial term**. The pretrial conference scheduled for August 11, 2008 is CONTINUED to **November 24, 2008.** The deadlines for filing witness lists, deposition designations, and exhibit lists are CONTINUED from August 14, 2008, to **December 4, 2008.** It is also ORDERED that the parties inform the court on the status of mediation **on or before August 1, 2008**. All other deadlines remain the same.

DONE this 19th day of June, 2008.

                                   /s/  W. Keith Watkins
                               UNITED STATES DISTRICT JUDGE