IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

LINDA THORNTON,                         )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  )        CASE NO. 1:07-cv-712-WKW
                                        )
FLAVOR HOUSE PRODUCTS, INC, *et al..*,  )
                                        )
        Defendants.                     )


## ORDER

The Plaintiff has filed a Motion to Strike (Docs. # 61).  It is ORDERED that

Defendant Flavor House Products, Inc., shall file a response **on or before August 8, 2008**,

and the Plaintiff may file a reply brief **on or before August 22, 2008**.  Additionally, it is

ORDERED that the Motion for Hearing (Doc. # 36) is DENIED as moot.

DONE this 25th day of July, 2008.

            /s/   W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE