IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 1:07cv712-WKW ) |
| FLAVOR HOUSE PRODUCTS, INC., and FRANKLIN D. WILLIAMS, JR., | ) ) ) |
|     Defendants. | ) ) |

## JOINT STATUS REPORT

Defendants Flavor House Products, Inc. ("Flavor House") and Frank Williams and Plaintiff Linda Thornton jointly report that a mediation conference was held in this case on July 24, 2008 and that the parties did not resolve the case at mediation.

/s/ Jennifer F. Swain
JENNIFER F. SWAIN
Attorney for Defendant
Flavor House Products, Inc.

OF COUNSEL:

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 Wachovia Tower
420 20th Street North
Birmingham, AL 35203
Telephone: (205) 244-3863
Facsimile: (205) 488-3863

/s/ Richard E. Crum
RICHARD E. CRUM
STEADMAN S. SHEALY, JR.
M. RUSS GOODMAN
Attorneys for Defendant
Franklin D. Williams, Jr.

OF COUNSEL:

Shealy, Crum & Pike, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
Telephone: (334) 677-3000

/s/ Temple D. Trueblood
TEMPLE D. TRUEBLOOD
ANN C. ROBERTSON
Attorneys for Plaintiff
Linda Thornton

OF COUNSEL:

Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that this pleading has been filed electronically, with copies served thereby, on August 1, 2008.

Ann C. Robertson, Esq.
Temple D. Trueblood, Esq.
Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

Bobbie S. Crook, Esq.
367 South Saint Andrews Street
Dothan, Alabama 36301

Richard E. Crum
Steadman S. Shealy, Jr.
M. Russ Goodman
Shealy, Crum & Pike, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346

/s/ Jennifer F. Swain
JENNIFER F. SWAIN
Attorney for Defendant
Flavor House Products, Inc.