IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:07cv712-WKW |
| v. ) | |
| ) | |
| FLAVOR HOUSE PRODUCTS, INC., and ) | |
| FRANKLIN D. WILLIAMS, JR., ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO EXTEND DEADLINE FOR
DISCOVERY RELATED TO DEFENDANT'S EXPERT**

Defendants Flavor House Products, Inc. ("Flavor House") and Frank Williams and Plaintiff Linda Thornton jointly move the Court to extend the discovery deadline by 60 days for the sole purpose of conducting discovery relating to Flavor House's expert witness. As grounds for this motion, the parties state as follows:

1. Pursuant to the Court's Order of June 19, 2008, the deadline for discovery is August 11, 2008.

2. In an effort to avoid incurring potentially unnecessary litigation costs, the parties mutually agreed to delay discovery regarding Flavor House's expert witness until after the deposition of the Plaintiff's treating physician and, ultimately, until after the mediation conference recently held on July 24, 2008.

3. Flavor House has informed counsel for the Plaintiff that it has retained an expert, and the parties are cooperating in scheduling an independent medical examination of the Plaintiff. Counsel for the Plaintiff will then depose Flavor House's expert witness. However, due to the short time available between the unsuccessful mediation conference and the current

discovery deadline, the parties will not be able to complete discovery relating to Flavor House's expert witness prior to August 11, 2008.

4.   This case is currently set for trial in the January 12, 2009 trial term. The requested extension will not necessitate a continuance of the trial date or any other deadline

WHEREFORE Defendants Flavor House Products, Inc. and Frank Williams and Plaintiff Linda Thornton respectfully request that the Court extend the deadline for discovery by 60 days for the sole purpose of conducting discovery relating to Flavor House's expert witness.

/s/ Jennifer F. Swain

JENNIFER F. SWAIN
Attorney for Defendant
Flavor House Products, Inc.

OF COUNSEL:

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 Wachovia Tower
420 20th Street North
Birmingham, AL 35203
Telephone: (205) 244-3863
Facsimile: (205) 488-3863

/s/ Richard E. Crum
RICHARD E. CRUM
STEADMAN S. SHEALY, JR.
M. RUSS GOODMAN
Attorneys for Defendant
Franklin D. Williams, Jr.

OF COUNSEL:

Shealy, Crum & Pike, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
Telephone: (334) 677-3000

/s/ Temple D. Trueblood
TEMPLE D. TRUEBLOOD
ANN C. ROBERTSON
Attorneys for Plaintiff
Linda Thornton

OF COUNSEL:

Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
Telephone:  (205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that this pleading has been filed electronically, with copies served thereby, on August 6, 2008.

Ann C. Robertson, Esq.
Temple D. Trueblood, Esq.
Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

Bobbie S. Crook, Esq.
367 South Saint Andrews Street
Dothan, Alabama 36301

Richard E. Crum
Steadman S. Shealy, Jr.
M. Russ Goodman
Shealy, Crum & Pike, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346

/s/ Jennifer F. Swain
JENNIFER F. SWAIN
Attorney for Defendant
Flavor House Products, Inc.