IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA THORNTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cv-712-WKW |
| | ) | |
| FLAVOR HOUSE PRODUCTS, INC, *et al..*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on the parties' Joint Motion to Extend Deadline for Discovery Related to Defendant's Expert (Doc. # 66). In the motion, the parties seek a sixty day extension of the discovery deadline for the sole purpose of conducting discovery related to Defendant Flavor House Products's experts. The parties only seek an extension of the discovery deadline. It is ORDERED that the motion is GRANTED, and the deadline for discovery is extended from August 11, 2008, to **October 10, 2008**. All other deadlines remain the same.

DONE this 8th day of August, 2008.

    /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE