IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 1:07cv712-WKW ) ) |
| FLAVOR HOUSE PRODUCTS, INC., and FRANKLIN D. WILLIAMS, JR., | ) ) ) |
| Defendants. | ) ) |

## DEFENDANT FLAVOR HOUSE PRODUCTS, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the *Federal Rules of Civil Procedure*, Defendant Flavor House Products, Inc. ("Flavor House") moves for summary judgment as to the Plaintiff's claims against it. In support of this motion, Flavor House relies on its Brief in Support of Flavor House Products, Inc.'s Motion for Summary Judgment and the Evidentiary Submission filed contemporaneously herewith. As these matters affirmatively and without dispute demonstrate, there is no genuine issue of material fact and Flavor House is entitled to judgment as a matter of law.

/s/ Jennifer F. Swain
JENNIFER F. SWAIN
Attorney for Defendant
Flavor House Products, Inc.

OF COUNSEL:

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 Wachovia Tower
420 20th Street North
Birmingham, AL 35203
Telephone: (205) 244-3863
Facsimile: (205) 488-3863

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this pleading has been filed electronically, with copies served thereby, on August 8, 2008.

Ann C. Robertson, Esq.
Temple D. Trueblood, Esq.
Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

Bobbie S. Crook, Esq.
367 South Saint Andrews Street
Dothan, Alabama 36301

Richard E. Crum
Steadman S. Shealy, Jr.
M. Russ Goodman
Shealy, Crum & Pike, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346

                                    /s/ Jennifer F. Swain
                                    JENNIFER F. SWAIN
                                    Attorney for Defendant
                                    Flavor House Products, Inc.