IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA THORNTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-712-WKW |
| ) | |
| FLAVOR HOUSE PRODUCTS, ) | |
| INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Order entered August 26, 2008 (Doc. # 75) granting Plaintiff's motion to strike and striking Defendants' Brief in Support of Defendant Flavor House Product, Inc.'s Motion for Summary Judgment, with leave to amend by August 29, 2008, is AMENDED to extend the following deadlines in the Briefing Order (Doc. # 22). The deadline for Plaintiff's response brief to Defendants' amended brief is extended to **September 3, 2008**, and the deadline for Defendants' reply brief is extended to **September 17, 2008**.

DONE this 27th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE