**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LINDA THORNTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:** |
| | ) | **1:07 cv-712-WKW** |
| **FLAVOR HOUSE PRODUCTS, INC., and** | ) | |
| **FRANKLIN D. WILLIAMS, JR.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S EVIDENTIARY SUBMISSION IN RESPONSE TO
DEFENDANT FLAVOR HOUSE PRODUCTS, INC.'S AND DEFENDANT FRANKLIN
WILLIAMS' MOTIONS FOR SUMMARY JUDGMENT**

**COMES NOW** the plaintiff, Linda Thornton, by and through her undersigned counsel, and submits the following evidentiary material in opposition to the Defendants' Motions for Summary Judgment:

A.   Declaration of Linda Thornton dated September 2, 2008;

B.   Notes dated April 9, 2005 regarding meeting with Linda Thornton and Melvin Hutchins;

C.   Deposition of Dr. Richard Bendinger taken on June 11, 2008, with exhibits;

D.   Counseling Report for Johnny Millsap dated June 28, 2004;

E.   Complaint for Divorce of Ronnie Jean Williams vs. Franklin Williams, Jr., dated March 31, 2006;

F.   Criminal charges of Franklin Williams;

G.   Parole Report of Franklin Williams;

H.     Personnel file of Jewel Silvey;

I.     Blood pressure related absence reports of Linda Thornton dated April 6, 2006, and

       April 17, 2006;

J.     Documentation forms for Catherine Long and Tamekia Cooke;

K.     Vacation Request forms for Tommy Nance;

L.     Daily Label Operator Check Sheet of Linda Thornton dated May 4, 2006;

M.     Mary Ann Boyer Errata Sheets for deposition taken on May 13, 2008;

N.     Employee Status Change for Linda Thornton regarding Level 4 pay raise dated May

       15, 2006;

O.     Policies against harassment dated 2004-2005.


                                    Respectfully submitted,


                                    s/ Temple D. Trueblood
                                    Ann C. Robertson
                                    Temple D. Trueblood
                                    Attorneys for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301
(334) 671-8062

2

## CERTIFICATE OF SERVICE

I hereby certify that, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer F. Swain
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 s Wachovia Tower
420 North Twentieth Street
Birmingham, Alabama 35203

Steadman S. Shealy, Jr.
Richard E. Crum
M. Russ Goodman
Shealy, Crum & Pike, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346

This 3rd day of September, 2008.

s/ Temple D. Trueblood
OF COUNSEL

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

LINDA THORNTON,                              *
                                             *
        Plaintiff,                           *
                                             *
v.                                           *        Civil Action No.:
                                             *        1:07 cv-712-WKW
FLAVOR HOUSE PRODUCTS, INC., and             *
FRANKLIN D. WILLIAMS, JR.,                   *
                                             *
        Defendants.                          *

DECLARATION OF LINDA THORNTON

        1.      I am the plaintiff in the above styled matter.  I am over the age of eighteen and have

personal knowledge of all matters stated herein.

        2.      I have reviewed Mary Ann Boyer's August 8, 2008, declaration and attached exhibits

submitted as Exhibit "K" to Defendants' summary judgment brief.  The list of Label Operator's

provided in Exhibit "A" is not an accurate list of Label Operators working at the time the "pay for

skills" program was implemented.  Several of the employees listed as Label Operators were no

longer employed with Flavor House when the "pay for skills" program was put into effect.  With

regards to the "pay for skills" tests provided in Exhibit "A", one employee's tests were taken after

I was no longer at Flavor House, and the other employee had only been a Label Operator for a short

period of time when the "pay for skills" came into effect, and unlike me, he was not able to run all

of the machines.

        3.      While I often heard Frank Williams and other employees cussing, I never heard the

male employees cuss out another male employee, nor did I hear them direct their cursing at another

male employee like I heard them cussing directly at the female employees, including myself.

Further, I never heard Williams, or any male employee, call any other male employee derogatory names like the names he called female employees such as "bitch," "stupid fucking bitch," "goddamn mother-fucking bitch." Williams would direct his hostile and demeaning language directly at me and other female employees, but not at the male employees. Additionally, Williams never threw things at male employees like he did at female employees.

4.    During the first year of my employment, I applied for several Label Operator positions and was passed over repeatedly. These positions were given to males, who were temporary employees with less or no experience. There were no sign up sheets for the positions and employees, including myself, had to ask for the position if we wanted it. I asked Melvin Hutchins, Manager, and Kenneth Tew, Supervisor, about the positions and was told that I could not have the position. Instead, they would hire male temporary employees, or they would hire males directly off of the street who did not work out. Although he had no mechanical experience, Frank Williams was hired directly off the street as a Label Operator. I had been working for the company for nearly a year and had mechanical experience, but was still continuously passed over for a Label Operator's position. I was told that I had to take an aptitude test for the position; however, the men were not told they had to take an aptitude test. I was required to submit a resume listing mechanical experience before I was given a Label Operator's position, but male employees were not required to submit resumes.

5.    Although the male mechanics would shove me out of the way, curse at me and treat me in a degrading manner when it would take me a few minutes to adjust my machine, they did not treat the male label operators like this when they took more than five minutes to adjust their machine. When the male operators took more than five minutes to adjust their machine, the mechanics would not call for Hutchins or Cassidy, they would leave the male operators alone unless

2

they called for help.

6.    I reported to Mary Ann Boyer, Director of Operations, that the mechanics cursed at and yelled at the female employees, including me, and that they called the female employees, including me, derogatory names. I reported to Boyer that the mechanics would not allow female operators, including myself, to make minor repairs on the machines, and they would shove me out of the way and take over my machine, but would not do or say anything when male employees made the same or similar repairs.

7.    Boyer's typical response to my complaints was to tell me that I would have to "deal with it" as she had learned to "deal with it." Boyer then said it was a "southern thing" and a "gentlemen" thing to do. Boyer then told me that because her daughter was from the north she had an attitude with the men in the south. Boyer then gave me an example of discrimination she had do "deal with" in the company, telling me that Boyer was in a management meeting with Richard Holland, HR manager, and Tommy Nance, Human Resources, and two other outside male contractors in the conference room. The two contractors would not answer Boyer's questions directly. Instead, they would answer to Nance or Holland.

8.    I reported, to Supervisor Melvin Hutchins, that Tom Beard was making sexually harassing comments to me. After my complaints to Hutchins, the harassment did not stop and only got worse. The sexually harassing comments continued until Beard went on leave and was no longer in the plant.

9.    As I explained in my deposition and have complained about to supervisors and management on multiple occasions, Williams was constantly bragging about his sex life to me or in front of me. In addition to the comments I have already related, Williams discussed, for several

3

months, how he was going to "fuck" the personnel resource girl. He told me that he already had her address and planned to invite her to the Christmas party along with his wife so that there would be two people at the same table that he was "fucking." I reported this incident to Hutchins. On several occasions, Williams told me that he and his wife would "fuck" in the car all night until it was time to get a shower and go to work. Williams stated that his wife was "fucking a nigger" on the sanitation shift. He then commented that he was not racist, but that he was not raised to believe that the races should mix. On several occasions, Williams bragged that even though his girlfriend didn't want to have a baby girl, he was going to "fuck" her enough that she would get pregnant. Williams told me that his first wife had said that if she had known that he wanted "blow jobs", she would have done that for him. Williams was always commenting about how "hard" he could get and how long he could stay "hard". He also said that he had to have sex everyday. He told me that he did not enjoy pornography and that he did not "please" himself sexually, and that is why he had to have sex all the time. These comments and others like them were just part of Williams' everyday conversation at work. When I told him that I did not want to hear anything else about his sex life, Williams would ignore me and continue to talk. One time, when I told him that I did not want to hear about his sex life, Williams told me that he had to talk to me about it because he couldn't talk to his friend Stephanie because she was "fucking" everyone in the plant, "she's a whore, too."

10.    One of the times that I reported Williams' inappropriate sex talk and cursing to Hutchins was prior to my February 16, 2006, complaint to Hutchins and Jordan that Williams was telling other employees that I had called him a child molester. I brought these complaints up again when I made my February 16, 2006, complaint to Hutchins and Jordan.

11.    After the last altercation with Williams in June 2006, I was moved to the Line 5 label

4

machine; however, this was still in the same department with Williams and only a few feet away from him. This move afforded me no protection from Williams as he was a Team Leader and free to roam anywhere in the plant.

12.     I had worked on an old machine on Line 3 for several months and when the new machine finally came in for Line 3 then management moved me to Line 5, back on an old machine. This move took me away from the new Line 3 label machine I had been waiting for, but still did not offer me protection from Williams. I felt like I was once again being punished.

13.     When training with Williams in 2005, he started talking about being a sex offender saying he had seven felony counts.

14.     Williams told temporary employees to complete an application and when they said they couldn't because of their criminal record, he would tell them about his record and that he got a job with the company.

15.     Williams told me that he got a bad deal and if we had another governor, he would get a pardon. I knew that Williams was talking about the sexual abuse convictions and I told him not to talk about these crimes. I then asked Melvin Hutchins to make Williams stop discussing his criminal history at work.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 2nd, 2008, in Dothan, Alabama.

Linda Thornton

5

# EXHIBIT B

## Linda Thornton – issue with Fannie Ash

**Linda Thornton** w/Melvin Hutchins 4-9-05

Fannie asked her to clean some brushes off of Line 1
Linda said when she went to third shift, there were some items from the machine sitting in a bucket on Line 2
Words and especially tone Fannie is using with her employees

10:45 PM – 1 AM they were working on rework
They have brought the issue on the breaks to Fannie & they tried to change it, she said no, ppl are coming in at 7 AM and going to break before people at 6 AM, they can't swap breaks

Joe McGriff - stacker
James Porter – Line 2
These guys said Fannie was just telling her that, she doesn't give them a half point for being late
They don't know it, but I'm going to start

Late march, early February – Joe came in 45 minutes late

Clocking out for break then warming up your food, she said she hasn't eaten here in 4 years
Cleaning up sink that can line uses, she doesn't use, this was a day she was going to her new house to get cable & other things setup

# EXHIBIT C

# FREEDOM COURT REPORTING

1        IN THE UNITED STATES DISTRICT COURT

2        FOR THE MIDDLE DISTRICT OF ALABAMA

3                SOUTHERN DIVISION

4

5        CIVIL ACTION NUMBER   107cv-712-WKW

6    LINDA THORNTON,

7

8            Plaintiff(s),

9    v.

10   FLAVOR HOUSE PRODUCTS, INC.,

11

12           Defendant(s).

13

14           DEPOSITION TESTIMONY OF:

15        RICHARD L. BENDINGER, JR., DO

16                COPY

17

18

19

20   Commissioner:

21   Renny D. McNaughton

22   June 11, 2008

23   Dothan, Alabama

# FREEDOM COURT REPORTING

1              S T I P U L A T I O N

2         IT IS STIPULATED AND AGREED by and

3    between the parties through their respective

4    counsel that the deposition of Dr.

5    Bendinger, may be taken before Renny D.

6    McNaughton, Court Reporter and Notary

7    Public, State at Large, at the offices of

8    Bobbie Crook, Dothan, Alabama, on the 11th

9    day of June, 2008, commencing at

10   approximately 4:15 p.m.

11        IT IS FURTHER STIPULATED AND AGREED

12   that the signature to and the reading of the

13   deposition by the witness is waived, the

14   deposition to have the same force and effect

15   as if full compliance had been had with all

16   laws and rules of Court relating to the

17   taking of depositions.

18        IT IS FURTHER STIPULATED AND AGREED

19   that it shall not be necessary for any

20   objections to be made by counsel to any

21   questions, except as to form or leading

22   question and that counsel for the parties

23   may make objections and assign grounds at

## FREEDOM COURT REPORTING

1    the time of trial or at the time said

2    deposition is offered in evidence, or prior

3    thereto.

4         In accordance with Rule 5(d) of the

5    Alabama Rules of Civil Procedure, as

6    amended, effective May 15, 1988, I, Renny D.

7    McNaughton, am hereby delivering to Ms.

8    Swain the original transcript of the oral

9    testimony taken the 11th day of June, 2008,

10   along with exhibits.

11        Please be advised that this is the

12   same and not retained by the Court Reporter,

13   nor filed with the Court.

14

15

16

17

18

19

20

21

22

23

4

# FREEDOM COURT REPORTING

```
 1                   I N D E X

 2      EXAMINATION BY:              PAGE NO.

 3   Ms. Swain                   8

 4   Ms. Robertson              86

 5                E X H I B I T S

 6   No. 1                      89

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
```

# FREEDOM COURT REPORTING

```
 1              A P P E A R A N C E S

 2    FOR THE DEFENDANT (S):

 3     Jennifer F. Swain

 4     Baker, Donelson, Bearman, Caldwell &

 5     Berkowitz, PC

 6     Wachovia Tower, 420 North Twentieth Street,

 7     Suite 1600

 8     Birmingham, Alabama  35203-5202

 9

10    FOR THE PLAINTIFF (S):

11     Ann C. Robertson

12     Wiggins, Childs, Quinn & Pantazis, LLC

13     The Kress Building

14     301 Nineteenth Street North

15     Birmingham, Alabama  35203

16     Bobbie S. Crook

17     Attorney at Law

18     367 S. St. Andrews St.

19     Dothan, Alabama  36301

20

21    Also Present:  Linda Thornton

22

23
```

# FREEDOM COURT REPORTING

```
1            I, Renny D. McNaughton, a Court

2    Reporter of Greenville, Alabama, and a

3    Notary Public for the State of Alabama at

4    Large, acting as Commissioner, certify that

5    on this date, pursuant to the Alabama Rules

6    of Civil Procedure, and the foregoing

7    stipulation of counsel, there came before me

8    at the offices of Bobbie Crook, Dothan,

9    Alabama, commencing at approximately 4:15

10   p.m. on the 11th day of June, 2008, Richard

11   L. Bendinger, Jr., DO, witness in the above

12   cause, for oral examination, whereupon the

13   following proceedings were had:

14

15            THE VIDEOGRAPHER:  Okay.  This

16       begins videotape 1 in the deposition of

17       Dr. Richard Bendinger -- tape one in the

18       matter of Linda Thornton versus Flavor

19       House Products and Franklin D. Williams,

20       Jr., case number 107-CV-712-WKW.  We're

21       on the record now.  The time is 4:17:15.

22       This is Wednesday, June the 11th, 2008.

23       We're at the offices of Bobbie S. Crook,
```

## FREEDOM COURT REPORTING

1       PC, in Dothan, Alabama.  My name is Joey

2       McClain representing Freedom Court

3       Reporting.  Would counsel identify

4       yourself and state whom you represent.

5           MS. SWAIN:  Jennifer Swain.  I

6       represent defendant Flavor House

7       Products, Inc.

8           MS. ROBERTSON:  And I'm Ann

9       Robertson.  I represent the plaintiff,

10      Linda Thornton.

11          THE VIDEOGRAPHER:  If you could

12      swear the witness.

13          (Witness Sworn.)

14          THE COURT REPORTER:  Usual

15      stipulations?

16          MS. SWAIN:  That's fine.  Ann?

17          MS. ROBERTSON:  Sure.  That's

18      fine with me.  I'm sure -- do you want

19      to read and sign this document?  You

20      don't have to.

21          THE WITNESS:  No.  I don't -- I

22      don't care about it.

23          MS. ROBERTSON:  Okay.

# FREEDOM COURT REPORTING

```
 1              THE WITNESS:  I don't need to.

 2       RICHARD LEWIS BENDINGER, JR., DO

 3   (having been duly sworn, was examined and

 4   testified as follows:)

 5              EXAMINATION

 6   BY MS. SWAIN:

 7       Q     Could you state your name,

 8   please, for the record.

 9       A     Richard Lewis Bendinger, Jr.

10       Q     Dr. Bendinger, my name is

11   Jennifer Swain, and I'm an attorney that

12   represents Flavor House Products, Inc., in a

13   lawsuit that was filed against it by Linda

14   Thornton.  I'm going to ask you some

15   questions today about your treatment and

16   relationship with Ms. Thornton.

17       A     All right.

18       Q     Before I kind of get too far into

19   that, I wanted to go just briefly over your

20   educational background and qualifications.

21   Where did you receive your medical degree?

22       A     Do you want me to just go

23   through -- I've got a bachelor of science
```

# FREEDOM COURT REPORTING

1    degree from the University of Miami.

2         Q    Okay.

3         A    A bachelor of science degree in

4    pharmacy from Auburn University.  And I went

5    to the University of Health Sciences in

6    Kansas City, osteopathic medical school.

7         Q    Okay.

8         A    And I did a family practice

9    internship in Atlanta, Georgia at Doctors

10   Hospital.  I've been in Abbeville, Alabama

11   as a family practitioner for 24 years.

12        Q    Okay.

13        A    I'm board certified in family

14   practice.

15        Q    Great.  And you are a DO?

16        A    Right.

17             MS. ROBERTSON:  So is my cousin,

18        Michael Rosemoore, in Birmingham.

19             THE WITNESS:  Okay.

20        A    That's -- I was the 79th DO to be

21   licensed in the state.

22        Q    Is that right?

23        A    Yeah.

## FREEDOM COURT REPORTING

1          Q      Okay.  And what year was that?

2          A      Eighty-two.

3          Q      Okay.  I am going to show you,

4     Dr. Bendinger, what was provided to us by

5     your medical office in response to the

6     subpoena that was actually served by a prior

7     law firm that was representing the same

8     defendant.  And you had indicated earlier

9     that there might be some subsequent notes

10     since that file has been produced.  I just

11     wanted to go ahead and establish what else

12     might be in your file.

13          A      Let's see. I had the progress

14     notes.  I was going to look and see if I

15     could find all of them.  Hold on just a

16     second.

17          Q      Actually, I think, just because

18     I've been through those, I may be able to

19     help you a little bit.

20          A      The main thing I was looking for

21     were the progress notes.

22          Q      And this -- was this the -- would

23     this be a progress note?

# FREEDOM COURT REPORTING

```
1        A     Yeah, that would be the progress

2   note.

3        Q     Okay.  I can -- this may be the

4   most recent one?

5        A     6/5.

6        Q     Of this year is the last one you

7   have?

8        A     Uh-huh.

9        Q     Okay.  I have --

10        A     You may have 5/12.  I don't know

11   if you've got 6/5.

12        Q     No.  I don't even have -- I think

13   all I have is December of '07.

14        A     That's why I was -- that's why I

15   mentioned to you that we had --

16             THE WITNESS:  Do you have all the

17        latest ones or not?

18             MS. ROBERTSON:  I have the same

19        as she does.  I'm just making sure I'm

20        looking at the right ones.  Are you in

21        the Family Practice?

22             THE WITNESS:  That's the last.

23        That's 11/30.
```

# FREEDOM COURT REPORTING

1          Q     Well, there's one after that, I
2    believe.
3          A     12/19.
4          Q     Is it 12/19?
5          A     12/19.
6          Q     I've got that.
7                MS. ROBERTSON:  So I've got the
8    right --
9                THE WITNESS:  You should have
10         12/19.
11               MS. ROBERTSON:  -- group.  Yeah.
12         There's your name.  I have the right
13         group.
14         A     Yeah.  Yeah.  Okay.  So these
15    would be -- you don't have anymore --
16         Q     There are some that are
17    subsequent to that?
18         A     Absolutely.
19               MS. ROBERTSON:  Do we need
20         copies?
21               MS. SWAIN:  Yeah.
22               MS. ROBERTSON:  Hold on.  Let me
23         get Angie to get copies.

## FREEDOM COURT REPORTING

1         MS. SWAIN:  Get copies for each

2    of us.  Can I get two copies, one to

3    give back to him and one for you and one

4    for me.

5         THE VIDEOGRAPHER:  Go off?

6         MS. SWAIN:  Yeah, why don't we

7    for just one moment.

8         THE VIDEOGRAPHER:  We're off at

9    4:22.

10        (Off The Record.)

11        THE VIDEOGRAPHER:  We're back on

12   at 4:27.

13 BY MS. SWAIN:

14   Q    Dr. Bendinger, what I have done

15 is separate from what I received from your

16 file, just the, I guess you'd call these

17 progress reports; is that right?

18   A    Yes, ma'am.

19   Q    And taken out the doctor's notes

20 and different things like that.  And what I

21 would like to do is sort of briefly go

22 through these.  I think I have them in the

23 order they were produced to me in which is

## FREEDOM COURT REPORTING

```
1    --

2              MS. ROBERTSON:  Backwards.

3        Q    -- reverse chronological order,

4    so I'm going to sort of start at the bottom

5    and go forward.

6        A    Sure.

7        Q    If that works for you.

8        A    Anything.

9        Q    And the first date I have, I

10   believe, is February 28th, 2005; is that

11   right?

12       A    That's the first day, right.

13       Q    Okay.  And that's the first time

14   you treated Ms. Thornton?

15       A    Yes.  Yes, ma'am.

16       Q    Okay.  And at that time she was

17   just coming to see you --

18       A    Had a cold.  A cold, sinus.

19            THE COURT REPORTER:  Let her

20       finish her question before you --

21            THE WITNESS:  Oh, I'm sorry.

22            THE COURT REPORTER:  -- start.

23       Q    Yeah.  I was just going to say
```

## FREEDOM COURT REPORTING

1    she was coming to see you at that time for a

2    sore throat?

3         A    Yes.

4         Q    And was there anything else that

5    you treated her for in that visit?

6         A    No.  I gave her just some

7    antibiotics and some medicine for nausea and

8    that was about it.

9         Q    And was she on any other kinds of

10   medications when she came to you that day?

11        A    Not then.

12        Q    All right.  And then when was the

13   next time that you treated Ms. Thornton?

14        A    7/19/05.

15        Q    And what did you treat her for at

16   that time?

17        A    She had fallen at work at Flavor

18   House.  I guess they had sent her to their

19   primary care physician and done some x-rays,

20   put her in a splint.  She'd hurt her knee.

21   And so she came up just to see what -- you

22   know, if we could do anything else for her

23   knee.  And she also stated that she had the

## FREEDOM COURT REPORTING

1   stomach virus that went through the entire

2   family, and she wasn't able to go to work

3   for July 7th, 8th, and 9th and so she needed

4   a note.  And she was complaining of some

5   menopausal symptoms.  She'd had a previous

6   hysterectomy.

7        So we took a look at her knee.  She had

8   a -- about a four centimeter contusion on

9   her left knee.  I also gave her some

10  medicine for pain, a note for light duty,

11  some Prednisone, and in addition for like

12  the menopausal symptoms, gave her some Paxil

13  and talked to her about the pluses and

14  minuses, the risks and benefits of estrogen

15  at that time.

16        Q    What is Prednisone or what was

17  that for?

18        A    Prednisone is -- is a type of

19  cortisone and she used for swelling and

20  inflammation and when you're -- it's usually

21  tolerated better than the nonsteroidal

22  anti-inflammatories like Motrin, Advil.  And

23  you don't -- you can't give it as long but

## FREEDOM COURT REPORTING

1  it's usually more powerful and tolerated

2  better, so, you know, gets better quicker.

3        Q      Okay.  And then the Lortab was

4  for the pain?

5        A      For pain.

6        Q      Okay.  And can you read me what

7  -- I can't read what this says here.

8        A      That discussed risks and benefits

9  of estrogen.

10        Q      Okay.

11        A      And then I put her on Paxil,

12  also.

13        Q      Okay.  Great.  All right.  And

14  then the next time you treated her was?

15        A      9/9 of '05.

16        Q      And that was for?

17        A      She had several complaints.

18  Elevated blood pressure, headache, nose

19  bleeds, some chronic shoulder and neck pain.

20  On the significant part of the exam she had

21  some rhinitis and sinusitis, and I gave her

22  some Nasonex necks nasal spray, some

23  Benicar, which is a blood pressure medicine,

18

## FREEDOM COURT REPORTING

1  told her to watch her sodium and caffeine,

2  gave her something for the pain for her neck

3  and shoulder.  And she came that day already

4  on Paxil, which is the

5  antidepressant/antianxiety agent, Premarin

6  and Nexium.

7         Q     And what was she on that Paxil

8  for at the time?

9         A     That was like those menopausal

10  symptoms we talked about previously.

11         Q     And the Premarin was also for

12  menopause.

13         A     Estrogen.

14         MS. ROBERTSON:  That's what gives

15  you breast cancer.

16         MS. SWAIN:  As you well know.

17         MS. ROBERTSON:  As I well know.

18         Q     And Nexium?

19         A     It's for, like, gerd.

20         Q     Like heartburn?

21         A     Right.

22         Q     And that day when she came in to

23  see you her blood pressure was 130 over 90?

## FREEDOM COURT REPORTING

1          A      Yes.

2          Q      What do you consider to be the --

3    the cutoff for when blood pressure

4    medications are advised?

5          A      Usually if their -- if their

6    lower number, their diastolic is much over

7    85 after you've discussed salt retention and

8    make sure they're not taking any over the

9    counter medicine, that kind of thing --    .

10   if -- it used to be 90 but now the studies

11   are showing that we need to be a lot more

12   aggressive about the treatment of blood

13   pressure so we start treating them a little

14   earlier.  And so that's why we put her on

15   something then because it was -- even though

16   it wasn't terribly up, it was up.

17         Q      Did Ms. Thornton's weight, in

18   your opinion, contribute at all to her

19   increased blood pressure -- blood pressure?

20         A      Weight always has some effect,

21   you know.

22         Q      Did you consider Ms. Thornton to

23   be overweight at 235 pounds?

## FREEDOM COURT REPORTING

```
1         A     At 235 pounds, she was a little

2    bit overweight.

3         Q     And does smoking affect blood

4    pressure?

5         A     Absolutely.

6         Q     Is -- and your understanding is

7    that Ms. Thornton smoked?

8         A     I didn't -- I don't -- I don't

9    recall at the time.

10        Q     Okay.  Do you know whether you

11   ever discussed with her weight loss or

12   stopping smoking?

13        A     Yes.  We discussed -- I don't

14   know about the smoking, but I know we

15   discussed weight loss because I've got -- if

16   I remember correctly that's documented

17   somewhere in there.

18        Q     Okay.  Well, this may shock you

19   but your handwriting is --

20        A     I know is a --

21        Q     -- a little bit difficult to

22   read.

23        A     I know.  I know.  And I'm sorry.
```

21

**FREEDOM COURT REPORTING**

1          MS. ROBERTSON:  Actually, I'm

2     having very little trouble reading it.

3          A    And I'm -- and I'm sorry.

4          Q    And it may be just me.

5          A    You're right.

6          MS. ROBERTSON:  My handwriting --

7     my handwriting is so bad that 30 minutes

8     later I can't read my own handwriting.

9     So there you go.

10    BY MS. SWAIN:

11         Q    The next time you treated

12    Ms. Thornton was October 5th, 2005, it looks

13    like?

14         A    Right.  She came in with a knot

15    on her right wrist.  She was congested,

16    needed some of her medicines refilled.  She

17    told me at that time she'd had an increase

18    in her work stress.  She was -- discussed

19    some sexual harassment.  I don't recall

20    exactly -- I didn't write down all the

21    details of it at that point.

22         Q    Do you know if you discussed the

23    details with her during that visit?

**367 VALLEY AVENUE**
**(205) 397-2397    BIRMINGHAM, ALABAMA   1-800-373-3660**

## FREEDOM COURT REPORTING

```
1          A    I think we just primarily

2   discussed that she was having a difficult

3   time at work and being harassed at work but

4   not the specific details of who was doing it

5   or anything like.

6          Q    What does that say after it says

7   "being harassed," what is the next thing it

8   says right there?

9          A    Discussed with patient.

10         Q    Oh, okay.

11         A    Anyway, the -- she had sinusitis.

12  She had a -- a cyst on her hand, about one

13  centimeter on the palm side of her hand.  We

14  gave her an antibiotic, some Keflex, an

15  antihistamine decongestant for drainage,

16  something for cough, told her to continue

17  the Paxil, and I give her something for

18  pain -- for shoulder pain.

19         Q    That's the Lortab --

20         A    Right.

21         Q    -- for that?

22         A    Uh-huh.

23         Q    Excuse me.  And at this visit her
```

## FREEDOM COURT REPORTING

1    blood pressure was 140 over 80; is that

2    right?

3         A    That's right.

4         Q    So the 80 is better but the 140

5    is worse and --

6         A    140 is kind of right on the --

7    right on the -- the border of where you

8    would probably -- at this point you'd

9    probably treat.  And I would say three years

10   ago or four years ago, this is three years

11   ago, but we're more aggressive even now than

12   we were then.

13        Q    So on this visit with the 140

14   over 80, did she -- did she continue any

15   blood pressure medication?

16        A    We had -- we had been giving her

17   samples of Benicar and that wasn't written

18   down here but it -- you know, the entire

19   time that we had been treating we'd been

20   giving her back samples of that medicine

21   because it's expensive.

22        Q    So she was still taking that?

23        A    Yes, ma'am.

24

## FREEDOM COURT REPORTING

1        Q    All right.  And the next time you

2    treated her it looks like November 10th,

3    2005, or was that a treatment or was that

4    just a call in?

5        A    No.  That was a treatment.  She

6    came in and she needed a refill on her

7    medicine.  She -- at that time, I'm -- I

8    don't know why the Benicar wasn't written

9    down.  I usually, you know, ask them, but

10    written down was Nexium, Lortab, and Paxil.

11    And she was having some right shoulder pain

12    again that she'd come in for several times

13    before.  And we gave her some -- again,

14    something for pain, some more Prednisone.

15    And she was also having -- above that is

16    bilateral heel pain.  I thought she was

17    having a little tendonitis in her heels.

18    Pretty common for some -- anybody that's on

19    their feet a good bit.

20        Q    Okay.  The next time you treated

21    her was November 25th -- oh, I'm sorry.

22        A    That's a call in.

23        Q    This is just a call in?

## FREEDOM COURT REPORTING

1        A      Yes, ma'am.

2        Q      She was just calling to get --

3        A      Something for cough.

4        Q      All right.  And that was -- let

5   me see because I don't have this --

6        A      11/25 of '05.

7        Q      Okay.  And then the next time you

8   actually treated her was January 16th, 2006?

9        A      Right.

10       Q      Is that right?

11       A      Uh-huh.  She was still complaining

12  of chronic shoulder pain.  She had some

13  stuff on her right lumbar -- lumbosacral LS

14  tenderness, left shoulder was popping, and I

15  diagnosed her with just a diagnosis.  She --

16  she basically had some chronic back pain,

17  chronic shoulder pain, gerd, which is

18  gastroesophageal reflux disease, and gave

19  her medicine for pain.  And I told her she

20  needed to come back and have a pelvic exam.

21  She'd had a hysterectomy, so she didn't need

22  a, you know, pap smear.  And then we

23  scheduled her for a mammogram at the Medical

## FREEDOM COURT REPORTING

1    Center on that visit.

2         Q    Okay.  So on that -- the meds you

3    have listed here on the right --

4         A    Nexium.

5         Q    -- is that what you prescribed or

6    what she was on?  What are those?

7         A    What she was on.  Generally the

8    medicines on the right column like that are

9    what they -- they -- the nurse asks them

10   when they come in, What are you taking?  Or

11   sometimes they write down the ones from

12   previous visit.

13        Q    Okay.  So can you tell -- so

14   she -- then down here would be in the middle

15   of the page is what you put her on from this

16   visit?

17        A    On this visit what I gave her was

18   some additional pain medicine.

19        Q    That was the Lortab?

20        A    And that was the only -- right.

21   That was the only medicine that she was

22   prescribed on this visit.  The rest -- rest

23   of the time we ordered a mammogram and told

27

## FREEDOM COURT REPORTING

1    her that she needed to come back for, you

2    know, a female exam.

3         Q    Okay.  And what does this mean

4    here where it says --

5         A    Complaint of, C-O.

6         Q    Okay.  So complaint of patient,

7    needs meds refilled?

8         A    Refilled.  That was really the

9    reason she was there was just to get that

10   Lortab refilled.

11        Q    Okay.  The next visit looks like

12   -- well, this one -- is this out of order or

13   is that the wrong date or do you know?

14        A    I think whoever wrote that didn't

15   write '06 and wrote '05.  That's the only

16   thing I can figure.

17        Q    But you think it probably was

18   '06?

19        A    I think probably it was '06.  I

20   didn't alter it.  But that's -- that was --

21   when I looked through the -- when I looked

22   through the, you know --

23        Q    It would make sense.

28

## FREEDOM COURT REPORTING

1          A       Anyway, she was complaining of

2     sty in the right eye.  She needed an order

3     for a mammogram.  We'd given her one before

4     but I think she had missed the appointment.

5     Complaining of lumbar tenderness, chronic

6     right shoulder pain.  And then on exam she

7     still had left shoulder pain, some

8     lumbosacral tenderness, diagnosis was

9     chronic pain, myositis, which is muscle

10    soreness and tendonitis in the left

11    shoulder.

12         I told them to schedule another

13    mammogram appointment for her.  We gave her

14    some pain medicine and some Maxitrol eye

15    drops.  M-A-X-I-T-R-O-L.  That was for the

16    sty in her eye.

17         Q       Okay.  March 16th, '06, refills

18    on meds?

19         A       Right.  She was having chronic

20    left shoulder pain still.  Also bilateral

21    foot pain.  She was having pain in both

22    heels like I'd described previously.

23    Basically was there for her usual medicine,

## FREEDOM COURT REPORTING

1    which is the pain medicine.  And we also at

2    that time gave her some more Prednisone for

3    her, which is the cortisone for her heels to

4    hopefully get them back.  It's a really

5    tough thing to have to treat.

6         Q    Is there -- it looks like she

7    went from being on Lortab to Lorcet.  Is

8    there -- what is the difference between

9    those two?

10        A    Not much.  There's -- Lorcet is

11   650 milligrams of -- of acetaminophen in it

12   where Lortab is 500, and sometimes one works

13   a little better than the other.

14        Q    And it looks like on the same

15   page there's a note of a call in.

16        A    Yeah.  Blood pressure was 138

17   over 99 and the -- wanted to know if she

18   could take a half of a Benicar, which is

19   what she was on for blood pressure, and the

20   nurse advised her to take it and -- because

21   I'd given her samples last time she was

22   there.

23        Q    Do you know why if she already

30

## FREEDOM COURT REPORTING

1  had the medication she was calling to ask if

2  she could take it?

3          A    An extra half I think because --

4          Q    In addition to her dosage?

5          A    Right, right.

6          Q    And the 138 over 99, was that --

7          A    That's considered -- well, the 99

8  number is really considered the problem.

9          Q    Sure.  But my -- my question was

10 whether that was blood pressure she had

11 taken herself or taken it somewhere else and

12 called and reported to you or did she come

13 in and have --

14         A    No.  She -- she had either taken

15 it herself or had gone somewhere to take it.

16 We did not take it.

17         Q    She reported that number to your

18 office?

19         A    Right.

20         Q    And then she came in it looks

21 like the following day -- is that the

22 following day?

23         A    Uh-huh.  Yes.

**367 VALLEY AVENUE**
(205) 397-2397    **BIRMINGHAM, ALABAMA   1-800-373-3660**

### FREEDOM COURT REPORTING

1        Q    Yes.  Okay.  Got my papers messed

2    up now.  Okay.  And by that time her blood

3    pressure was 120 over 90 it looks like.

4        A    Yes.  And --

5              MS. ROBERTSON:  Are y'all sure

6        it's 90?

7              THE WITNESS:  It's 120 over 80.

8              MS. SWAIN:  Did I get the wrong

9        page?

10             MS. ROBERTSON:  No.  Y'all just

11       can't read funny writing.

12       Q    I think I'm --

13       A    Where are you at?  Let me see

14   your page.

15       Q    Here.  Please help me.  What am I

16   doing?  Thank you. I was --

17       A    Oh, okay.

18       Q    I was switching the papers the

19   wrong direction.  Okay.  So it was 120 over

20   80 by the next day --

21       A    Right.

22       Q    -- when she got to your office?

23       A    Right.

**FREEDOM COURT REPORTING**

1       Q    And that's normal; correct?

2       A    That's good.

3       Q    Anything else on that day?

4       A    No.  Just the usual.  I --

5   diagnosis of hypertension, chronic shoulder

6   pain, back pain, anxiety.  She was given

7   the -- the Benicar and told to take a half

8   at night.  And I added Hydrochlorothizide in

9   the morning, which is a diuretic, and

10  sometimes when one of the blood pressure

11  medicines does not control the blood

12  pressure by itself, you add a second one.

13  And -- and usually a diuretic is what you

14  add because, especially in females, often

15  they retain fluid anyway, and it helps them

16  not only reduce the fluid but at the same

17  time lower their blood pressure.  I'd given

18  her a prescription for Nexium to take at

19  bedtime, which she was already on.  She just

20  needed a prescription.  And Lortab at that

21  that point.  And then I wrote down Benicar

22  was added at bedtime for her blood pressure

23  elevation, probably secondary to work

**FREEDOM COURT REPORTING**

1    stress.

2        Q    And what made you think that the

3    blood -- blood pressure elevation was

4    probably secondary to work stress?

5        A    When -- I mean, usually she would

6    say, I'm, you know, having a hard time at

7    work.  We didn't get into any specifics or I

8    would have written it down.  But, you

9    know --

10       Q    That was just based on what she

11   reported to you?

12       A    Uh-huh, uh-huh.

13       Q    Is that a yes?

14       A    Yes.  I'm sorry.

15       Q    It's all right.  It's just --

16       A    Yeah, I know.  I know.

17       Q    At this visit her weight was

18   259.3; is that correct?

19       A    That's correct.

20       Q    Which was what, about, what

21   35 pounds --

22       A    30 pounds --

23       Q    -- more --

## FREEDOM COURT REPORTING

```
 1          A     More than it was before.

 2          Q     So you think that may have had

 3    some impact on her blood pressure?

 4          A     Absolutely.

 5          Q     This one -- the next --

 6          A     The next one.

 7          Q     The next one, 5/3/06, it looks

 8    like.

 9          A     No.

10          Q     Is that correct?

11          A     5/29/06 is what I thought.

12          Q     Did I skip one?

13          A     Let me see.  Let me see your

14    note.

15          Q     Okay.  There's one between -- do

16    you have this?

17          A     Oh, I'm sorry.  I'm doing it now.

18          Q     You're going backwards, too.

19          A     Yeah.  She returned on Benicar

20    for blood pressure.  This probably would

21    have been considered more of a -- just a --

22    a routine visit.  We gave her a shot of Depo

23    Medrol for her heel pain, foot exercises,
```

## FREEDOM COURT REPORTING

1    her pain medicine, gave her more samples of

2    blood pressure medication, Benicar, told her

3    to continue her Paxil.

4         Q    And -- and was the purpose for

5    the Paxil still the menopause symptoms?

6         A    Well, it's -- it's -- it was

7    probably a little bit of both.

8         Q    Okay.

9         A    I mean, because with -- with

10   menopause, you know, you -- a lot of women

11   are very -- have mood swings, are very

12   anxious.

13        MS. ROBERTSON:  Oh, no, Doctor,

14   not really.

15        A    But they're -- you know, so the

16   Paxil does help that.

17        Q    Okay.

18        MS. ROBERTSON:  Can we go off the

19   record?

20        MS. SWAIN:  Yes.

21        THE VIDEOGRAPHER:  We're off at

22   4:47.

23        (Off The Record.)

## FREEDOM COURT REPORTING

```
1              THE VIDEOGRAPHER:  We're back on

2         at 4:47.

3    BY MS. SWAIN:

4         Q    On the May 3rd, '06, visit, just

5    so I'm -- make sure my mind is clear on

6    this, she stated on the Lortab, whatever the

7    one with the D is you told me --

8         A    Depo Medrol.  It's --

9         Q    Depo Medrol?

10        A    That injectable --

11        Q    For the heel?

12        A    -- cortisone for the heel.

13        Q    Okay.  The Benicar --

14        A    Samples.

15        Q    And then the Paxil?

16        A    Paxil.

17        Q    Correct?

18        A    Right.

19        Q    All right.  Then 5/25/06, is that

20   just a call in?

21        A    She called in wanting some Paxil.

22   She was out.

23        Q    Okay.  So y'all just called that
```

# FREEDOM COURT REPORTING

1    --

2         A    So we phoned some in.

3         Q    Okay.  And then we got the 5/29

4    one; correct?

5         A    Right.  Says she was complaining

6    of left foot tendonitis on the plantares

7    that are bottom side.  We call it plantar

8    fasciitis because tendons on the plantar or

9    bottom side of the foot get inflamed.  And

10   so at that time we gave her some more pain

11   medicine.  Prior to that she was on 20

12   milligram Paxil and at this visit we gave

13   her 40 milligram Paxil, which is a little

14   higher dose.

15        Q    Okay.

16        A    She's -- and I just documented

17   that she was unable to take nonsteroidal

18   anti-inflammatories because of GI upset.

19   She had tried Feldin and Motrin all with

20   problems taking -- taking that.  She also

21   complained of having problems with stress at

22   work.  She was -- stated she's being

23   harassed.  Nothing was being done.  She was

## FREEDOM COURT REPORTING

1   thinking about quiting her job.  And I just

2   told her to continue the Paxil, and we gave

3   her a little higher dose.

4          Q      Did she during that visit

5   describe to you in any -- any further than

6   what you have here in your notes the nature

7   of any alleged harassment?

8          A      No.   That -- that I can remember,

9   no.

10         Q      And this may be obvious, but your

11  knowledge of that is based on what she told

12  you; correct?

13         A      Absolutely.

14         Q      You didn't have any personal

15  knowledge of what was going on at her

16  workplace?

17         A      No, ma'am.

18         Q      And at the top right here it says

19  complains of, does RF mean right foot?

20         A      Refill on Lortab.

21         MS. ROBERTSON:  Close, Jennifer.

22         MS. SWAIN:  Sorry.

23         THE WITNESS:  I know.  I know.

39

## FREEDOM COURT REPORTING

1              MS. SWAIN:  I will be there by

2       the end of the day.  I got the letters

3       right.

4   BY MS. SWAIN:

5       Q    So June 20th, '06, looks like the

6   next day; is that correct?

7       A    Yes.

8       Q    And that's also for a refill on a

9   meds visit?

10       A    Yes.  She was having back and

11   lumbar pain when she came in that time and

12   so I told her to get off her feet.  So we

13   kept her out of work, you know, that week,

14   gave her a refill on her pain medicine, and

15   we scheduled her for a MRI of her lumbar

16   spine at the Medical Center.  I'm trying to

17   see if there's anything else.  I refilled

18   her Hydrochlorothizide and her Benicar.

19       Q    What is the HTZE?

20       A    Hydrochlorothizide.  That is the

21   little water pill that we put her on back a

22   couple visits ago for her high blood

23   pressure.

## FREEDOM COURT REPORTING

```
1        Q      All right.  And you indicate down

2    here at the bottom, it says, No work this

3    week.  Is that --

4        A      Right.

5        Q      Did she tell you anything else

6    about her work situation during this visit?

7        A      No.

8        Q      Did she complain about anxiety

9    during this visit?

10       A      No.

11       Q      Or increase in blood pressure or

12   anything like that?

13       A      Her main complaint on this time

14   was really her back.  It was really hurting

15   her, and so that was one reason I wanted her

16   off her feet.

17       Q      Okay.  Then the next time was

18   July 18th, '06?

19       A      Right.  Refill on medicines.  We

20   discussed her anxiety, her blood pressure,

21   back pain.  She was there for refills.  We

22   -- see if we did anything.  Gave her a

23   refill on her pain medicine and her Paxil.
```

**FREEDOM COURT REPORTING**

1    Gave her some Protonix.  If you notice a

2    couple visits before she was on Nexium.

3    This is just another similar drug to that.

4    That's what that's for.  And I gave her some

5    Atuss MS, which is a cough medicine.  A lot

6    of times as I'm going out the door somebody

7    will say, Well, I need something for cough,

8    and that's how that happened.

9           Q     Okay.

10          A     Again, there were no specifics.

11   Just basically she was having some anxiety.

12          Q     Okay.  All right.  Next visit,

13   September 12th, '06; is that correct?

14          A     That's right.  She had -- had an

15   episode of the hives.  The medical name for

16   that is Urticaria.  Hives is where your body

17   releases a lot of histamine from the mast

18   cells in the -- in the body and what happens

19   is you turn red all over, you get huge welts

20   all over from head to toe and you itch from

21   the top of your head to the bottom of your

22   feet.  Sometimes that progresses to

23   shortness of breath and even anaphylactic

## FREEDOM COURT REPORTING

```
1    shock depending on how much histamine is

2    released into the body and how the body

3    reacts to it.

4         Q    That's generally an allergic

5    reaction to something?

6         A    Yes.  And sometimes it --

7    urticaria occurs by itself sometimes.

8    Sometimes it occurs as a result of, you

9    know, a medicine or a chemical or exposure

10   to something.  Chronic urticaria can occur

11   from such things as anxiety can trigger it.

12   There are just different triggers.  Often

13   times unless it occurs more than once

14   without a specific reason, it's very

15   difficult to know exactly what caused it.

16        Q    Okay.

17        A    Basically, we gave her a shot of

18   Epinephrine.  Gave her a shot of Decodran,

19   which was another cortisone-type

20   preparation.  Gave her some Benadryl -- a

21   shot of Benadryl.  All three which would

22   help reverse the reaction in the mast cells.

23   And I sent her home with a prescription for
```

## FREEDOM COURT REPORTING

```
1    Epupin, which is medicine.  Usually if it --
2    if this occurs multiple times it can
3    progress to where your throat starts to
4    close off, so I always like to send the
5    patient home with Epupin to make sure they
6    don't have a breathing problem.  They have
7    it home ready to go.  I gave her some
8    Claritin, which is nonsedating antihistamine
9    that lasts 24 hours.  I gave her some of
10   that, some more Prednisone and then refilled
11   her pain medicine.
12        Q    And looks like she called in on
13   the 18th of September for --
14        A    Cough medicine.
15        Q    -- cough medicine?  Yeah.
16        A    Right.
17        Q    Is that January 8th, '07, was the
18   next visit?
19        A    Yes.  Lumbar disk disease, back
20   pain, which had increased lately.  She was
21   having pain that went into her lower
22   extremities, the left side greater than the
23   right.  We gave her some Robaxin muscle
```

## FREEDOM COURT REPORTING

1    relaxant, bedtime.  She had been off her

2    Paxil and she had taken some Goody powders

3    and was taking some Goody powders according

4    to the nurse when she came in.  So I went

5    ahead and put her on some Feldene and gave

6    her some Omeprazole.  Omeprazole is the

7    generic word for Prilosec.  Prilosec is

8    another one of the same drugs used for

9    reflux.  It's just -- depends on her

10    insurance plan and all that, which one you

11    prescribe a lot of times.  They all work

12    about the same.

13         Q    What about the Feldene?  What is

14    that?

15         A    Feldene is an anti-inflammatory

16    we tried to get her to take again along with

17    the Omeprazole.  Sometimes if you take those

18    along with one of these medicines, you can

19    tolerate it even for a day or two.

20         Q    And she was -- what is the next

21    thing after the Feldene, beneath that?

22         A    Robaxin 750.  It's a muscle

23    relax -- skeletal muscle relaxant.  I gave

## FREEDOM COURT REPORTING

1    that to her at bedtime because it does

2    cause -- it tends to cause drowsiness.

3          Q    Is it a sleep aid?

4          A    It's a -- it's a muscle relaxer.

5    What -- what it helps do in -- in patients,

6    especially patients that have that pain

7    spasm cycles, it helps the muscles try to

8    relax some and that reduces the overall

9    pain.

10         Q    Okay.

11         A    And it does cause drowsiness, so,

12   again, we like to give it at night.

13         Q    Sure.  You said the next visit

14   was February 5th, 2007, again, for back

15   pain?

16         A    Right.  She came in.  She had --

17   she was having the same thing.  Just low

18   back pain.  Prevertebral muscles, which are

19   the muscles around -- surrounding the low

20   back were tender.  We -- I gave her some

21   Zanaflex, which is another type of skeletal

22   muscle relaxant.  It's not as sedating to

23   some people.  I gave her a refill on her

# FREEDOM COURT REPORTING

1    pain medicine.  And she related to me at

2    that time that some 15 years ago she was

3    diagnosed by Dr. Varner with disk disease.

4    He had done x-rays but no MRI was done.  She

5    got a shot of Decodran, which is the

6    anti-inflammatory.  That was pretty much it.

7           Q     Okay.  March 9th, '07, is that --

8           A     That's a call in.  Yeah.  She

9    needed some Paxil.

10          Q     Had she been -- it looks like she

11   had been off Paxil but wanted to start it

12   back.

13          A     Right.

14          Q     Do you know why she wanted to

15   start it back?

16          A     No, she didn't say.

17          Q     And then she came in for an

18   office visit it looks like on March 23rd,

19   '07?

20          A     Yes.  She needed her medicine

21   refills, complained of back pain.  At that

22   time -- you asked earlier about a diet.  We

23   discussed a diet.  I gave her some medicine

## FREEDOM COURT REPORTING

```
1    to help suppress her appetite in addition to

2    regular medicines, which included the

3    Zanaflex, which is the muscle relaxant, the

4    pain medicine, and the Decadron shot, which

5    was for the inflammation.

6         We also did a thyroid test on her.

7    People that have difficulty losing weight

8    sometimes sometimes have a thyroid problem,

9    so we checked it.  It was normal.

10        Q    Okay.  What does this say over

11   here --

12        A    Keep --

13        Q    -- right -- left side of the

14   page?  I'm sorry.

15        A    Discussed diet and I gave her

16   some Fastin, which is --

17        Q    That's the --

18        A    Appetite suppressant, yes, ma'am.

19        Q    Okay.  Is that April 30th, '07?

20        A    April 30th.  Right.

21        Q    She came in for a chest cold?

22        A    Back pain, chest cold.  She had

23   bronchi wheezes, which are noises you hear
```

## FREEDOM COURT REPORTING

1   when you listen to the chest when somebody

2   has either bronchitis or pneumonia or

3   inflammation in their chest because of a

4   cold or bronchitis.  And at that time I gave

5   her an antibiotic, the Keflex.  The Durahist

6   PE just above that is an antihistamine

7   decongestant.  I gave her something for

8   cough.  And on the right of that, Rocephin,

9   which is injectable antibiotic, Depo Medrol,

10  which is cortisone-type medicine, Lorcet for

11  pain.

12      And she mentioned -- this is another

13  kind of leaving toward the end, that she was

14  having a lot of snoring and kind of gasping

15  at night, and I just kind of wrote myself a

16  little note to talk to her later about maybe

17  doing a sleep study.  That's what that is on

18  the bottom.

19      Q    The next visit looks like

20  June 4th, 2007.

21      A    Right.  That's pretty much just a

22  routine visit for the medication.  When you

23  use narcotics for pain or chronic pain like

## FREEDOM COURT REPORTING

1    this, the state usually likes you not to

2    phone them in and see the patient every

3    month so that way you can make sure they're

4    being taken properly, that kind of thing.

5    So that's one reason why some of these are

6    just sort of "I'm here, I need my refill."

7             Q       Okay.  And that's what this one

8    was?

9             A       Yes, ma'am.

10            Q       And you just prescribed the

11   Lorcet?

12            A       Yes.  Uh-huh.

13            Q       And the next one 8 --

14   August 10th, 2007?

15            A       August 10th, she came in for

16   usual checkup.  She complained of a cough

17   and cold.  That's C and C.  She had a bump

18   on her right wrist she wanted removed.

19   The -- on the exam she had some sinusitis

20   and upper respiratory track infection.  I

21   noticed that she did have a cyst on her

22   right wrist, and I told her that we need --

23   usually I like to bring the patient back and

## FREEDOM COURT REPORTING

```
1    schedule excision of the cyst.  It's usually

2    not time enough to do it just on a regular

3    visit, so I have certain days that I like to

4    get patients in to remove places like that.

5         Q     Okay.

6         A     And so we gave her her pain

7    medicine, antibiotic, something for cough, a

8    couple of shots, something for drainage.

9    And I gave her Klonopin, which is an anxiety

10   drug, and I didn't make any specific -- so

11   she may have asked for something for -- else

12   for anxiety as I left but I didn't write it

13   down.

14        Q     Would that be some -- like,

15   instead of Paxil?  Is that --

16        A     You would take it in addition to.

17        Q     Was she still taking the Paxil at

18   this time?  I don't see that on here.

19        A     I don't think so, at that time.

20        Q     Would there be a reason to take

21   instead of the other or without the other?

22        A     Uh-huh.  Sometimes the -- the

23   Klonopin would help a little more if you're
```

## FREEDOM COURT REPORTING

1    having difficulty sleeping.  It's probably a

2    little better for -- for anxiety but it's

3    not as good for depression.

4         Q    Up until at least this visit on

5    August 10th, 2007, had Ms. Thornton

6    described for you at all what any of the

7    workplace stress or alleged harassment was

8    that she claims she experienced?

9         A    I -- I don't remember that she

10   had.  I usually try to write that down

11   and -- and I don't remember that she did.

12        Q    Okay.  And up until this point,

13   had -- I understood that she had expressed

14   to you that she was experiencing anxiety.

15   Had she reported any physical symptoms that

16   she -- well, I guess, the blood pressure she

17   claimed was perhaps caused by the -- by

18   that.

19             MS. ROBERTSON:  Object.  She

20        didn't claim it.  He claimed it.  She

21        reported it and he diagnosed it.  I

22        object.

23             MS. SWAIN:  Thank you.

52

## FREEDOM COURT REPORTING

```
 1          Q      She reported that she believed

 2    the blood pressure was due to her work

 3    stress; correct?

 4          A      Well, I made a note in there

 5    about the -- the relationship between the

 6    anxiety and the blood pressure back here.

 7    Now whether or not -- you know, it's been a

 8    long time.  I don't whether --

 9          Q      Which way that started?

10          A      -- she said -- yeah.  Yeah.

11          Q      Okay.  Your next note -- it looks

12    like your next visit looks like 9/17/07?

13          A      Right.  And that time she came in

14    for a monthly checkup and whatever, cough.

15    And then we had a pretty lengthy discussion

16    at that time about her prior job.  I guess

17    at that point she was no longer at Flavor

18    House, and she was expressing a lot of

19    anxiety about running into her old boss.

20    The -- she was very anxious about she was

21    involved -- she told me she was involved in

22    a lawsuit with the previous employer for

23    sexual harassment.  I wanted her to continue
```

53

# FREEDOM COURT REPORTING

```
1    the Klonopin, and also I told her to go to

2    Headland Police Department and get a

3    restraining order, or whatever, to, you

4    know, relieve some of her fears.  She was

5    afraid of the old boss coming into her

6    workplace.  She wouldn't go anywhere to --

7    we scheduled a couple of mammograms, and so

8    at this point I'm understanding that she's

9    -- she won't go out by herself.  Her husband

10   works all day apparently, and so she

11   wouldn't go get any of those tests done

12   because she was afraid of doing it by

13   herself.

14        Q    Did she tell you what prompted

15   her to bring up this issue on this

16   particular visit?

17        A    No, not that I can recall.

18        Q    Were you aware or had

19   Ms. Thornton told you that she had left her

20   employment with Flavor House in June of

21   2006?

22        A    No.

23        Q    And were you aware on this visit
```

# FREEDOM COURT REPORTING

1    that this was around the time she actually

2    filed her lawsuit against Flavor House?

3                MS. ROBERTSON:  Object.  She was

4        served her lawsuit.

5                MS. SWAIN:  Would you just state

6        your objection, please.

7        A    No.

8        Q    Did she indicate to you whether

9    she had seen her -- the person she described

10   to you as her old boss at any time since

11   she'd left her employment at Flavor House?

12       A    I don't recall.  I don't -- I

13   don't know.  I know we talked some about --

14   in -- she worked in a convenience store

15   situation, and there were people that came

16   in from time to time that she told me she

17   was kind of afraid of that were -- either

18   worked there or knew somebody that worked

19   there.  I didn't document all of that here,

20   but I remember her saying some of that.  But

21   as far as seeing her old boss, I can't

22   remember.

23       Q    Did she tell you the name of the

## FREEDOM COURT REPORTING

1    person that she was afraid of?

2         A    Later on.

3         Q    But not on this visit?

4         A    Not on this visit.

5         Q    Do you know now that -- that the

6    person that she was describing that

7    particular visit was a person named Frank

8    Williams?

9         A    Yes.

10        Q    So that is the person she was

11   talking about here she was --

12        A    Apparently so.

13        Q    -- she was afraid of?

14        A    Yes, ma'am.

15        Q    Did she discuss to you at all

16   what it was he had supposedly done to her

17   that made her become afraid of him?

18        A    Not on this visit.  We -- we

19   talked later on about some of the -- you

20   know, just acting, threatening toward her

21   but nothing -- I don't recall even in later

22   visits that I documented anything about

23   physical abuse or anything like that.  It

## FREEDOM COURT REPORTING

1    was all, you know, calling names and things

2    like that.

3         Q    Okay.  Let's look at the next

4    note from October 16th, 2007.

5         A    Yes.  Came in on the -- look back

6    here -- on the -- we did -- the previous one

7    was the -- wait a minute.  We did October;

8    correct?

9         Q    We just -- we need to do October.

10   We just finished September.

11        A    Okay.

12            MS. ROBERTSON:  You need a

13        notebook like me.

14            THE WITNESS:  I do.

15        A    She'd gone to the emergency room

16   several days before this visit complaining

17   of chest pain.  She was evaluated and

18   basically they diagnosed her with severe

19   anxiety.  She told me that she had her

20   deposition the next month, anxiety was

21   making her head spin.  We talked about a

22   couple of different antidepressants.  She

23   had failed on Wellbutrin.  We had put -- I

57

## FREEDOM COURT REPORTING

1    put her on Zoloft, which is another

2    antidepressant/antianxiety agent.  And I

3    suggested that she go see Dr. Cobbleshots,

4    who is a female psychologist, to talk about

5    her anxiety and -- and getting over some of

6    those issues.  And then, of course, we

7    refilled all of her other medicine.

8         Q    When you say she failed on

9    Wellbutrin, that -- was that something that

10   you had given her earlier on or something

11   she had -- she reported that she had taken

12   sometime prior?

13        A    Failed previously.  Failed

14   previously at some point.  I -- I've never

15   given --

16        Q    With a different doctor?

17        A    Right.

18        Q    And do you know whether she went

19   to go see Dr. cobbleshots?

20        A    I think you will see in a later

21   progress note, there were -- there were

22   insurance issues.  She couldn't go see her.

23        Q    Did she discuss with you during

58

## FREEDOM COURT REPORTING

```
1    this particular visit in October, that --

2    that -- that problem with her insurance?

3         A    No.  It was --

4         Q    Okay.  That's -- it came up

5    later?

6         A    Right.

7         Q    All right.

8         A    I suggest -- I suggested an

9    appointment, and I think the next visit we

10   actually made the appointment.  I'm sorry.

11        Q    No, that's okay.  I'm -- I'm

12   looking at --

13        A    11/30.

14        Q    I don't know that I have 11/30.

15             MS. SWAIN:  Do you have 11/30,

16        Ann?

17             MS. ROBERTSON:  Yeah.  It's

18        misdated.  It's got 11/30/02, which I

19        don't really think is right.

20             THE WITNESS:  It's '07 with a

21        tail, I think.  Yeah.

22             MS. SWAIN:  Okay.  I've got it

23        out of order.
```

## FREEDOM COURT REPORTING

1    MS. ROBERTSON: Yeah. There's

2    another 7 that looks like that I found.

3    I figured that out.

4    MS. SWAIN: I tell you what, just

5    in the interest of saving time, I don't

6    think I have that document for some

7    reason --

8    MS. ROBERTSON: Here. Let me

9    show it to you. I would get you another

10   one but --

11   MS. SWAIN: I was about to say --

12   MS. CROOK: If you want me to, I

13   will go make a copy.

14   MS. SWAIN: Well, if we want --

15   MS. ROBERTSON: See here. See,

16   it looks like 11/02.

17   MS. SWAIN: I may not have

18   grabbed it when I grabbed the rest of

19   these. But --

20   MS. ROBERTSON: I mean, in the

21   records I received it was in place at

22   the time it would have been issued.

23   It's just got that funny two up there.

## FREEDOM COURT REPORTING

1           MS. SWAIN:  Let me take a

2       brief --

3           MS. ROBERTSON:  Sure.

4           MS. SWAIN:  -- break and let me

5       copy.

6           THE VIDEOGRAPHER:  5:12.

7       (Whereupon, a short break was taken.)

8           THE VIDEOGRAPHER:  Okay.  We're

9       back on at 5:15:27.

10   BY MS. SWAIN:

11      Q    Okay.  So I now have a note --

12   the note that --

13      A    11/30/07.

14      Q    Okay.  It's weird.  It looks like

15   a two.

16      A    I know.  It wasn't.

17      Q    Okay.

18      A    She came in, talked about the

19   Zoloft that we had given her for anxiety

20   depression causing her dizziness.  Also, she

21   asked Carolyn, my nurse, to get another

22   appointment for a mammogram.  And on exam

23   she had some back pain.  Her blood pressure

## FREEDOM COURT REPORTING

1    was up.  She was having a lot of stress,

2    and, basically, what I documented was she

3    had increased stress due to the lawsuit with

4    previous company, anxiety/depression due to

5    harassment, having bad dreams of the person

6    who harassed her.  She'd tried Klonopin

7    before.  Her mother was also diagnosed with

8    breast cancer and I was really trying to

9    encourage her to get a mammogram, which she

10   had missed several previous appointments

11   primarily because she didn't want to go by

12   herself and couldn't get -- you know, didn't

13   want to go outside.  So at that point we

14   worked on getting her a appointment with Dr.

15   Cobbleshots, a female.  I thought a female

16   counselor would be better.  We stopped her

17   Zoloft and I tried Celexa, which is another

18   in the class of what we call SSRI

19   antidepressants.  I added the some Atenolol,

20   which is beta blocker for blood pressure, at

21   that time.  The mammogram scheduled.  She

22   got some Xanaflex and she got her pain

23   medicine.

## FREEDOM COURT REPORTING

```
 1        Q     Was this visit in November of
 2   2007 the first time --
 3        A     Seven.
 4        Q     I'm sorry?
 5        A     Seven.
 6        Q     Yes.  Was this the -- the first
 7   visit where she reported to you that she was
 8   having bad dreams --
 9        A     Uh-huh.
10        Q     -- about the harassment --
11   alleged harassment?
12        A     It had to have been.
13        Q     Okay.  Also, I think you had --
14   you testified earlier that -- I think it was
15   one of those September, yeah, 2007 visit
16   when you first -- was it that visit? -- when
17   you first suggested to her that she -- no,
18   I'm sorry.  It was the October 2000 (sic)
19   visit when you first suggested with her that
20   might want to make an appointment with Dr.
21   Cobbleshots.
22        A     Right.
23        Q     Was that first time that you
```

## FREEDOM COURT REPORTING

1  suggested to her that she --

2       A    Get a counselor?

3       Q    Yeah.

4       A    Yes.  A lot of times we attempt

5  to try to treat anxiety and depression with

6  our medicine, and then most of the time it

7  works fine but if it doesn't and you see

8  it's not working, then that's usually when I

9  try to get them another appointment with

10  somebody else.

11      Q    And prior to the September 2007

12  visit she had not reported any anxiety over

13  this issue in quite a while; is that

14  correct?

15      A    You mean nightmares -- any

16  nightmares.  Now, we didn't -- there were

17  several visits where she came in just for

18  her medicine that we didn't discuss anything

19  different.

20      Q    Right.

21      A    Okay.

22      Q    Okay.  And then your next --

23      A    Next visit was 12/19/07.

## FREEDOM COURT REPORTING

1    Complained of congestion in her chest, in

2    her ears, fever, hurting.  And she hurt her

3    back pulling on her mother, helping her.  So

4    on her exam she had a lot worse lumbar pain,

5    plus her sinus upper respiratory track

6    infection and we gave her some -- I told

7    her some -- I told her -- encouraged her to

8    push fluids.  I gave her some Musinex and

9    Cipro, which is an antibiotic, something for

10    cough, which is Atuss, a couple of shots.

11    She also mentioned that the Zoloft she

12    thought worked better than the Celexa so we

13    stopped the Celexa and went back to Zoloft.

14        And thinking back, if I'm not mistaken,

15    I'm thinking that maybe -- I don't know if

16    she was insured at this point or not.  I

17    have to look at those records from the

18    office, but that may be another reason we

19    tried to stay with some of these medicines

20    because they're generic and they're a lot

21    less expensive.

22        Q    Okay.

23        A    Okay.

# FREEDOM COURT REPORTING

1      Q      And she's still taking the Lortab

2   or --

3      A      Pain medicine and muscle relaxer

4   for her back.  Right.

5      Q      And did she have -- mention on

6   this visit any alleged anxiety or anything

7   of that nature?

8      A      No, not that I documented.

9      Q      Okay.  Well, do you recall it

10  beyond your documentation?

11     A      I don't.  I don't.

12     Q      Okay.  Now, the next visit I've

13  got dated 1 --

14     A      25/07.

15     Q      Is that probably '08 you think,

16  given the order?

17     A      Yeah.  Yeah, given the order,

18  probably is.

19        MS. ROBERTSON:  You've got a

20     dyslexic nurse.

21        THE WITNESS:  I know it.  I've

22     got several of them.  Not just one but

23     several of them.

## FREEDOM COURT REPORTING

```
1        A     She's complaining of right ear

2    pain, sinusitis, anxiety.  She had a -- had

3    right otitis media, which is pretty painful

4    ear infection.  The usual low back pain.

5    She -- just looking here, gave her some

6    antibiotics and something for the drainage.

7    The Lodrane 12D, which is what this is,

8    Atuss MS for cough, the shots of Rocephin

9    Indecadron.  I told her to continue her

10   Zoloft.  I also gave her some Alprazolam,

11   her Xanax.  A very small .25 dose.  She was

12   very anxious and worried about I guess it

13   was one of those depositions about that

14   time.  I'm not sure.  So I gave --

15        Q     It may have been scheduled and

16   rescheduled a couple of times.

17        A     Yeah.

18        Q     So that may come up more than

19   once.

20        A     So I gave her -- you know, I

21   wanted to give her something that might help

22   her with the anxiety, and usually that low a

23   dose doesn't make you sound thick-tongued or
```

**FREEDOM COURT REPORTING**

1    drunk or anything like that.  So I thought

2    that would help her and also keep her blood

3    pressure down, too, and give her pain

4    medicine.

5         Q    Okay.  The next visit on

6    February 22nd, '08?

7         A    Right.  Just her usual monthly

8    checkup.  Wanted -- she wanted us to check

9    her ears, felt like there was fluid in them,

10   made her a little bit dizzy.  And she had

11   some drainage.  She also -- we got into a

12   fairly lengthy discussion about her anxiety

13   and depression and the lawsuit and

14   harassment situation.  She's had a lot of

15   anxiety and insomnia.  She talked about she

16   was reliving some of the harassment causing

17   her to feel worse.  She really -- after

18   going through some depositions, apparently

19   she wanted to just -- said I just want to

20   get my -- get over this and get my life

21   back.  She's worried about her safety

22   because of the lawsuit.  She wouldn't go out

23   to eat or go in public places because she

**367 VALLEY AVENUE**
**(205) 397-2397   BIRMINGHAM, ALABAMA   1-800-373-3660**

68

## FREEDOM COURT REPORTING

1  was afraid for her own safety, and we talked

2  about that.

3         Q    Did she tell you what it was

4  about the lawsuit that made her afraid for

5  her safety?

6         A    She was afraid of this person who

7  had harassed her was going to do physical

8  harm to her.

9         Q    Did she tell you what made her

10 think that?

11        A    No.

12        Q    Did she tell you what the alleged

13 harassment was?

14        A    Not -- no.

15        Q    What it was that she -- that

16 supposedly had happened to her --

17        A    No.

18        Q    -- at work?

19        A    No.

20        Q    And then -- and then medications

21 on this visit, what did you prescribe her?

22        A    Well, we gave her the

23 antihistamine decongestants.  I gave her

## FREEDOM COURT REPORTING

1    BuSpar.  The third one down is -- is a new

2    medicine.  It's called BuSpar.  BuSpar is an

3    antianxiety agent used pretty frequently

4    because it's not a Benzodiazine, which

5    Benzodiazine medicines like Xanax and

6    Klonopin and Valium.  And BuSpar is a

7    nonsedating antianxiety agent that works

8    fairly well in -- in some people for anxiety

9    without knocking them out.  So I gave her

10   some of that.  And then I gave her a couple

11   of shots for cold, told her to continue the

12   Zoloft and the Atenolol, which she's taking

13   at bedtime.  The Atenolol is a blood --

14   blood pressure medicine that we'd added a

15   couple visits previously.

16            Q    Is she still taking pain

17   medication at this time?

18            A    Yes.

19            Q    What was her pain medication?

20            A    Lorcet or Lortab.  I don't -- you

21   know --

22            Q    One of those?

23            A    Uh-huh.

## FREEDOM COURT REPORTING

1      Q     Okay.  And then you saw her again

2    on May -- I'm sorry, March 17th, 2008?

3      A     March 17th, right.  Her blood

4    pressure was really elevated.  It was 147

5    over 105.  She was -- told me at that point

6    she was under increased stress lately.

7    She'd given depositions in her sexual

8    harassment case over the weekend and she's

9    very anxious.  She was complaining because

10   of, you know, having to ride all that way up

11   there and sit.  Her back pain was worse.

12   She didn't get a mammogram done.  She was

13   reluctant to go out by herself due to fear

14   of confrontation by Frank Williams.  And

15   this is the first time I've heard this

16   person's name.  I put down that we would

17   like to get an MRI, but, mainly, she's

18   refused to go out in public places by

19   herself and her anxiety and depression

20   continues.  She's unable to see the female

21   counselor because of insurance, noncoverage.

22   She's taking BuSpar twice a day along with

23   Zoloft because of depression.  Her blood

## FREEDOM COURT REPORTING

1    pressure has been very high due to her

2    increased anxiety.

3        Diagnosis, poorly controlled

4    hypertension, exacerbation by situational

5    anxiety.  Lumbago back pain,

6    anxiety/depression.  And at this point I

7    added Vaxum, Benicar 20, 12 and a half, gave

8    her some samples, gave her pain medicine.  I

9    wanted her to continue the Zoloft and the

10   BuSpar.  And Klonopin, which is like the

11   Xanax but it's -- in this case it's a little

12   longer acting medication.  We also wanted

13   her to follow-up and get another blood

14   pressure check.

15       We discussed her anxiety and

16   depression.  And we tried to get her to

17   see -- you know, a lot of this I felt like

18   was the stress of the deposition was making

19   her blood pressure and her -- worse and that

20   made her anxiety worse and it just sort

21   of -- sort of cause and effect, you know.

22       Q    Did you -- well, during this

23   visit, again, I'm going to ask you, did --

72

## FREEDOM COURT REPORTING

1    did she describe to you in any way what the

2    the alleged sexual harassment was?

3         A    Not that I can recall, no.  At

4    some point I -- I remember her talking

5    about, you know -- I know there was some

6    name calling and -- but I -- I -- I just

7    can't -- you know, can't remember.

8         Q    Did you discuss with Ms. Thornton

9    at all any alternatives for counseling and

10   any kind of sliding scale kind of agency or

11   anything of that nature that she might be

12   able to afford?

13        A    We didn't at this visit, but the

14   next one we -- we tried to get her in with

15   Catholic Services.

16        MS. SWAIN:  Well, anyway, we

17        should go down the notice and then I

18        could ask some good questions.  Might

19        speed us up a little bit.

20        MS. ROBERTSON:  It's like when I

21        get to the middle of a brief and start

22        thinking, Why didn't you put this in

23        there?  And then I say, Why don't I

## 367 VALLEY AVENUE
**(205) 397-2397    BIRMINGHAM, ALABAMA   1-800-373-3660**

## FREEDOM COURT REPORTING

1      finish reading the brief.

2        Q    Okay. So the next note is April?

3        A    4/14. Yeah. Complained of back

4      pain, right leg pain, anxiety and

5      depression. She was here for followed up --

6      follow-up. Her blood pressure was much

7      better that day. It was 123 over 84. She

8      was still very anxious about her court case

9      which was ongoing. Worried about harassment

10     by previous co-worker, reluctant to go

11     anywhere, not sleeping.

12       She was unable to go to the previous

13     counselor due to insurance issues, so I was

14     going to refer her to a female counselor at

15     Catholic Services. And I had my nurse call

16     and try to get -- get her an appointment.

17     And the -- we just gave her medicines, the

18     pain medicine and the Klonopin and told her

19     to continue what she had been taking.

20        Q    Okay.

21        A    And the next was a call. She

22     stated that Catholic Services' counselor was

23     out of work, so she really still wanted to

## FREEDOM COURT REPORTING

```
 1    see a female counselor.  And I thought that
 2    would be good for her.  Husband was at Fort
 3    Rucker had a card for Bradford Health
 4    Services that dependent can go to.  So she
 5    was going to contact Bradford for counseling
 6    and was going to let me know if she needed
 7    referral or if she could just go directly to
 8    them.  And that was what that was -- that
 9    phone call was.
10         Q    Okay.
11              MS. ROBERTSON:  I know we had a
12         card about telephone calls.
13              MS. SWAIN:  This was in the stuff
14         that you produced today.
15              MS. ROBERTSON:  About confirming
16         the deposition?
17              THE WITNESS:  Yeah, yeah.  I
18         don't know why that got stuck in there.
19         Q    We can skip that page.
20         A    Yea.
21         Q    And then --
22         A    5/12.
23         Q    -- it looks like the next -- the
```

## FREEDOM COURT REPORTING

```
 1   next one, though, is sort of out of order.

 2   This is before the 5/16; correct?  This is

 3   5/12?

 4         A     15/12, yeah.  It must have been

 5   out of order.  You're right.  It must have

 6   been.  5/12, anxiety, back pain, pain is

 7   going down to her leg, very anxious.  She

 8   had a deposition that day and over the next

 9   week.  She was complaining of increased

10   lumbar pain, a lot of her pain was going

11   down into her leg.  I made a note here.  She

12   was having anxiety and she had been seen by

13   Catholic Services, will continue to

14   Klonopin.  I see I gave her her usual

15   medicines, some Klonopin and some Lorcet,

16   and just -- we just kind of talked a little

17   bit about her case and the -- you know, not

18   in any real specifics.  I think that she was

19   very anxious and, you know, upset with all

20   the depositions and everything else but --

21   but to my knowledge nothing specific.

22         Q     Okay.

23         A     The next page is a -- have you
```

## FREEDOM COURT REPORTING

1    got one that's got a bunch of list.  Yeah.

2    This is just a flow sheet for when they --

3    they call in.  The first was for a cough.

4    Was -- she just -- the nurse confirmed for

5    her to take the BuSpar twice a day.  They --

6    there's a note from 4/16 where they called

7    Catholic Services and requested an

8    appointment with female counselor ASAP and

9    social service people were going to contact

10   the patient directly.  The last one was just

11   a refill.  So that's just a flow sheet.  And

12   the last date was 6/5/08.  Just anxiety,

13   back pain, anxiety about lawsuit.  She

14   wasn't sleeping.

15       She went to a counselor and saw a Carol

16   Dean.  The -- she said she -- she liked the

17   lady and so that -- I'm just trying to

18   think.

19       Anyway, she said she has now seen a

20   counselor which I felt was -- was a good

21   thing for her because I really think in

22   talking with her that she and -- and Linda

23   felt too that counselor was going to help

**FREEDOM COURT REPORTING**

1    her get back to where she could hopefully

2    get out and get things done like we wanted

3    to have done.  With a mother that has breast

4    cancer, she needs her mammogram.  You know,

5    the things that we need to get her out in

6    public to do.

7         Q    When was -- looking through your

8    notes it looked like to me that -- that --

9    was the first time that Linda discussed with

10   you any concern about, you know, going out

11   in public, going places on her own, was that

12   the September 17th, 2007, visit?

13        A    Let me look.  That was probably

14   the first time that she'd actually really

15   come out -- came out and talked about that,

16   which makes me think back to the other

17   visits where we had scheduled tests and

18   this -- all the sudden now I have a reason

19   why she hasn't made some of these

20   appointments and -- and done some of this

21   stuff.

22        Q    Which -- which test are you

23   talking about that she did not go?

78

## FREEDOM COURT REPORTING

1          A      The mammogram that we -- we'd

2    actually scheduled originally the second

3    visit that she had been in the office, the

4    second -- way back.  When we talked about --

5    let me look back.  Hold on.  Somewhere.

6    Yeah.  Here on 1/16 of '06.  That was

7    probably the first time we tried to schedule

8    her mammogram for her and, you know, really

9    wasn't aware at that time about any, you

10   know -- I guess the more that she came and

11   when she was coming in for her chronic back

12   pain and things like that, the more that she

13   came in I think she sort of opened up more

14   and more.  And -- and I think you can see as

15   time went on she ended up telling me more

16   about kind of what was going on, you know.

17         Q      Well, was it your understanding

18   that she was unable to keep appointments

19   because of fear of Frank Williams back in

20   January of 2006?

21         A      Well, like I said, in retrospect

22   that -- that may have had something to do

23   with it.  I don't know.

## FREEDOM COURT REPORTING

1       Q   I mean, you're aware that she was

2  working with him every day during that time

3  frame?

4       A   I -- I mean, I don't know. That

5  was what -- when she started to talk about

6  having a fear of going out, I just thought

7  to myself, well, maybe that's why she's

8  missed so many of these appointments. You

9  know, that was just me thinking.

10      Q   Okay. Any other appointments

11  that you're speaking of?

12      A   Well, we -- we made probably

13  three or four during things we've gone

14  through from -- for like a mammogram, and we

15  did make one for an MRI but because of her

16  previous back problems she wasn't able to

17  get it because of her insurance. It wasn't

18  covered. And, you know --

19      Q   Was she able to keep her

20  appointments with you each month?

21      A   As far as I know she was, yeah.

22      Q   Did she come to those

23  appointments alone?

## FREEDOM COURT REPORTING

1    A    I don't know.  The last one she

2   did not I know but I --

3    Q    Who attended with her on her last

4   appointment?

5    A    Her husband.

6    Q    Do you know whether her husband

7   attended of the other appointments she had

8   with you?

9    A    I don't know.  I do know that one

10  of the reasons she gave me for not getting

11  some of the these tests done was he worked a

12  lot of -- you know, during the day and was

13  unable to -- and if I remember correctly,

14  the schedule she works at the convenience

15  store was only on -- at times when he was

16  pretty nearby.  I don't -- I don't think she

17  lived far from wherever she worked at the

18  convenience store.

19    Q    And that's based on what she has

20  reported to you?

21    A    Exactly, exactly.

22    Q    And in terms of -- okay.  You

23  indicated one of the reasons why she gave

**FREEDOM COURT REPORTING**

1   you for not getting some of the tests done

2   was her husband's work schedule might not

3   let them go. Is that something that's

4   reported in your notes? And I believe it is

5   but I don't know which --

6        A    Somewhere. But yeah. It's

7   somewhere later but it was more later on in

8   the -- I don't know.

9             MS. ROBERTSON:  Try 9/07.

10       A    Let's see. Well, just that -- I

11  just remember her mentioning that, the fact

12  that -- in fact, I didn't write it in the

13  notes, but at work she had her little bat --

14  little stick in case somebody came in.

15       Q    Did she tell you that she was

16  carrying a screwdriver in her back pocket?

17       A    No.  She said she had a knife and

18  a stick.

19       Q    And you don't recall when she

20  told you that? Is that a no?

21       A    It's -- it's -- it's probably

22  been six months.

23       Q    And I think we've already

**FREEDOM COURT REPORTING**

1    established this, but just to make sure I

2    understand this clearly, whatever you know

3    about what went on in Linda's workplace you

4    know from Linda; correct?

5         A    Absolutely.

6         Q    Have you ever discussed with

7    anybody else that worked with Linda anything

8    that went on in her workplace?

9         A    I don't know anybody that's

10    worked -- that --

11        Q    So your source of that all is

12    basically only Linda?

13        A    Yes, ma'am.

14        Q    Did you ever tell Ms. Thornton

15    that she should not leave her house or that

16    she should not go into Dothan or other areas

17    of town?

18        A    No.

19        Q    Did you ever for any kind of

20    mental health reason restrict her movement

21    or her ability to be in certain geographical

22    areas?

23        A    No.

83

# FREEDOM COURT REPORTING

1     Q     Have you ever become concerned at

2   all about Ms. Thornton's use of pain

3   medications consistently over, say, a two

4   and a half year period?

5     A     They're not inconsistent with

6   somebody with chronic back pain.  There are

7   a whole group of patients, and one reason we

8   try to see those patients every month is to

9   make sure they're not taking those medicines

10  improperly.  But there are a whole group of

11  patients that -- what we call chronic pain

12  patients that take a regimen of medicine.

13  It's usually the same amount every month.

14  And even though for you or I it might be

15  more than we could take and sit up straight,

16  for somebody who is on chronic -- chronic

17  pain regimen, that amount is not an

18  excessive amount.  There are people that go

19  to the pain clinic, for instance, where we

20  were giving her maybe 60 or 90 of those

21  tablets a month would take up to 180 of

22  those pills in a month.  Also may have a

23  pain patch or some other pain medicine that

84

### FREEDOM COURT REPORTING

```
1    goes along with that.  That's consistent

2    with, you know, treating chronic pain.

3        Q    So from that I take, make sure I

4    understand this correctly --

5        A    I'm sorry.

6        Q    -- the short answer I guess would

7    be no --

8        A    No.

9        Q    -- that you're not concerned

10   about that?

11       A    No.  I'm not.  I'm not.  I'm not.

12       Q    Okay.  And would it be expected

13   for someone with her issues with her back

14   and other parts of her body that she's had

15   some issues with, that she would be expected

16   to -- to maybe stay on that kind of

17   medication, you know, forever?

18       A    In most cases people stay on that

19   kind of medication for years.  Now, with

20   that said, if we can get an MRI done and if

21   I can get her to -- if -- if the MRI does

22   show some disk bulging or some treatable

23   problems, we can work with that.  We may can
```

## FREEDOM COURT REPORTING

1   get epidurals done or other things done to

2   actually reduce the amount of pain medicine

3   that she's on.

4       Q    Okay.  Would Ms. Thornton's use

5   of pain medication regularly affect her

6   ability to safely operate machinery at work

7   in a plant environment?

8       MS. ROBERTSON:  Object.

9       A    Believe it or not -- believe it

10  or not, people that are on chronic pain

11  medicine, like I said before, don't have the

12  same effects that you or I would have

13  taking.  Once they've been on them a period

14  of time it does not affect -- but, of

15  course, everybody is a little bit different.

16  But, actually, if you look at the federal

17  regulations, for instance, for DOT, the only

18  pain medicine those truck drivers can't take

19  is Methadone.  They can be on Oxycontin.

20  They can be on all kinds of stuff and it's

21  legal.  Like I said, if it's done on a

22  regular routine basis, it's often just like

23  they don't even know they're on it.

## FREEDOM COURT REPORTING

1     Q     Okay.  So the short again --

2     A     I'm sorry.

3     Q     -- in your opinion the answer is

4     no?  Well, no.  And I appreciate the --

5     A     Right.

6     Q     -- explanation you gave.  Just to

7     make sure I fully understand --

8     A     Right.

9     Q     What you're saying, in your

10    medical opinion the answer would be no?

11    A     No.

12    Q     I don't have anything further.

13              EXAMINATION

14    BY MS. ROBERTSON:

15    Q     Doctor, Ms. Swain said all you

16    had to rely on was what Ms. Thornton

17    reported to you.  Is taking a personal and

18    medical history of patient one of the first

19    things a doctor does in order to make a

20    diagnosis?

21              MS. SWAIN:  Objection.

22    A     Yes, it is.

23    Q     And did you -- during the course

# FREEDOM COURT REPORTING

1    of your treatment, have you found anything

2    in her symptomology or her cooperatives

3    would indicate she is not reporting the

4    truth as she understands it to you?

5                MS. SWAIN:   Objection.

6         A    She's been truthful as far as I

7    can tell with me.

8         Q    All right.  Now, Ms. Swain asked

9    you can weight affect blood pressure.

10   Can -- does -- is a symptom of depression

11   weight gain sometimes?

12        A    Yes.

13        Q    Is the symptom of anxiety a

14   weight gain sometimes?

15        A    Yes.

16        Q    And so could -- would the weight

17   gain based on the depression or anxiety and

18   the -- have -- strike that.  Strike that.

19   What is situational elevated blood pressure

20   or high blood pressure or hypertension?

21        A    Situational, similar to

22   situational anxiety, is just -- it's just

23   blood pressure elevation relating to a

## FREEDOM COURT REPORTING

1   specific event, maybe a family member passes

2   away or some anxiety issue.

3          Q    Like a deposition or like at

4   work -- because of work stress?

5          A    Yes.  Teenagers.

6          Q    Yeah, teenagers.  That's all I

7   have.  Oh, wait -- wait just a minute.  My

8   client wants you -- when you received the

9   subpoena, did the person who served it say

10  anything to you?

11         A    I'm trying to think.  He told me

12  that "she was a crazy woman."

13         Q    Okay.  Thank you.

14         MS. ROBERTSON:  The boy who

15     killed the woman's job, he needs to be

16     taken off the street.

17         MS. SWAIN:  All right.  That's

18     fine.

19         MS. ROBERTSON:  Excuse me.

20         THE VIDEOGRAPHER:  This concludes

21     the deposition the time --

22         MS. SWAIN:  You know what?  Can I

23  just do one thing?  So we can be more

89

## FREEDOM COURT REPORTING

1   clear for the record -- a little more

2   clear I'm going to introduce as

3   Defendant's Exhibit 1 Dr. Bendinger's

4   deposition the treatment notes.

5            MS. ROBERTSON:  Yeah, I think we

6   covered today.

7            MS. SWAIN:  Covered today.  Yeah.

8   But there's actually -- so does anybody

9   have any objection to that?

10           MS. ROBERTSON:  No.

11           MS. SWAIN:  You can you go off

12  right now.

13           (Defendant's Exhibit Number

14    1 was marked and attached to the

15    deposition.)

16           THE VIDEOGRAPHER:  We'll go off

17  the video record at 5:48:06.

18           DEPOSITION CONCLUDED

19

20

21

22

23

## FREEDOM COURT REPORTING

```
 1                   C E R T I F I C A T E

 2

 3     STATE OF ALABAMA:

 4     COUNTY OF BUTLER:

 5

 6         I hereby certify that the above and

 7     foregoing deposition was taken down by me in

 8     stenotype and the questions and answers

 9     thereto were transcribed by means of

10     computer-aided transcription, and that the

11     foregoing represents a true and correct

12     transcript of the testimony given by said

13     witness upon said hearing.

14         I further certify that I am neither of

15     counsel, nor of kin to the parties to the

16     action, nor am I in anywise interested in

17     the result of said cause.

18

19         ------------------------------------

           RENNY MCNAUGHTON

20         Certified Court Reporter

21         License Number:  ACCR #:411

22

23
```

### 367 VALLEY AVENUE
(205) 397-2397    BIRMINGHAM, ALABAMA   1-800-373-3660

| A | | | | |
|---|---|---|---|---|
| Abbeville 9:10 | antidepressants 56:22 61:19 | Atuss 41:5 64:10 66:8 | 61:16 64:12 73:7 | 74:9 76:3 83:11 |

**A**

Abbeville 9:10
ability 82:21 85:6
able 10:18 16:2 72:12 79:16,19
Absolutely 12:18 20:5 34:4 38:13 82:5
abuse 55:23
ACCR 90:21
acetaminophen 29:11
acting 6:4 55:20 71:12
action 1:5 90:16
add 32:12,14
added 32:8,22 61:19 69:14 71:7
addition 16:11 30:4 47:1 50:16
additional 26:18
Advil 16:22
advised 3:11 19:4 29:20
affect 20:3 85:5,14 87:9
afford 72:12
afraid 53:5,12 54:17 55:1,13,17 68:1,4,6
agency 72:10
agent 18:5 57:2 69:3,7
aggressive 19:12 23:11
ago 23:10,10,11 39:22 46:2
AGREED 2:2,11,18
ahead 10:11 44:5
aid 45:3
Alabama 1:2,23 2:8 3:5 5:8,15,19 6:2,3,5,9 7:1 9:10 90:3
alleged 38:7 51:7 62:11 65:6 68:12 72:2
allergic 42:4
Alprazolam 66:10
alter 27:20
alternatives 72:9
amended 3:6
amount 83:13,17,18 85:2
anaphylactic 41:23
Andrews 5:18
Angie 12:23
Ann 5:11 7:8,16 58:16
answer 84:6 86:3,10
answers 90:8
antianxiety 69:3,7
antibiotic 22:14 48:5,9 50:7 64:9
antibiotics 15:7 66:6

antidepressants 56:22 61:19
antidepressant/antia... 18:5 57:2
antihistamine 22:15 43:8 48:6 68:23
anti-inflammatories 16:22 37:18
anti-inflammatory 44:15 46:6
anxiety 32:6 40:8,20 41:11 42:11 50:9,12 51:2,14 52:6,19 56:19,20 57:5 60:19 63:5,12 65:6 66:2,22 67:12,15 69:8 70:19 71:2,5,15,20 73:4 75:6,12 76:12,13 87:13,17,22 88:2
anxiety/depression 61:4 71:6
anxious 35:12 52:20 66:12 70:9 73:8 75:7 75:19
anybody 24:18 82:7,9 89:8
anymore 12:15
anyway 22:11 28:1 32:15 72:16 76:19
anywise 90:16
apparently 53:10 55:12 67:18
appetite 47:1,18
appointment 28:4,13 58:9,10 60:22 61:14 62:20 63:9 73:16 76:8 80:4
appointments 61:10 77:20 78:18 79:8,10 79:20,23 80:7
appreciate 86:4
approximately 2:10 6:9
April 47:19,20 73:2
areas 82:16,22
ASAP 76:8
asked 46:22 50:11 60:21 87:8
asks 26:9
assign 2:23
Atenolol 61:19 69:12 69:13
Atlanta 9:9
attached 89:14
attempt 63:4
attended 80:3,7
attorney 5:17 8:11

Atuss 41:5 64:10 66:8
Auburn 9:4
August 49:14,15 51:5
aware 53:18,23 78:9 79:1

**B**

B 4:5
bachelor 8:23 9:3
back 13:3,11 23:20 25:16,20 27:1 29:4 32:6 36:1 39:10,21 40:14,21 43:19 45:14 45:18,20 46:12,15,21 47:22 49:23 52:6 56:5 60:9,23 64:3,13 64:14 65:4 66:4 67:21 70:11 71:5 73:3 75:6 76:13 77:1 77:16 78:4,5,11,19 79:16 81:16 83:6 84:13
background 8:20
backwards 14:2 34:18
bad 21:7 61:5 62:8
Baker 5:4
based 33:10 38:11 80:19 87:17
basically 25:16 28:23 41:11 42:17 56:18 61:2 82:12
basis 85:22
bat 81:13
Bearman 5:4
bedtime 32:19,22 44:1 45:1 69:13
begins 6:16
believe 12:2 14:10 81:4 85:9,9
believed 52:1
Benadryl 42:20,21
Bendinger 1:15 2:5 6:11,17 8:2,9,10 10:4 13:14
Bendinger's 89:3
beneath 44:21
benefits 16:14 17:8
Benicar 17:23 23:17 24:8 29:18 32:7,21 34:19 35:2 36:13 39:18 71:7
Benzodiazine 69:4,5
Berkowitz 5:5
beta 61:20
better 16:21 17:2,2 23:4 29:13 51:2

61:16 64:12 73:7
beyond 65:10
bilateral 24:16 28:20
Birmingham 5:8,15 9:18
bit 10:19 20:2,21 24:19 35:7 67:10 72:19 75:17 85:15
bleeds 17:19
blocker 61:20
blood 17:18,23 18:23 19:3,12,19,19 20:3 23:1,15 29:16,19 30:10 31:2 32:10,11 32:17,22 33:3,3 34:3 34:20 35:2 39:22 40:11,20 51:16 52:2 52:6 60:23 61:20 67:2 69:13,14 70:3 70:23 71:13,19 73:6 87:9,19,20,23
board 9:13
Bobbie 2:8 5:16 6:8,23
body 41:16,18 42:2,2 84:14
border 23:7
boss 52:19 53:5 54:10 54:21
bottom 14:4 37:7,9 40:2 41:21 48:18
boy 88:14
Bradford 74:3,5
break 60:4,7
breast 18:15 61:8 77:3
breath 41:23
breathing 43:6
brief 60:2 72:21 73:1
briefly 8:19 13:21
bring 49:23 53:15
bronchi 47:23
bronchitis 48:2,4
Building 5:13
bulging 84:22
bump 49:17
bunch 76:1
BuSpar 69:1,2,2,6 70:22 71:10 76:5
BUTLER 90:4

**C**

C 5:1,11 49:17,17
caffeine 18:1
Caldwell 5:4
call 13:16 24:4,22,23 29:15 36:20 37:7 46:8 61:18 73:15,21

74:9 76:3 83:11
called 30:12 36:21,23 43:12 69:2 76:6
calling 25:2 30:1 56:1 72:6
calls 74:12
cancer 18:15 61:8 77:4
card 74:3,12
care 7:22 15:19
Carol 76:15
Carolyn 60:21
carrying 81:16
case 6:20 70:8 71:11 73:5 71:17 81:14
cases 84:18
Catholic 72:15 73:15 73:22 75:13 76:7
cause 6:12 45:2,2,11 71:21 90:17
caused 42:15 51:17
causing 62:20 67:16
Celexa 61:17 64:12,13
cells 41:18 42:22
Center 26:1 39:16
centimeter 16:8 22:13
certain 50:3 82:21
CERTIFICATE 90:1
certified 9:13 90:20
certify 6:4 90:6,14
check 67:8 71:14
checked 47:9
checkup 49:16 52:14 67:8
chemical 42:9
chest 47:21,22 48:1,3 56:17 64:1
Childs 5:12
chronic 17:19 25:12,16 25:17 28:5,9,19 32:5 42:10 48:23 78:11 83:6,11,16,16 84:2 85:10
chronological 14:3
Cipro 64:9
City 9:6
Civil 1:5 3:5 6:6
claim 51:20
claimed 51:17,20
claims 51:8
Claritin 43:8
class 61:18
clear 36:5 89:1,2
clearly 82:2
client 88:8
clinic 83:19
close 38:21 43:4

'obbleshots 57:3,19
  61:15 62:21
cold 14:18,18 47:21,22
  48:4 49:17 69:11
column 26:8
come 24:12 25:20
  26:10 27:1 30:12
  66:18 77:15 79:22
coming 14:17 15:1 53:5
  78:11
commencing 2:9 6:9
Commissioner 1:20 6:4
common 24:18
company 61:4
complain 40:8
complained 37:21
  46:21 49:16 64:1
  73:3
complaining 16:4
  25:11 28:1,5 37:5
  56:16 66:1 70:9 75:9
complains 38:19
complaint 27:5,6 40:13
complaints 17:17
compliance 2:15
computer-aided 90:10
concern 77:10
'oncerned 83:1 84:9
CONCLUDED 89:18
concludes 88:20
confirmed 76:4
confirming 74:15
confrontation 70:14
congested 21:15
congestion 64:1
consider 19:2,22
considered 30:7,8
  34:21
consistent 84:1
consistently 83:3
contact 74:5 76:9
continue 12:16 23:14
  35:3 38:2 52:23 66:9
  69:11 71:9 73:19
  75:13
continues 70:20
contribute 19:18
control 32:11
controlled 71:3
contusion 16:8
convenience 54:14
  80:14,18
cooperatives 87:2
copies 12:20,23 13:1,2
copy 59:13 60:5
  orrect 32:1 33:18,19

34:10 36:17 37:4
  38:12 39:6 41:13
  52:3 56:8 63:14 75:2
  82:4 90:11
correctly 20:16 80:13
  84:4
cortisone 16:19 29:3
  36:12
cortisone-type 42:19
  48:10
cough 22:16 25:3 41:5
  41:7 43:14,15 48:8
  49:16 50:7 52:14
  64:10 66:8 76:3
counsel 2:4,20,22 6:7
  7:3 90:15
counseling 72:9 74:5
counselor 61:16 63:2
  70:21 73:13,14,22
  74:1 76:8,15,20,23
counter 19:9
COUNTY 90:4
couple 39:22 41:2 50:8
  53:7 56:22 64:10
  66:16 69:10,15
course 57:6 85:15
  86:23
court 1:1 2:6,16 3:12
  3:13 6:1 7:2,14 14:19
  14:22 73:8 90:20
cousin 9:17
covered 79:18 89:6,7
co-worker 73:10
crazy 88:12
Crook 2:8 5:16 6:8,23
  59:12
cutoff 19:3
cycles 45:7
cyst 22:12 49:21 50:1
C-O 27:5

        D
D 1:21 2:5 3:6 4:1 6:1
  6:19 36:7
date 6:5 14:9 27:13
  76:12
dated 65:13
day 2:9 3:9 6:10 14:12
  15:10 18:3,22 30:21
  30:22 31:20 32:3
  39:2,6 44:19 53:10
  70:22 73:7 75:8 76:5
  79:2 80:12
days 50:3 56:16
Dean 76:16
Decadron 47:4

December 11:13
Decodran 42:18 46:5
decongestant 22:15
  48:7
decongestants 68:23
defendant 5:2 7:6 10:8
Defendant's 89:3,13
Defendant(s) 1:12
degree 8:21 9:1,3
delivering 3:7
Department 53:2
dependent 74:4
depending 42:1
depends 44:9
Depo 34:22 36:8,9 48:9
deposition 1:14 2:4,13
  2:14 3:2 6:16 56:20
  71:18 74:16 75:8
  88:3,21 89:4,15,18
  90:7
depositions 2:17 66:13
  67:18 70:7 75:20
depression 51:3 60:20
  63:5 67:13 70:19,23
  71:16 73:5 87:10,17
describe 38:5 72:1
described 28:22 51:6
  54:9
describing 55:6
details 21:21,23 22:4
diagnosed 25:15 46:3
  51:21 56:18 61:7
diagnosis 25:15 28:8
  32:5 71:3 86:20
diastolic 19:6
diet 46:22,23 47:15
difference 29:8
different 13:20 42:12
  56:22 57:16 63:19
  85:15
difficult 20:21 22:2
  42:15
difficulty 47:7 51:1
direction 31:19
directly 74:7 76:10
discuss 55:15 57:23
  63:18 72:8
discussed 17:8 19:7
  20:11,13,15 21:18,22
  22:2,9 40:20 46:23
  47:15 71:15 77:9
  82:6
discussion 52:15 67:12
disease 25:18 43:19
  46:3
disk 43:19 46:3 84:22

DISTRICT 1:1,2
diuretic 32:9,13
DIVISION 1:3
dizziness 60:20
dizzy 67:10
doctor 35:13 57:16
  86:15,19
Doctors 9:9
doctor's 13:19
document 7:19 54:19
  59:6
documentation 65:10
documented 20:16
  37:16 55:22 61:2
  65:8
doing 22:4 31:16 34:17
  48:17 53:12
Donelson 5:4
door 41:6
dosage 30:4
dose 37:14 38:3 66:11
  66:23
DOT 85:17
Dothan 1:23 2:8 5:19
  6:8 7:1 82:16
Dr 2:4 6:17 8:10 10:4
  13:14 46:3 57:3,19
  61:14 62:20 89:3
drainage 22:15 50:8
  66:6 67:11
dreams 61:5 62:8
drivers 85:18
drops 28:15
drowsiness 45:2,11
drug 41:3 50:10
drugs 44:8
drunk 67:1
due 52:2 61:3,4 70:13
  71:1 73:13
duly 8:3
Durahist 48:5
duty 16:10
dyslexic 65:20

        E
E 4:1,5 5:1,1
ear 66:1,4
earlier 10:8 19:14
  46:22 57:10 62:14
ears 64:2 67:9
eat 67:23
educational 8:20
effect 2:14 19:20 71:21
effective 3:6
effects 85:12
Eighty-two 10:2

either 30:14 48:2 54:17
elevated 17:18 70:4
  87:19
elevation 32:23 33:3
  87:23
emergency 56:15
employer 52:22
employment 53:20
  54:11
encourage 61:9
encouraged 64:7
ended 78:15
entire 16:1 23:18
environment 85:7
epidurals 85:1
Epinephrine 42:18
episode 41:15
Epupin 43:1,5
especially 32:14 45:6
establish 10:11
established 82:1
estrogen 16:14 17:9
  18:13
evaluated 56:17
event 88:1
everybody 85:15
evidence 3:2
exacerbation 71:4
exactly 21:20 42:15
  80:21,21
exam 17:20 25:20 27:2
  28:6 49:19 60:22
  64:4
examination 4:2 6:12
  8:5 86:13
examined 8:3
excessive 83:18
excision 50:1
Excuse 22:23 88:19
exercises 34:23
Exhibit 89:3,13
exhibits 3:10
expected 84:12,15
expensive 23:21 64:21
experienced 51:8
experiencing 51:14
explanation 86:6
exposure 42:9
expressed 51:13
expressing 52:18
extra 30:3
extremities 43:22
eye 28:2,14,16

        F
F 5:3

'act 81:11,12
  .iled 56:23 57:8,13,13
fairly 67:12 69:8
fallen 15:17
family 9:8,11,13 11:21
  16:2 88:1
far 8:18 54:21 79:21
  80:17 87:6
fasciitis 37:8
Fastin 47:16
fear 70:13 78:19 79:6
fears 53:4
February 14:10 45:14
  67:6
federal 85:16
feel 67:17
feet 24:19 39:12 40:16
  41:22
Feldene 44:5,13,15,21
Feldin 37:19
felt 67:9 71:17 76:20
  76:23
female 27:2 57:4 61:15
  61:15 70:20 73:14
  74:1 76:8
females 32:14
fever 64:2
figure 27:16
  gured 59:3
file 10:10,12 13:16
filed 3:13 8:13 54:2
find 10:15
fine 7:16,18 63:7 88:18
finish 14:20 73:1
finished 56:10
firm 10:7
first 14:9,12,13 62:2,6
  62:16,17,19,23 70:15
  76:3 77:9,14 78:7
  86:18
Flavor 1:10 6:18 7:6
  8:12 15:17 52:17
  53:20 54:2,11
flow 76:2,11
fluid 32:15,16 67:9
fluids 64:8
followed 73:5
following 6:13 30:21
  30:22
follows 8:4
follow-up 71:13 73:6
foot 28:21 34:23 37:6,9
  38:19
force 2:14
foregoing 6:6 90:7,11
  ›rever 84:17

form 2:21
Fort 74:2
forward 14:5
found 59:2 87:1
four 16:8 23:10 79:13
frame 79:3
Frank 55:7 70:14
  78:19
Franklin 6:19
Freedom 7:2
frequently 69:3
full 2:15
fully 86:7
funny 31:11 59:23
further 2:11,18 38:5
  86:12 90:14

G

gain 87:11,14,17
gasping 48:14
gastroesophageal
  25:18
generally 26:7 42:4
generic 44:7 64:20
geographical 82:21
Georgia 9:9
gerd 18:19 25:17
getting 57:5 61:14
  80:10 81:1
GI 37:18
give 13:3 16:23 22:17
  45:12 66:21 67:3
given 28:3 29:21 32:6
  32:17 57:10,15 60:19
  65:16,17 70:7 90:12
gives 18:14
giving 23:16,20 83:20
go 8:19,22 10:11 13:5
  13:21 14:5 16:2 21:9
  35:18 43:7 53:1,6,9
  53:11 57:3,19,22
  59:13 61:11,13 67:22
  67:23 70:13,18 72:17
  73:10,12 74:4,7
  77:23 81:3 82:16
  83:18 89:11,16
goes 84:1
going 8:14 10:3,14 14:4
  14:23 34:18 38:15
  41:6 67:18 68:7
  71:23 73:14 74:5,6
  75:7,10 76:9,23
  77:10,11 78:16 79:6
  89:2
good 24:19 32:2 51:3
  72:18 74:2 76:20

Goody 44:2,3
grabbed 59:18,18
Great 9:15 17:13
greater 43:22
Greenville 6:2
grounds 2:23
group 12:11,13 83:7,10
guess 13:16 15:18
  51:16 52:16 66:12
  78:10 84:6

H

H 4:5
half 29:18 30:3 32:7
  71:7 83:4
hand 22:12,13
handwriting 20:19
  21:6,7,8
happened 41:8 68:16
happens 41:18
harassed 22:3,7 37:23
  61:6 68:7
harassment 21:19 38:7
  51:7 52:23 61:5
  62:10,11 67:14,16
  68:13 70:8 72:2 73:9
hard 33:6
harm 68:8
head 41:20,21 56:21
headache 17:18
Headland 53:2
health 9:5 74:3 82:20
hear 47:23
heard 70:15
hearing 90:13
heartburn 18:20
heel 24:16 34:23 36:11
  36:12
heels 24:17 28:22 29:3
help 10:19 31:15 35:16
  42:22 47:1 50:23
  66:21 67:2 76:23
helping 64:3
helps 32:15 45:5,7
high 39:22 71:1 87:20
higher 37:14 38:3
histamine 41:17 42:1
history 86:18
hives 41:15,16
Hold 10:15 12:22 78:5
home 42:23 43:5,7
hopefully 29:4 77:1
Hospital 9:10
hours 43:9
house 1:10 6:19 7:6
  8:12 15:18 52:18

53:20 54:2,11 82:15
HTZE 39:19
huge 41:19
hurt 15:20 64:2
hurting 40:14 64:2
husband 53:9 74:2 80:5
  80:6
husband's 81:2
Hydrochlorothizide
  32:8 39:18,20
hypertension 32:5 71:4
  87:20
hysterectomy 16:6
  25:21

I

identify 7:3
impact 34:3
improperly 83:10
included 47:2
inconsistent 83:5
increase 21:17 40:11
increased 19:19 43:20
  61:3 70:6 71:2 75:9
Indecadron 66:9
indicate 40:1 54:8 87:3
indicated 10:8 80:23
infection 49:20 64:6
  66:4
inflamed 37:9
inflammation 16:20
  47:5 48:3
injectable 36:10 48:9
insomnia 67:15
instance 83:19 85:17
insurance 44:10 57:22
  58:2 70:21 73:13
  79:17
insured 64:16
interest 59:5
interested 90:16
internship 9:9
introduce 89:2
involved 52:21,21
issue 53:15 63:13 88:2
issued 59:22
issues 57:6,22 73:13
  84:13,15
itch 41:20

J

January 25:8 43:17
  78:20
Jennifer 5:3 7:5 8:11
  38:21
job 38:1 52:16 88:15

Joey 7:1
Jr 1:15 6:11,20 8:2,9
July 16:3 40:18
June 1:22 2:9 3:9 6:10
  6:22 39:5 48:20
  53:20

K

Kansas 9:6
keep 47:12 67:2 78:18
  79:19
Keflex 22:14 48:5
kept 39:13
killed 88:15
kin 90:15
kind 8:18 19:9 23:6
  48:13,14,15 49:4
  54:17 72:10,10 75:16
  78:16 82:19 84:16,19
kinds 15:9 85:20
Klonopin 50:9,23 53:1
  61:6 69:6 71:10
  73:18 75:14,15
knee 15:20,23 16:7,9
knew 54:18
knife 81:17
knocking 69:9
knot 21:14
know 11:10 15:22 17:2
  18:16,17 19:21 20:10
  20:14,14,20,23,23
  21:22 23:18 24:8,9
  25:22 27:2,13,22
  29:17,23 33:6,9,16
  33:16 35:10,15 38:23
  38:23 39:13 42:9,15
  46:14 52:7 53:4
  54:13,13 55:5,20
  56:1 57:18 58:14
  60:16 61:12 64:15
  65:21 66:20 69:21
  70:10 71:17,21 72:5
  72:5,7 74:6,11,18
  75:17,19 77:4,10
  78:8,10,16,23 79:4,9
  79:18,21 80:1,2,6,9,9
  80:12 81:5,8 82:2,4,9
  84:2,17 85:23 88:22
knowledge 38:11,15
  75:21
Kress 5:13

L

L 1:15 2:1 6:11
lady 76:17
Large 2:7 6:4

'asts 43:9
  tely 43:20 70:6
latest 11:17
law 5:17 10:7
laws 2:16
lawsuit 8:13 52:22 54:2
  54:4 61:3 67:13,22
  68:4 76:13
leading 2:21
leave 82:15
leaving 48:13
left 16:9 25:14 28:7,10
  28:20 37:6 43:22
  47:13 50:12 53:19
  54:11
leg 73:4 75:7,11
legal 85:21
lengthy 52:15 67:12
letters 39:2
Let's 10:13 56:3 81:10
Lewis 8:2,9
License 90:21
licensed 9:21
life 67:20
light 16:10
liked 76:16
likes 49:1
Linda 1:6 5:21 6:18
  7:10 8:13 76:22 77:9
  82:4,7,12
Linda's 82:3
list 76:1
listed 26:3
listen 48:1
little 10:19 19:13 20:1
  20:21 21:2 24:17
  29:13 35:7 37:13
  38:3 39:21 48:16
  50:23 51:2 67:10
  71:11 72:19 75:16
  81:13,14 85:15 89:1
lived 80:17
LLC 5:12
Lodrane 66:7
long 16:23 52:8
longer 52:17 71:12
look 10:14 16:7 56:3,5
  64:17 77:13 78:5
  85:16
looked 27:21,21 77:8
looking 10:20 11:20
  58:12 66:5 77:7
looks 21:12 24:2 27:11
  29:6,14 30:20 31:3
  34:7 39:5 43:12
  46:10,18 48:19 52:11

52:12 59:2,16 60:14
  74:23
Lorcet 29:7,10 48:10
  49:11 69:20 75:15
Lortab 17:3 22:19
  24:10 26:19 27:10
  29:7,12 32:20 36:6
  38:20 65:1 69:20
losing 47:7
loss 20:11,15
lot 19:11 35:10 41:5,17
  44:11 48:14 52:18
  61:1 63:4 64:4,20
  67:14 71:17 75:10
  80:12
low 45:17,19 66:4,22
lower 19:6 32:17 43:21
LS 25:13
Lumbago 71:5
lumbar 25:13 28:5
  39:11,15 43:19 64:4
  75:10
lumbosacral 25:13
  28:8

**M**

machinery 85:6
main 10:20 40:13
making 11:19 56:21
  71:18
mammogram 25:23
  26:23 28:3,13 60:22
  61:9,21 70:12 77:4
  78:1,8 79:14
mammograms 53:7
March 28:17 46:7,18
  70:2,3
marked 89:14
mast 41:17 42:22
matter 6:18
Maxitrol 28:14
ma'am 13:18 14:15
  23:23 25:1 38:17
  47:18 49:9 55:14
  82:13
McClain 7:2
McNaughton 1:21 2:6
  3:7 6:1 90:19
mean 27:3 33:5 35:9
  38:19 59:20 63:15
  79:1,4
means 90:9
media 66:3
medical 8:21 9:6 10:5
  25:23 39:16 41:15
  86:10,18

medication 23:15 30:1
  35:2 48:22 69:17,19
  71:12 84:17,19 85:5
medications 15:10 19:4
  68:20 83:3
medicine 15:7 16:10
  17:23 19:9 23:20
  24:7 25:19 26:18,21
  28:14,23 29:1 35:1
  37:11 39:14 40:23
  41:5 42:9 43:1,11,14
  43:15 46:1,20,23
  47:4 48:10 50:7 57:7
  61:23 63:6,18 65:3
  67:4 69:2,14 71:8
  73:18 83:12,23 85:2
  85:11,18
medicines 21:16 26:8
  32:11 40:19 44:18
  47:2 64:19 69:5
  73:17 75:15 83:9
Medrol 34:23 36:8,9
  48:9
meds 26:2 27:7 28:18
  39:9
member 88:1
menopausal 16:5,12
  18:9
menopause 18:12 35:5
  35:10
mental 82:20
mention 65:5
mentioned 11:15 48:12
  64:11
mentioning 81:11
messed 31:1
Methadone 85:19
Miami 9:1
Michael 9:18
middle 1:2 26:14 72:21
milligram 37:12,13
milligrams 29:11
mind 36:5
minuses 16:14
minute 56:7 88:7
minutes 21:7
misdated 58:18
missed 28:4 61:10 79:8
mistaken 64:14
moment 15:7
month 49:3 56:20
  79:20 83:8,13,21,22
monthly 52:14 67:7
months 81:22
mood 35:11
morning 32:9

mother 61:7 64:3 77:3
Motrin 16:22 37:19
movement 82:20
MRI 39:15 46:4 70:17
  79:15 84:20,21
multiple 43:2
muscle 28:9 43:23
  44:22,23 45:4,22
  47:3 65:3
muscles 45:7,18,19
Musinex 64:8
myositis 28:9
M-A-X-I-T-R-O-L
  28:15

**N**

N 2:1 4:1 5:1
name 7:1 8:7,10 12:12
  41:15 54:23 70:16
  72:6
named 55:7
names 56:1
narcotics 48:23
nasal 17:22
Nasonex 17:22
nature 38:6 65:7 72:11
nausea 15:7
nearby 80:16
necessary 2:19
neck 17:19 18:2
necks 17:22
need 8:1 12:19 19:11
  25:21 41:7 49:6,22
  56:9,12 77:5
needed 16:3 21:16 24:6
  25:20 27:1 28:2
  32:20 46:9,20 74:6
needs 27:7 77:4 88:15
neither 90:14
never 57:14
new 69:1
Nexium 18:6,18 24:10
  26:4 32:18 41:2
night 32:8 45:12 48:15
nightmares 63:15,16
Nineteenth 5:14
noises 47:23
noncoverage 70:21
nonsedating 43:8 69:7
nonsteroidal 16:21
  37:17
normal 32:1 47:9
North 5:6,14
nose 17:18
Notary 2:6 6:3
note 10:23 11:2 16:4,10

29:15 34:14 48:16
  52:4,11 56:4 57:21
  60:11,12 73:2 75:11
  76:6
notebook 56:13
notes 10:9,14,21 13:19
  38:6 77:8 81:4,13
  89:4
notice 41:1 72:17
noticed 49:21
November 24:2,21 62:1
number 1:5 6:20 19:6
  30:8,17 89:13 90:21
nurse 26:9 29:20 44:4
  60:21 65:20 73:15
  76:4

**O**

O 2:1
object 51:19,22 54:3
  85:8
objection 54:6 86:21
  87:5 89:9
objections 2:20,23
obvious 38:10
occur 42:10
occurs 42:7,8,13 43:2
October 21:12 56:4,7,9
  58:1 62:18
offered 3:2
office 10:5 30:18 31:22
  46:18 64:18 78:3
offices 2:7 6:8,23
oh 14:21 22:10 24:21
  31:17 34:17 35:13
  88:7
okay 6:15 7:23 9:2,7,12
  9:19 10:1,3 11:3,9
  12:14 14:13,16 17:3
  17:6,10,13 20:10,18
  22:10 24:20 25:7
  26:2,13 27:3,6,11
  28:17 31:1,2,17,19
  34:15 35:8,17 36:13
  36:23 37:3,15 40:17
  41:9,12 42:16 45:10
  46:7 47:10,19 49:7
  50:5 51:12 52:11
  56:3,11 58:4,11,22
  60:8,11,14,17 62:13
  63:21,22 64:22,23
  65:9,12 67:5 70:1
  73:2,20 74:10 75:22
  79:10 80:22 84:12
  85:4 86:1 88:13
old 52:19 53:5 54:10,21

Omeprazole 44:6,6,17
ace 42:13 66:19 85:13
ones 11:17,20 26:11
ongoing 73:9
opened 78:13
operate 85:6
opinion 19:18 86:3,10
oral 3:8 6:12
order 13:23 14:3 27:12
28:2 53:3 58:23
65:16,17 75:1,5
86:19
ordered 26:23
original 3:8
originally 78:2
osteopathic 9:6
otitis 66:3
outside 61:13
overall 45:8
overweight 19:23 20:2
Oxycontin 85:19

**P**

P 2:1 5:1,1
page 4:2 26:15 29:15
31:9,14 47:14 74:19
75:23
pain 16:10 17:4,5,19
18:2 22:18,18 24:11
24:14,16 25:12,16,17
25:19 26:18 28:6,7,9
28:14,20,21,21 29:1
32:6,6 34:23 35:1
37:10 39:11,14 40:21
40:23 43:11,20,21
45:6,9,15,18 46:1,21
47:4,22 48:11,23,23
50:6 56:17 60:23
61:22 64:4 65:3 66:2
66:4 67:3 69:16,19
70:11 71:5,8 73:4,4
73:18 75:6,6,10,10
76:13 78:12 83:2,6
83:11,17,19,23,23
84:2 85:2,5,10,18
painful 66:3
palm 22:13
Pantazis 5:12
pap 25:22
papers 31:1,18
part 17:20
particular 53:16 55:7
58:1
parties 2:3,22 90:15
parts 84:14
asses 88:1

patch 83:23
patient 22:9 27:6 43:5
49:2,23 76:10 86:18
patients 45:5,6 50:4
83:7,8,11,12
Paxil 16:12 17:11 18:4
18:7 22:17 24:10
35:3,5,16 36:15,16
36:21 37:12,13 38:2
40:23 44:2 46:9,11
50:15,17
PC 5:5 7:1
PE 48:6
pelvic 25:20
people 45:23 47:7
54:15 69:8 76:9
83:18 84:18 85:10
period 83:4 85:13
person 54:9 55:1,6,7,10
61:5 68:6 88:9
personal 38:14 86:17
person's 70:16
pharmacy 9:4
phone 49:2 74:9
phoned 37:2
physical 51:15 55:23
68:7
physician 15:19
pill 39:21
pills 83:22
place 59:21
places 50:4 67:23 70:18
77:11
plaintiff 5:10 7:9
Plaintiff(s) 1:8
plan 44:10
plant 85:7
plantar 37:7,8
plantares 37:6
please 3:11 8:8 31:15
54:6
plus 64:5
pluses 16:13
pneumonia 48:2
pocket 81:16
point 21:21 23:8 32:21
51:12 52:17 53:8
57:14 61:13 64:16
70:5 71:6 72:4
Police 53:2
poorly 71:3
popping 25:14
pounds 19:23 20:1
33:21,22
powders 44:2,3
powerful 17:1

practice 9:8,14 11:21
practitioner 9:11
Prednisone 16:11,16
16:18 24:14 29:2
43:10
Premarin 18:5,11
preparation 42:20
prescribe 44:11 68:21
prescribed 26:5,22
49:10
prescription 32:18,20
42:23
Present 5:21
pressure 17:18,23
18:23 19:3,13,19,19
20:4 23:1,15 29:16
29:19 30:10 31:3
32:10,12,17,22 33:3
34:3,20 35:2 39:23
40:11,20 51:16 52:2
52:6 60:23 61:20
67:3 69:14 70:4 71:1
71:14,19 73:6 87:9
87:19,20,23
pretty 24:18 46:6 48:21
52:15 66:3 69:3
80:16
Prevertebral 45:18
previous 16:5 26:12
52:22 56:6 61:4,10
73:10,12 79:16
previously 18:10 28:22
57:13,14 69:15
Prilosec 44:7,7
primarily 22:1 61:11
primary 15:19
prior 3:2 10:6 37:11
52:16 57:12 63:11
probably 23:8,9 27:17
27:19 32:23 33:4
34:20 35:7 51:1
65:15,18 77:13 78:7
79:12 81:21
problem 30:8 43:6 47:8
58:2
problems 37:20,21
79:16 84:23
Procedure 3:5 6:6
proceedings 6:13
produced 10:10 13:23
74:14
Products 1:10 6:19 7:7
8:12
progress 10:13,21,23
11:1 13:17 43:3
57:21

progresses 41:22
prompted 53:14
properly 49:4
Protonix 41:1
provided 10:4
psychologist 57:4
public 2:7 6:3 67:23
70:18 77:6,11
pulling 64:3
purpose 35:4
pursuant 6:5
push 64:8
put 15:20 17:11 19:14
26:15 39:21 44:5
56:23 57:1 70:16
72:22
p.m 2:10 6:10

**Q**

qualifications 8:20
question 2:22 14:20
30:9
questions 2:21 8:15
72:18 90:8
quicker 17:2
Quinn 5:12
quite 63:13
quiting 38:1

**R**

R 5:1
reaction 42:5,22
reacts 42:3
read 7:19 17:6,7 20:22
21:8 31:11
reading 2:12 21:2 73:1
ready 43:7
real 75:18
really 27:8 29:4 30:8
35:14 40:14,14 58:19
61:8 67:17 70:4
73:23 76:21 77:14
78:8
reason 27:9 40:15
42:14 49:5 50:20
59:7 64:18 77:18
82:20 83:7
reasons 80:10,23
recall 20:9 21:19 53:17
54:12 55:21 65:9
72:3 81:19
receive 8:21
received 13:15 59:21
88:8
record 6:21 8:8 13:10
35:19,23 89:1,17

records 59:21 64:17
red 41:19
reduce 32:16 85:2
reduces 45:8
refer 73:14
referral 74:7
refill 24:6 38:20 39:8
39:14 40:19,23 45:23
49:6 76:11
refilled 21:16 27:7,8,10
39:17 43:10 57:7
refills 28:17 40:21
46:21
reflux 25:18 44:9
refused 70:18
regimen 83:12,17
regular 47:2 50:2
85:22
regularly 85:5
regulations 85:17
related 46:1
relating 2:16 87:23
relationship 8:16 52:5
relax 44:23 45:8
relaxant 44:1,23 45:22
47:3
relaxer 45:4 65:3
released 42:2
releases 41:17
relieve 53:4
reliving 67:16
reluctant 70:13 73:10
rely 86:16
remember 20:16 38:8
51:9,11 54:20,22
72:4,7 80:13 81:11
remove 50:4
removed 49:18
Renny 1:21 2:5 3:6 6:1
90:19
reported 30:12,17
33:11 51:15,21 52:1
57:11 62:7 63:12
80:20 81:4 86:17
Reporter 2:6 3:12 6:2
7:14 14:19,22 90:20
reporting 7:3 87:3
reports 13:17
represent 7:4,6,9
representing 7:2 10:7
represents 8:12 90:11
requested 76:7
rescheduled 66:16
respective 2:3
respiratory 2:6 49:20 64:5
response 10:5

est 26:22,22 59:18
estraining 53:3
**restrict** 82:20
**result** 42:8 90:17
**retain** 32:15
**retained** 3:12
**retention** 19:7
**retrospect** 78:21
**returned** 34:19
**reverse** 14:3 42:22
**RF** 38:19
**rhinitis** 17:21
**Richard** 1:15 6:10,17
  8:2,9
**ride** 70:10
**right** 8:17 9:16,22
  11:20 12:8,12 13:17
  14:11,12 15:12 17:13
  18:21 21:5,14,15
  22:8,20 23:2,3,6,7
  24:1,11 25:4,9,10,13
  26:3,8,20 28:2,6,19
  30:5,5,19 31:21,23
  33:15 36:18,19 37:5
  38:18,19 39:3 40:1,4
  40:19 41:12,14 43:16
  42:23 45:16 46:13
  47:13,20 48:8,21
  49:18,22 52:13 57:17
  58:6,7,19 62:22
  63:20 65:4 66:1,3
  67:7 70:3 73:4 75:5
  86:5,8 87:8 88:17
  89:12
**risks** 16:14 17:8
**Robaxin** 43:23 44:22
**Robertson** 4:4 5:11 7:8
  7:9,17,23 9:17 11:18
  12:7,11,19,22 14:2
  18:14,17 21:1,6 31:5
  31:10 35:13,18 38:21
  51:19 54:3 56:12
  58:17 59:1,8,15,20
  60:3 65:19 72:20
  74:11,15 81:9 85:8
  86:14 88:14,19 89:5
  89:10
**Rocephin** 48:8 66:8
**room** 56:15
**Rosemoore** 9:18
**routine** 34:22 48:22
  85:22
**Rucker** 74:3
**Rule** 3:4
**rules** 2:16 3:5 6:5
  running 52:19

**S**

**S** 2:1 4:5 5:1,2,10,16,18
  6:23
**safely** 85:6
**safety** 67:21 68:1,5
**salt** 19:7
**samples** 23:17,20 29:21
  35:1 36:14 71:8
**saving** 59:5
**saw** 70:1 76:15
**saying** 54:20 86:9
**says** 17:7 22:6,8 27:4
  37:5 38:18 40:2
**scale** 72:10
**schedule** 28:12 50:1
  78:7 80:14 81:2
**scheduled** 25:23 39:15
  53:7 61:21 66:15
  77:17 78:2
**school** 9:6
**science** 8:23 9:3
**Sciences** 9:5
**screwdriver** 81:16
**second** 10:16 32:12
  78:2,4
**secondary** 32:23 33:4
**sedating** 45:22
**see** 10:13,14 14:17 15:1
  15:21 18:23 25:5
  31:13 34:13,13 39:17
  40:22 49:2 50:18
  57:3,19,20,22 59:15
  59:15 63:7 70:20
  71:17 74:1 75:14
  78:14 81:10 83:8
**seeing** 54:21
**seen** 54:9 75:12 76:19
**send** 43:4
**sense** 27:23
**sent** 15:18 42:23
**separate** 13:15
**September** 41:13 43:13
  56:10 62:15 63:11
  77:12
**served** 10:6 54:4 88:9
**service** 76:9
**Services** 72:15 73:15
  73:22 74:4 75:13
  76:7
**Seven** 62:3,5
**severe** 56:18
**sexual** 21:19 52:23
  70:7 72:2
**sheet** 76:2,11
**she'd** 15:20 16:5 21:17
  24:12 25:21 54:11

56:15 61:6 70:7
  77:14
**shock** 20:18 42:1
**short** 60:7 84:6 86:1
**shortness** 41:23
**shot** 34:22 42:17,18,21
  46:5 47:4
**shots** 50:8 64:10 66:8
  69:11
**shoulder** 17:19 18:3
  22:18 24:11 25:12,14
  25:17 28:6,7,11,20
  32:5
**show** 10:3 59:9 84:22
**showing** 19:11
**sic** 62:18
**side** 22:13 37:7,9 43:22
  47:13
**sign** 7:19
**signature** 2:12
**significant** 17:20
**similar** 41:3 87:21
**sinus** 14:18 64:5
**sinusitis** 17:21 22:11
  49:19 66:2
**sit** 70:11 83:15
**situation** 40:6 54:15
  67:14
**situational** 71:4 87:19
  87:21,22
**six** 81:22
**skeletal** 44:23 45:21
**skip** 34:12 74:19
**sleep** 45:3 48:17
**sleeping** 51:1 73:11
  76:14
**sliding** 72:10
**small** 66:11
**smear** 25:22
**smoked** 20:7
**smoking** 20:3,12,14
**snoring** 48:14
**social** 76:9
**sodium** 18:1
**somebody** 41:6 48:1
  54:18 63:10 81:14
  83:6,16
**sore** 15:2
**soreness** 28:10
**sorry** 14:21 20:23 21:3
  24:21 33:14 34:17
  38:22 47:14 58:10
  62:4,18 70:2 84:5
  86:2
**sort** 13:21 14:4 49:6
  71:20,21 75:1 78:13

**sound** 66:23
**source** 82:11
**SOUTHERN** 1:3
**spasm** 45:7
**speaking** 79:11
**specific** 22:4 42:14
  50:10 75:21 88:1
**specifics** 33:7 41:10
  75:18
**speed** 72:19
**spin** 56:21
**spine** 39:16
**splint** 15:20
**spray** 17:22
**SSRI** 61:18
**St** 5:18,18
**start** 14:4,22 19:13
  46:11,15 72:21
**started** 52:9 79:5
**starts** 43:3
**state** 2:7 6:3 7:4 8:7
  9:21 49:1 54:5 90:3
**stated** 15:23 36:6 37:22
  73:22
**STATES** 1:1
**stay** 64:19 84:16,18
**stenotype** 90:8
**stick** 81:14,18
**STIPULATED** 2:2,11
  2:18
**stipulation** 6:7
**stipulations** 7:15
**stomach** 16:1
**stopped** 61:16 64:13
**stopping** 20:12
**store** 54:14 80:15,18
**straight** 83:15
**street** 5:6,14 88:16
**stress** 21:18 33:1,4
  37:21 51:7 52:3 61:1
  61:3 70:6 71:18 88:4
**strike** 87:18,18
**stuck** 74:18
**studies** 19:10
**study** 48:17
**stuff** 25:13 74:13 77:21
  85:20
**sty** 28:2,16
**subpoena** 10:6 88:9
**subsequent** 10:9 12:17
**sudden** 77:18
**suggest** 58:8
**suggested** 57:3 58:8
  62:17,19 63:1
**Suite** 5:7
**supposedly** 55:16

68:16
**suppress** 47:1
**suppressant** 47:18
**sure** 7:17,18 11:19 14:6
  19:8 30:9 31:5 36:5
  43:5 45:13 49:3 60:3
  66:14 82:1 83:9 84:3
  86:7
**surrounding** 45:19
**Swain** 3:8 4:3 5:3 7:5,5
  7:16 8:6,11 12:21
  13:1,6,13 18:16
  21:10 31:8 35:20
  36:3 38:22 39:1,4
  51:23 54:5 58:15,22
  59:4,11,14,17 60:1,4
  60:10 72:16 74:13
  86:15,21 87:5,8
  88:17,22 89:7,11
**swear** 7:12
**swelling** 16:19
**swings** 35:11
**switching** 31:18
**sworn** 7:13 8:3
**symptom** 87:10,13
**symptomology** 87:2
**symptoms** 16:5,12
  18:10 35:5 51:15

**T**

**T** 2:1,1 4:5
**tablets** 83:21
**tail** 58:21
**take** 29:18,20 30:2,15
  30:16 32:7,18 37:17
  44:16,17 50:16,20
  60:1 76:5 83:12,15
  83:21 84:3 85:18
**taken** 2:5 3:9 13:19
  30:11,11,14 44:2
  49:4 57:11 60:7
  88:16 90:7
**talk** 48:16 57:4 79:5
**talked** 16:13 18:10
  54:13 55:19 56:21
  60:18 67:15 68:1
  75:16 77:15 78:4
**talking** 55:11 72:4
  76:22 77:23
**tape** 6:17
**teenagers** 88:5,6
**telephone** 74:12
**tell** 26:13 40:5 53:14
  54:23 59:4 68:3,9,12
  81:15 82:14 87:7
**telling** 78:15

*ender 45:20
  nderness 25:14 28:5
    28:8
tendonitis 24:17 28:10
    37:6
tendons 37:8
tends 45:2
terms 80:22
terribly 19:16
test 47:6 77:22
testified 8:4 62:14
testimony 1:14 3:9
    90:12
tests 53:11 77:17 80:11
    81:1
Thank 31:16 51:23
    88:13
thereto 3:3 90:9
thick-tongued 66:23
thing 10:20 19:9 22:7
    27:16 29:5 44:21
    45:17 49:4 76:21
    88:23
things 13:20 42:11 56:1
    77:2,5 78:12 79:13
    85:1 86:19
think 10:17 11:12
    13:22 22:1 27:14,17
    27:19 28:4 30:3
    31:12 33:2 34:2
    50:19 57:20 58:9,19
    58:21 59:6 62:13,14
    65:15 68:10 75:18
    76:18,21 77:16 78:13
    78:14 80:16 81:23
    88:11 89:5
thinking 38:1 64:14,15
    72:22 79:9
third 69:1
Thornton 1:6 5:21 6:18
    7:10 8:14,16 14:14
    15:13 19:22 20:7
    21:12 51:5 53:19
    72:8 82:14 86:16
Thornton's 19:17 83:2
    85:4
thought 24:16 34:11
    61:15 64:12 67:1
    74:1 79:6
threatening 55:20
three 23:9,10 42:21
    79:13
throat 15:2 43:3
thyroid 47:6,8
time 3:1,1 6:21 14:13
    14:16 15:1,13,16

16:15 17:14 18:8
    20:9 21:11,17 22:3
    23:19 24:1,7,20 25:7
    26:23 29:2,21 31:2
    32:17 33:6 37:10
    39:11 40:13,17 46:2
    46:22 48:4 50:2,18
    50:19 52:8,13,16
    54:1,10,16,19 59:5
    59:22 61:21 62:2,23
    63:6 66:14 69:17
    70:15 77:9,14 78:7,9
    78:15 79:2 85:14
    88:21
times 24:12 41:6 42:13
    43:2 44:11 63:4
    66:16 80:15
today 8:15 74:14 89:6
    89:7
toe 41:20
told 18:1 21:17 22:16
    25:19 26:23 28:12
    32:7 35:2 36:7 38:2
    38:11 39:12 49:22
    52:21 53:1,19 54:16
    56:19 64:6,7 66:9
    69:11 70:5 73:18
    81:20 88:11
tolerate 44:19
tolerated 16:21 17:1
top 38:18 41:21
tough 29:5
Tower 5:6
town 82:17
track 49:20 64:5
transcribed 90:9
transcript 3:8 90:12
transcription 90:10
treat 15:15 23:9 29:5
    63:5
treatable 84:22
treated 14:14 15:5,13
    17:14 21:11 24:2,20
    25:8
treating 19:13 23:19
    84:2
treatment 8:15 19:12
    24:3,5 87:1 89:4
trial 3:1
tried 37:19 44:16 61:6
    61:17 64:19 71:16
    72:14 78:7
trigger 42:11
triggers 42:12
trouble 21:2
truck 85:18

true 90:11
truth 87:4
truthful 87:6
try 45:7 51:10 63:5,9
    73:16 81:9 83:8
trying 39:16 61:8 76:17
    88:11
turn 41:19
Twentieth 5:6
twice 70:22 76:5
two 13:2 29:9 44:19
    59:23 60:15 83:3
type 16:18 45:21

                U
U 2:1
uh-huh 11:8 22:22
    25:11 30:23 33:12,12
    49:12 50:22 62:9
    69:23
unable 37:17 70:20
    73:12 78:18 80:13
understand 82:2 84:4
    86:7
understanding 20:6
    53:8 78:17
understands 87:4
understood 51:13
UNITED 1:1
University 9:1,4,5
upper 49:20 64:5
upset 37:18 75:19
urticaria 41:16 42:7,10
use 48:23 83:2 85:4
usual 7:14 22:23 32:4
    49:16 66:4 67:7
    75:14
usually 16:20 17:1 19:5
    24:9 32:13 33:5 43:1
    49:1,23 50:1 51:10
    63:8 66:22 83:13

                V
v 1:9
Valium 69:6
Varner 46:3
Vaxum 71:7
versus 6:18
video 89:17
VIDEOGRAPHER
    6:15 7:11 13:5,8,11
    35:21 36:1 60:6,8
    88:20 89:16
videotape 6:16
virus 16:1
visit 15:5 21:23 22:23

23:13 26:1,12,16,17
    26:22 27:11 33:17
    34:22 36:4 37:12
    38:4 39:9 40:6,9
    41:12 43:18 45:13
    46:18 48:19,22 50:3
    51:4 52:12 53:16,23
    55:3,4,7,18 56:16
    58:1,9 62:1,7,15,16
    62:19 63:12,23 65:6
    65:12 67:5 68:21
    71:23 72:13 77:12
    78:3
visits 39:22 41:2 55:22
    63:17 69:15 77:17

                W
Wachovia 5:6
wait 56:7 88:7,7
waived 2:13
want 7:18 8:22 59:12
    59:14 61:11,13 62:20
    67:19
wanted 8:19 10:11
    29:17 40:15 46:11,14
    49:18 52:23 66:21
    67:8,8,19 71:9,12
    73:23 77:2
wanting 36:21
wants 88:8
wasn't 16:2 19:16
    23:17 24:8 60:16
    76:14 78:9 79:16,17
watch 18:1
water 39:21
way 49:3 52:9 70:10
    72:1 78:4
Wednesday 6:22
week 39:13 40:3 75:9
weekend 70:8
weight 19:17,20 20:11
    20:15 33:17 47:7
    87:9,11,14,16
weird 60:14
Wellbutrin 56:23 57:9
welts 41:19
went 9:4 16:1 29:7
    43:21 44:4 57:18
    64:13 76:15 78:15
    82:3,8
We'll 89:16
we're 6:20,23 13:8,11
    23:11 35:21 36:1
    60:8
we've 79:13 81:23
wheezes 47:23

Wiggins 5:12
Williams 6:19 55:8
    70:14 78:19
witness 2:13 6:11 7:12
    7:13,21 8:1 9:19
    11:16,22 12:9 14:21
    31:7 38:23 56:14
    58:20 65:21 74:17
    90:13
woman 88:12
woman's 88:15
women 35:10
word 44:7
work 15:17 16:2 21:18
    22:3,3 32:23 33:4,7
    37:22 39:13 40:2,6
    44:11 52:2 68:18
    73:23 81:2,13 84:23
    85:6 88:4,4
worked 54:14,18,18
    61:14 64:12 80:11,17
    82:7,10
working 63:8 79:2
workplace 38:16 51:7
    53:6 82:3,8
works 14:7 29:12 53:10
    63:7 69:7 80:14
worried 66:12 67:21
    73:9
worse 23:5 64:4 67:17
    70:11 71:19,20
wouldn't 53:6,11 67:22
wrist 21:15 49:18,22
write 21:20 26:11
    27:15 50:12 51:10
    81:12
writing 31:11
written 23:17 24:8,10
    33:8
wrong 27:13 31:8,19
wrote 27:14,15 32:21
    48:15

                X
X 4:1,5
Xanaflex 61:22
Xanax 66:11 69:5
    71:11
x-rays 15:19 46:4

                Y
Yea 74:20
yeah 9:23 11:1 12:11
    12:14,14,21 13:6
    14:23 29:16 33:16
    34:19 43:15 46:8

52:10,10 58:17,21
59:1 62:15 63:3
65:17,17 66:17 73:3
74:17,17 75:4 76:1
78:6 79:21 81:6 88:6
89:5,7
**year** 10:1 11:6 83:4
**years** 9:11 23:9,10,10
46:2 84:19
**y'all** 31:5,10 36:23

_____
**Z**
**Zanaflex** 45:21 47:3
**Zoloft** 57:1 60:19 61:17
64:11,13 66:10 69:12
70:23 71:9

_____
**0**
**05** 17:15 25:6 27:15
**06** 27:15,18,19 28:17
36:4 39:5 40:18
41:13 78:6
**07** 11:13 43:17 46:7,19
47:19 58:20
**08** 65:15 67:6

_____
**1**
**1** 4:6 6:16 65:13 89:3
89:14
**1/16** 78:6
**10th** 24:2 49:14,15
51:5
**105** 70:5
**107cv-712-WKW** 1:5
**107-CV-712-WKW**
6:20
**11** 1:22
**11th** 2:8 3:9 6:10,22
**11/02** 59:16
**11/25** 25:6
**11/30** 11:23 58:13,14
58:15
**11/30/02** 58:18
**11/30/07** 60:13
**12** 71:7
**12D** 66:7
**12th** 41:13
**12/19** 12:3,4,5,10
**12/19/07** 63:23
**120** 31:3,7,19
**123** 73:7
**130** 18:23
**138** 29:16 30:6
**140** 23:1,4,6,13
**147** 70:4
**15** 3:6 46:2
**15/12**

75:4
**16th** 25:8 28:17 56:4
**1600** 5:7
**17th** 70:2,3 77:12
**18th** 40:18 43:13
**180** 83:21
**1988** 3:6

_____
**2**
**20** 37:11 71:7
**20th** 39:5
**2000** 62:18
**2005** 14:10 21:12 24:3
**2006** 25:8 53:21 78:20
**2007** 45:14 48:20 49:14
51:5 56:4 62:2,15
63:11 77:12
**2008** 1:22 2:9 3:9 6:10
6:22 70:2
**22nd** 67:6
**23rd** 46:18
**235** 19:23 20:1
**24** 9:11 43:9
**25** 66:11
**25th** 24:21
**25/07** 65:14
**259.3** 33:18
**28th** 14:10

_____
**3**
**3rd** 36:4
**30** 21:7 33:22
**30th** 47:19,20
**301** 5:14
**35** 33:21
**35203** 5:15
**35203-5202** 5:8
**36301** 5:19
**367** 5:18

_____
**4**
**4th** 48:20
**4/14** 73:3
**4/16** 76:6
**4:15** 2:10 6:9
**4:17:15** 6:21
**4:22** 13:9
**4:27** 13:12
**4:47** 35:22 36:2
**40** 37:13
**411** 90:21
**420** 5:6

_____
**5**
**5th** 21:12 45:14
**5(d)** 3:4
**5/12** 11:10 74:22 75:3,6

**5/16** 75:2
**5/25/06** 36:19
**5/29** 37:3
**5/29/06** 34:11
**5/3/06** 34:7
**5:12** 60:6
**5:15:27** 60:9
**5:48:06** 89:17
**500** 29:12

_____
**6**
**6/5** 11:5,11
**6/5/08** 76:12
**60** 83:20
**650** 29:11

_____
**7**
**7** 59:2
**7th** 16:3
**7/19/05** 15:14
**750** 44:22
**79th** 9:20

_____
**8**
**8** 4:3 49:13
**8th** 16:3 43:17
**80** 23:1,4,14 31:7,20
**84** 73:7
**85** 19:7
**86** 4:4
**89** 4:6

_____
**9**
**9th** 16:3 46:7
**9/07** 81:9
**9/17/07** 52:12
**9/9** 17:15
**90** 18:23 19:10 31:3,6
83:20
**99** 29:17 30:6,7



RESS NOTES

DATE OF BIRTH 5/16/64   PG#   **Formedic**

| TIME PT C E | HT WT | BMI | BP | P | T | ALLERGIES | CHART # |
|---|---|---|---|---|---|---|---|

Thornton, Linda                          NKA

8/05   224⁶                T 97⁴                    Bv. ⊘
        BP 122/72

c/o sore Throat
Cough - yellow phlegm

Smoken:

*(illegible handwritten clinical notes)*

A ① Sinus
  ② URI

Keflex 500 TID                    Rhonchi
Robitussin CA ⅓ BID             Decub
Afrin nasal 5-10
Promethazine 25 mg ½-1 for nausea

FAMILY PRACTICE CENTER OF ABBEVILLE
217 DOTHAN ROAD
ABBEVILLE, AL 36310

**DEFENDANT'S EXHIBIT**

1

# Recommend Blaine MAG-OX 400™

Cost, Convenience, Compliance    BLAINE

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

**Formedic**

OFFICE VISITS

NAME: _Linda Thornton_

MARITAL STATUS: S | M | W | D | SEP

DATE OF BIRTH: 5-16-64

ADDRESS:

PHONE (H): ___ (O): ___

| DATE DIAGNOSIS CPT CODE | | HT | WT 234.0 | BP 130/90 | P | T 98.2 |
|---|---|---|---|---|---|---|

ALL: NKDA

7/19/05

C/O last wk Pt fell @ work – Flat House –
Pt went to PrimeCare
X-rays taken – splint –
Not any better now –
Swelling has gone down

Rx Nexium 40mg qd

Pt had stomach virus that
went thru whole family
July 7, 8, 9, Pt returned to
work on July 11 –
HR request Dr excuse for
those days –

Neupogen Egonium – TAH – has @ arms

Exam

(R) knee – Contusion (R) knee
4cm ___ not rad (R) knee      7-13-07
    Dx      (1) Contusion (R) knee
            (2) Neupogen  (3) HSM –
    Plan    (4) Prednisone 20mg
                3 day v 5d
            (5) Lortab 10
                # 30 –
            (6) light duty

Denied ___
of ___
of ___

Lortab 10
___

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

OFFICE VISITS

**Formedic**

NAME: _Linda Thornton_     MARITAL STATUS [S|M|W|D|SEP]     DATE OF BIRTH 5·16·64

ADDRESS: _____     PHONE (H)     (O)

DATE / DIAGNOSIS CPT CODE     HT     WT 235     BP 130/90  P 88  T 98³

NKA

5-9-05  c/o Nose bleeds
            HA
            ↑ BP

                                    Rx:
                                    Paxil
                                    _____
                                    _____

        Chronic Shoulder Pain
        + neck Pain

        (2nd) _____
              _____

        Camp ASA
        Lyn CTA
        Cap ↑
        Uses ↓

        (Imp) ① Sinses
              ② ↑ BP -
              ③ Chronic neck + Back pain

        (Pl) ① Nasonex (RX)
             ② Benicar 20 (samples)
                -(½) day x OHS-
             ③ Upset the Na, Caffeine
             ④ Lortab 10
                    #60
                    ½-1 Bros -

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | Formedic |
|---|---|---|---|---|---|

NAME *Thornton Linda*  MARITAL STATUS S M W D SEP  DATE OF BIRTH 5-16-64

ADDRESS                                  PHONE (H)            (O)

DIAGNOSIS CPT CODE    HT    WT 241.0    BP 140/80  P    T 97.3

10/5/05 C/O *f/u post op (R) wrist*

*Requested -*

*Needs meds refilled* ℞

*At work Stan - very personal - denied apt.*

*Pt times.*

*Amb MSR*

AU NKDA

MDS:

*Baycol*
*Brennaxen*
*Neurum 400mg - SA*
*Lortab 10/650 1/2q/BH*

① *Linda drenge*
② *VRS.*
③ *Eug Brennaxen*
④ *Chris Brennaxen*
⑤ *Anxiety - work stress*
① *Lortab 10/650 #too*
② *Neurum 400 mg*
③ *Iodine 125 #30 Asig*
④ *Atavan 1mg*
⑤ *Cont Baycol -*

FAMILY PRACTICE CENTER PA
217 DOTHAN ROAD
ABBEVILLE, AL 36310

FAMILY PRACTICE CENTER OF ABBEVILLE, P.A.
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

Formedic

OFFICE VISITS

MARITAL STATUS: S M W D SEP   DATE OF BIRTH 5-16-64

NAME Thornton, Linda

PHONE (H)                (O)

ADDRESS

HT    WT 241.4    BP 124/80   P 92   T 92.3

DATE / DIAGNOSIS CPT CODE

NKA

11-10-05
4:05    — Needs refills on prescriptions

Re Nexium
Lortab
Paxil

Et 6
Ciu Abi
Lu ∅
Ar ∅
Esr        Edist head drmu
           D. Shneuduyer

Tendered
Chron Shneider Massa

Lortab 10
#160
Prednisone 20  9d x 5d
heel cues

FAMILY PRACTICE CENTER OF ABBEVILLE, PA
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME Thornton, Linda | | | MARITAL STATUS S M W D SEP | DATE OF BIRTH 5-16-64 | | | Formedic |
| ADDRESS | | | | PHONE (H) | | (O) | |

| DATE DIAGNOSIS CPT CODE | HT | WT | BP | P | T |
|---|---|---|---|---|---|
| 11/25/05 Pt. phoned request Rx Cough call to K Mart North Ray-0623. Contact 632-1083 /ej | | | | | |
| | | A Tuss MS 150cc | | | |
| | | T tsp q4d prn/ke) | | | |

FAMILY PRACTICE CENTER OF ABBEVILLE
217 DOTHAN ROAD
ABBEVILLE, AL 36310

# FAMILY PRACTICE CENTER OF ABBEVILLE, PA
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

**OFFICE VISITS**

NAME _Linda Thornton_

MARITAL STATUS [S][M][W][D][SEP]  DATE OF BIRTH 5·16·64

ADDRESS  PHONE (H)  (O)

Formedi...

| DATE DIAGNOSIS CPT CODE | HT | WT 249.8 | BP 120/90 P | T 96.2 |
|---|---|---|---|---|

1·16·06  C/O pt needs meds refilled     All NKDA

Chronic Shoulder Pain

Meds:
✓ Neurontin 40mg
✓ Lortab 10/650
✓ Paxil 40mg
✓ Premarin .625

RTC for pelvic
no pap
next exam
✓ Schedule

FAMILY PRACTICE CENTER OF ABBEVILLE
217 DOTHAN ROAD
ABBEVILLE, AL 36310

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | | Formedic |
|---|---|---|---|---|---|---|
| NAME _Thornton, Linda_ | | | MARITAL STATUS S|M|W|D|SEP | DATE OF BIRTH _5-16-64_ | | |
| ADDRESS | | | | PHONE (H) | (O) | |

| DATE DIAGNOSIS CPT CODE | HT | WT _248_ | BP | P | T |
|---|---|---|---|---|---|
| _2.14.05_ | | | | | |

- Stye @ eye
- Order for mammogram
lumbar tenderness
Chronic @ shoulder pain

[illegible handwritten notes]

Chronic low
Myositis
[illegible] @ shoulder

Schedule for mammogram [illegible]
lortab 10/650 #60
Muscle [illegible]
[illegible signature]

# FAMILY PRACTICE CENTER OF ABBEVILLE, PA
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

**OFFICE VISITS**

| NAME | Linda Thornton | MARITAL STATUS S|M|W|D|SEP | DATE OF BIRTH | 5-16-64 | Formed |
|------|-----|-----|-----|-----|------|

ADDRESS                                                PHONE (H)        (O)

| DATE DIAGNOSIS CPT CODE: | HT | WT 235.2 | BP 128/78 | P 92 | T 97.2 |
|---|---|---|---|---|---|

3-16-06
2:00    — Refills on mur                          N K R

Chron (R) Shoulder Arm              R:
Foot Pain treat                      Nexium 40 mg
                                     Lotres 10/60
Ref c                                Pexel 40m  qd
Cmpl Ø                               Premarin 0.620
         Ø
cnp Ø
Keep menthol pain
      palpable tender

(R) Chron Shoulder Arm    Lorcet 10/650 - tabs
(B) Tendonitis            Percocet q6w
(2) Chron Arm             Heel/Foot Wedges
                          Pristine 20
                             3tab
                             2tab
                             (1tab)—

4-12-06  Pt phoned BP 138/99 wanted to know
         if she could take 1/2 Benecar 20mg
         Pt advised her to take it. Pt
         Pt states Dr Benderer gave her
         samples last time she was here

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | | | Formedic |
|---|---|---|---|---|---|---|---|
| NAME *Thornton Linda* | | | MARITAL STATUS [S][M][W][D][SEP] | DATE OF BIRTH 5-16-64 | | | |
| ADDRESS | | | | PHONE (H) | | (O) | |

| DATE DIAGNOSIS CPT CODE | | HT | WT 257.3 | BP 130/80 | P | T 97 |
|---|---|---|---|---|---|---|

4-13-06  C/O ↑ B/P yesterday          NKDA

138/99

read note. 4-12-06                    *Maxium 40mg*
                                      *Lortab 10/650*
Ext ↑                                 *Paxil 40mg PO*
Cons Ory                              *Robaxin 0625 PO*
lig OTO
Ong ↑
Ab Chron shoulder ~
                pain

① HTN — ③ Chron shoulder pn ③ Back pn
  ① Bexxar ½ (20mg) @ ER — Recem to @ Answer,
  ② HCTZ 25                    ↑ B/P
        Udur Stroll            Lortab 10/650
                               ↑ hg
                               ↑ BM

③ Bexxar added pts B/P ↑ Probably
  2° to work stress

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

OFFICE VISITS

NAME *Moruton Linda* ——  MARITAL STATUS [S]M W D SEP   DATE OF BIRTH *5-10-04* ——   **Formedic**

ADDRESS _____    PHONE (H) _____    (O) _____

DATE DIAGNOSIS CPT CODE    150/70    HT    WT 252.7    BP    P    T

5/3/06   Returned on Benury — for BP    HT/WT
                                        Benur 20 4 C iR
                                        Hur 20y ½
         Sut                             Paxil
         Cond
         Un
         Cul
         Reo: Bilat heel pain
              Unchen Pain
         (Im) Cotton
              ② Frequency            49
              ③ Chron Back

         ① Benomul 20 mg    Ph      Foot Eray
         ② Sotonh 10/250 ÷ 60
         ③ Simple (Benuen)
         ④ Cont Paxil —

23 06   Paxil outf    10 mg  #10 - NS K-mart -
              20 mg    TGd.
                        JOR Bendinger DO /CY PN

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

OFFICE VISITS

NAME _Thornton Linda_   MARITAL STATUS [S|M|W|D|SEP]  DATE OF BIRTH _5-16-64_   **Formedic**

ADDRESS   PHONE (H)   (O)

DATE / DIAGNOSIS CPT CODE   HT   WT _253.4_   BP _110/80_   P ___   T _94.9_

5/29/06

C/O RF on Lortab 10/650

① foot Tendonitis / Plantar fascitis
② HPN -
   Chronic Pain
   Anxiety
            ① Chronic Pain
   (Dam)  ② HPN
            ③ Tendonitis
   (PU)  ① Lortab 10/650 #60
         ② Paxil 40 - #30
            one denied
         ③ unable to take NSAIDs (Aleve / all
                                   Feldene / GI
                                   Motrin / Irritation)
         ④ RFC / anemia

Pt having problems c stress at work - Being harassed - nothing is being done - She is thinking about 2nd job. Told to continue Paxil.

ALL: NKDA

Meds:
Benicar 20/5 QHS
HCTZ 25/2 Am
Lortab 10/650
Protonix T.OD
Paxil 10mg T.OD

CENTER OF ABBEVILLE

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | | | Formed |
|---|---|---|---|---|---|---|---|

NAME _Linda Thornton_    MARITAL STATUS [S][M][W][D][SEP]    DATE OF BIRTH _5-16-64_

ADDRESS                                          PHONE (H)                    (O)

| DATE DIAGNOSIS CPT CODE | HT | WT 280.4 | BP 110/74 | P 72 | T |
|---|---|---|---|---|---|

6-20-06
11:00 a.m

— RF on meds,

BP med refill
Chronic back pn
Chronic lumbar pn

Ext —
Cand r
lungs ☐
Cor ☐
Abd ☐
Chronic lumbar pn
CS Tenderness

NEA

R5
Benicar 20 1/2 tab
HCTZ 25 1/2 pm
Lortab 10/650
Protonix 40 ☐ 8am
parafon
☐ 48t

① lumbar pain →
② HTN
③ GERD

① No work this week        refill HCTZ Benicar
② lumbar MRI (SMAC)         ↓
③ Lortab 10/650             6/26/06  9:30
   ☐ 60                    Out Patient
   1.3/0 for pn

FAMILY PRACTICE CENTER OF ABBEVILLE, PA
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

OFFICE VISITS

Formedic

NAME Thornton Linda

MARITAL STATUS S M W D SEP DATE OF BIRTH 5-16-64

ADDRESS

PHONE (H) (D)

DATE / DIAGNOSIS / CPT CODE | HT | WT 253.3 | BP 130/78 | P | T

7-18-06 CC Rf on meds Lortab, protonix - All NKDA

[illegible]

Meds.

Benicar 20 ½ qhs
HCTZ 25 ½ q am
Lortab 10/650
Protonix QD
Paxil 10mg QD

FAMILY PRACTICE CENTER OF ABBEVILLE

Unable to get MRI due to [illegible]

[illegible]

Paxil 30

Protonix 40

[signature]

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

**Formedic**

| OFFICE VISITS | | | | | | |
|---|---|---|---|---|---|---|
| NAME Linda Thornton | | | | MARITAL STATUS [S][M][W][D][SEP] | DATE OF BIRTH 5-16-64 | |
| ADDRESS | | | | | PHONE (H) | (O) |

| DATE / DIAGNOSIS CPT CODE | | HT | WT 259 | BP 130/90 | P | T |
|---|---|---|---|---|---|---|
| 9/12/06 | C/ Hives | | | | | 150/100 |
| | /c | | | | | |

= Woke up this AM, Urticaria, Hives

Generalized allergic Rxn.

ENT - Sinus
Card RSR.
Lungs COARSE BS -
Ext Ø
Neuro Ø

(R) Urticaria   (R) Allgr Rxn
(1) Sinus        (R) Unresponsive Lower airway dis
Decadron       Epinephrine 1:10,000
Benadryl 50mg      0.4 —
- Epi Pen
- Claritin 10 # 30
1 cc
- Prednisone 20 g
3d×5d
- Lortab 10/650
# 60
1 Rxn –
(NKA)

9.18.06  Pt. Called request med. for cough
K-mart - 794-0623              Called to K-Mart
SPD                           10:44 am   830
contact #850-774-1204         v/o Dr. Bendigo

Zithromax MS
120 a sup

FAMILY PRACTICE CENTER OF ABBEVILLE, PA
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

## OFFICE VISITS

NAME Thornton Linda MARITAL STATUS S M W D SEP DATE OF BIRTH 5-16-64

ADDRESS PHONE (H) (O)

| DATE / DIAGNOSIS / CPT CODE | HT. WT 254 BP 130/80 P T |
|---|---|
| 1.8.07 | Meds |
| | Hyperlipidemia [illegible] Off Paxil, Bextra |
| | Back pain ↑ lately Goody Powder |
| | Ext |
| | Chest |
| | Lungs |
| | Card |
| | Ext |
| | Lumbar LS pain |
| | ↓ ROM 20 to [illegible] |
| | Pain w/ ↓ extension SLR |
| | A: (1) Gerd |
| | (2) Hyperlipidemia |
| | (3) Back pain |
| | (4) Migraine |
| | Plan (1) [illegible] 1 qd Omeprazole 20 #30 |
| | (2) Robaxin 750 [illegible] 1 qd 5 [illegible] |
| | (3) ~~Lortab 10/650~~ Lortab 10/650 |
| | #60 - [illegible] D/C Goody Powder |
| | [illegible] |
| | [signature] |

Formedic

FAMILY PRACTICE CENTER OF ABBEVILLE, PA
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

OFFICE VISITS

Formedic

NAME Thornton, Linda
MARITAL STATUS S M W D SEP
DATE OF BIRTH 5/6/64
ADDRESS
PHONE (H) (O)

DATE / DIAGNOSIS / CPT CODE — HT — WT 252 — BP — P — T

2.5.07. Back pain – since Thurs 2-1-07. NKDA.

BC/BS Ins.

U/A. Rx – Feldene, Robaxin, Lorcet 10.

Hx lumbar disc disease

[illegible]

No work this week...

Pt has been diagnosed by Dr Barnard c̄ Disc disease. He did X-Rays & made Dx – no MRI was done (15 yrs ago).

UA – OK

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | | | Formedic |

| NAME | Thornton, Linda | | | MARITAL STATUS S M W D SEP | DATE OF BIRTH | 5-16-64 | |

| ADDRESS | | | | PHONE (H) | | (O) |

| DATE DIAGNOSIS CPT CODE | | HT | WT | | BP | P | T |
|---|---|---|---|---|---|---|---|
| 3-9-07 | Pt phone Request refill - Had DC'd - Wants to start back | | | | | | |
| | SCB | | | | | | |
| | K-Mart | | Paxil 20 mg (QD) # 30 | | | | |
| | North Side | | | | | | |
| | Phone in | | | (SW) | | | |
| | SCO | | | | | | |
| | V/o Dr Bowden | | | | | | |

FAMILY PRACTICE CENTER
217

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | | | | **Formedic** |
|---|---|---|---|---|---|---|---|---|

NAME *Thornton Linda*     MARITAL STATUS [S][M][W][D][SEP]  DATE OF BIRTH *5-16-64*

ADDRESS _____     PHONE (H) _____  (O) _____

| DATE DIAGNOSIS CPT CODE | | HT | WT *249* | BP *124/80* P | T |
|---|---|---|---|---|---|

*NKDA*

*3-23-07*  C/

back pain
c/ med refills                                          Rx

                                                        Lorcet 10/650
        95                                              ~~Robax~~
        Cmp                                             Zanaflex
        Cm                                              fa Nexium
        Cnf
        fen
        Back tenderness                      FAMILY PRACTICE CENTER
                                             217 DOTHAN ROAD
        Pain ⊕ better                        ABBEVILLE, AL 36310
        Pain vs cancer profil

        ⊕ flyte pain - parasthesia
    ⓐ   ① Lumbar disc dise - (probable)
        ② Back pain      ④ fatigue
        ③ OBesity
  ⓟ     ① Demerol 50
        ② Lorcet 10/650 &leo  myequebranm
        ③ Zanaflex 4 of Brn
                                            T4 TSH

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | | — | | |

NAME *Thornton    Linda*    MARITAL STATUS [S][M][W][L][SEP]    DATE OF BIRTH *5-16-64*    **Formedic**

ADDRESS                          PHONE (H)              (O)

| DATE | DIAGNOSIS CPT CODE | | HT | WT *246* | BP *120/80* | P | T |
|------|------|------|------|------|------|------|------|

| .30.07 | C/ | Chest Cold *Bush Mr* | | | | NKDA | |

Rx
Lorcet 10/600
nexium 40mg
Zanaflex 4mg

# FAMILY PRACTICE CENTER OF ABBEVILLE, PA
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

**OFFICE VISITS**

**Formedic**

| NAME | Thornton Linda | MARITAL STATUS [S]M]W]D] SEP] | DATE OF BIRTH 5-16-64 |
|---|---|---|---|
| ADDRESS | | PHONE (H) | (O) |

| DATE DIAGNOSIS CPT CODE | | HT | WT 250 | BP 130/80 | F | T |
|---|---|---|---|---|---|---|

6-4-07    c/    no v up                                    NKDA

c:

Chronic back pain
GERD                                                        Rx
                                                    Lorcet 1-10/650
Ext ō                                               nexium 40mg
Cardio                                              zanaflex 4mg
us ō
Onl ō
Ext ō
Lumbar - LS Tenderness

FAMILY PRACTICE CENTER OF ABBEVILLE
217 DOTHAN ROAD
ABBEVILLE, AL 36310

        Dx)  ① Lumbago
             ② GERD

        ① Lortab/Neo        Decadron 4 im ____ MD
             Neo
             ½ 2 qoterlab prn

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

OFFICE VISITS

**Formedic**

NAME Linda Thornton

MARITAL STATUS [S][M][W][D][SEP]  DATE OF BIRTH 5-16-67

ADDRESS                                                  PHONE (H)                (O)

| DATE DIAGNOSIS CPT CODE | HT | WT 238.1 | BP 120/80 | P | T |
|---|---|---|---|---|---|

3/10/07  C/O   no V up                              ALL ∅
              C+C

Bump on Rt wrist I want removed

Ear  Swn / um              MEDS:
Card  —                    Lorcet  10/650
Lus ∅                      Nexium  40 mg
Cv ∅                       Zanaflex  4 mg
Skin  Cyst Ⓡ wrist

UA / Sugar
Lumbar Pain           Quit retirt excute
GERD                  Lesion Ⓡ wrist
Cyst                  Lortab/650  #60
                      Lyrica 500 #25
                      Atarax 15 ea
                      Tramadol 50 YPR
                      December.
                      Dur + Pro
                      Elavil  50 T
                      $30
                      Dr Tyler

FAMILY PRACTICE CENTER OF ABBEVILLE
217 DOTHAN ROAD

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | Formedic |
|---|---|---|---|---|---|
| NAME _Thornton Linda_ | | MARITAL STATUS [S]M]W]D] SEP] | DATE OF BIRTH _5-16-67_ | | |
| ADDRESS | | | PHONE (H) | (O) | |

| DATE | DIAGNOSIS CPT CODE | | HT | WT _231_ | BP _128/76_ | P | T |
|---|---|---|---|---|---|---|---|

NKDA

Rx

9-17-07  c/   mo. ✓ up  c̄ R/P
         c̄ Cough

Discussed prev. Job c̄ pharmakoone, pt afraid of old boss.

ENT _____
Car/RSR
Lung CTA
Cor ∅
Ext'c ∅

(Imp)  ① Sinus  ③ Chronic Pain
       ② URI
       ③ Anxiety

(Plan) ① Lorcet 10/650 #60 · 160 · 1Pro .
       ② Nexium ½ ↑ . ½-1 as needed #30
       ③ Agruning 180cc sugared pm cm
       ④ Durahist PO  ½ · 1 Bid

Lorcet 10/650
nexium 40mg
  T qd
Zanaflex 4mg
  T Bid
Durahist
Klonopin 0.5mg

Long discussion about Anxiety re: prev. job
Situation — Pt very anxious about
Law Suit c̄ prev. employer for
Sexual harassment. Will continue Klonopin. — Pt to see Headley
                                                          P.D.
Discussed w/ ____        December
                        Recheck 200        for continuing
                                           sched. 2

Forteo #30 —
1day .

FAMILY PRACTICE CENTER OF ABBEVILLE
217 DOTHAN ROAD
ABBEVILLE, AL 36310

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

OFFICE VISITS

NAME _Thornton Lenda_  MARITAL STATUS S[TM]W[D] SEP.  DATE OF BIRTH 5-16-64   **Formedic**

ADDRESS _____  PHONE (H) _____  (O) _____

| DATE DIAGNOSIS DPT CODE | HT | WT 241 | BP | P | T |
|---|---|---|---|---|---|

10-16-07                                                    NKDA

ER - SEAMC - 101307 -
"Chest pain —
DX Anxiety - severe        R/ Lorcet 10/650
Her depression past mo          Nexium 40mg
made head spin              Zanaflex 4mg
                            Blood pin.
Ext ☒
CUns Non      FAMILY PRACTICE CENTER OF ABBEVILLE
CNs CTA       217 DOTHAN ...
Ext ☒          ABB...
GEu ☒

                    Celexa 20
① Anxiety    Trazodon Wellbutrin    Nexium 40
             Zoloft 100mg  #30       #30
             4 - 1gtt                1 gtts.
                    GUD               Controlled 50
                                      #60
        Suggest Appt Dr Koelschutz    1 gm

Family Practice Center of Abbeville, PA - Richard L. Bendinger, D.O.

Le 93.0574

Date: 11.30.02   Name: Thornton Lynda   Date of Birth 5.16.64

CC:

Refill Rx   Zoloft Causes Dizzini

Appt Mammo - SAME -

| Vitals: | Wgt 242 | Hgt: | Temp: | BP 136/100 | RR: | HR 82 | Pain: Sharp Dull Pressure Burning Crampy |
|---|---|---|---|---|---|---|---|

FHx: N/A   MI   CA   PMHx: Back pain   PSHx _____   Allergies NKDA   Medications Reviewed See Drug List

Mom Breast Cancer   HTN   DM   COPD   Depression

Asthma   CVA   CHF   Anxiety

| Social HX | Tobacco | ETOH | Drugs | O2 Sat ___% | Aerosol TX ___ | FSBS ___ mg/dL | Duration: | Day | Week | Month |
|---|---|---|---|---|---|---|---|---|---|---|

| ROS: General: | Fever ⌣ | Chills ⌣ | Myalgia |  |  |  |
|---|---|---|---|---|---|---|
| ENT: | Mouth ⌣ | Throat | Drainage | Congestion | Eyes | Ears |
| Resp: | Cough ⌣ | Congestion | Short of Breath | Wheezing L R | Asthma COPD |  |
| CV: | MI | Chest Pain | Arrhythmia |  |  |  |
| GI: | Pain ⌣ | Indigestion | Nausea/Vomiting | PUD | IBS | Colitis |
|  | Diarrhea ⌣ | Constipation |  |  |  |  |
| GU: | Dysuria ⌣ | Frequency | Abdominal Pain | Urgency | Nocturia |  |
| Neuro: | Headache ⌣ | Pain (+) | Numbness/Loss of Power | Neuropathy | Confusion |  |
| Ortho: | Pain U/L Extremity ⌣ | Joint Pain | Abnormal ROM | Back Pain - chronic |  |  |

↑ BP - ↑ Stress - due to Lawsuit & ins company

Anxiety - Depression - due to Harrassment. Have Bad dreams of person that Harassed her

Has tried Wellbutrin before · Mammo at SAME   Dec 10. 9⁰⁰ LBS 125001hr  110.16hr

Mother dx c Breast Cancer & more older mammograms

| General: | Pleasant | Ill | Painful | Anxious |  |  | Neuro |
|---|---|---|---|---|---|---|---|
| HEENT: | PERRLA | EOMI | Conjunctivitis | Icterus | Drainage |  | Anxious |
|  | Sinus Congestion | Rhinitis/Sinusitis | Oral | Pharyngitis | TM's L R | Tonsillar Hypertrophy |  |
| Neck: | Lymphadenopathy | VA 20/   L 20/  R | Abnormal ROM | Fundi L R |  |  |  |
| Resp: | CTA | Cough | Congestion | Wheezes L R | Crackles L R | Respiratory Distress |  |
| CV: | RRR | Irregular | Murmur |  |  |  |  |
| GI: | BS x4 | Soft/Firm | Guarding | Pain |  |  |  |
|  | Rebound | CVA  L  R | Mass |  |  |  |  |
| GU: | Lesions | Discharge | Prostate Firm/Soft | Nodules | Scrotal Abnormality |  |  |
| Breast: | Symmetrical | Nipple Discharge | Erythema | Masses |  |  |  |
| GYN: | Vaginal Ext | Vaginal D/C | Cervix | Adnexa |  |  |  |
| Ext: | Hand L R   Wrist L R   Elbow L R   Shoulder L R | Hip L R   Knee L R   Ankle L R   Foot L R | Swelling | Edema | Erythema | Abnormal ROM |  |
| Skin: | Rash | Turgor | Keratosis | ↓ Rom + Painful Rom   Lumbar Spine |  |  |
| Back: | Cervical ROM | Thoracic Rom | Lumbar ROM | SLR | Paresthesias | DTR |  |

| Imp: | Plan: |
|---|---|
| (1) Anxiety | (1) Appt Dr. Kugelsheet   (4) Atenolol 25 mg # |
| (3) HBP | flu counseling   (5) Mammo - (same) |
| (4) Depression | (2) D/C Zoloft   (6) Zanaflex Rx bm # |
| (2) Lumbar pain - | (3) Celexa 20 mg # #   (7) Lortab # 60 |
|  |  |  #cont |
| Signature: |  |

**Family Practice Center of Abbeville, PA - Richard L. Bendinger, D.O.**

Date: 12-19-07    Name: Linda Thornton    Date of Birth: 5-16-6[?]

CC: chest congestion in chest, ears hurt, fever
Hurt bath exam - pulling on mother

| Vitals: | Wgt: 242 | Hgt: | Temp: 98.2 | BP: 116/95 | RR: | HR: 73 | Pain: | Sharp | Dull | Pressure | Burning | Crampy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| FHx: | N/A | MI | CA | PMHx: | PSHx: | Allergies NKDA | Medications Reviewed See Drug List |
|---|---|---|---|---|---|---|---|
| | HTN | DM | COPD | | | | |
| | Asthma | CVA | CHF | | | | |

| Social HX | Tobacco | ETOH | Drugs | O2 Sat ____% | Aerosol TX ____ | FSBS ____ mg/dL | Duration: | Day | Week | Month |
|---|---|---|---|---|---|---|---|---|---|---|

| ROS: General: | Fever | | Chills | | Myalgia | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ENT: | Mouth | | Throat | | Drainage | | Congestion | | Eyes | Ears |
| Resp: | Cough | | Congestion | | Short of Breath | | Wheezing L R | | Asthma COPD | |
| CV: | MI | | Chest Pain | | Arrhythmia | | | | | |
| GI: | Pain | | Indigestion | | Nausea/Vomiting | | PUD | | IBS | Colitis |
| | Diarrhea | | Constipation | | | | | | | |
| GU: | Dysuria | | Frequency | | Abdominal Pain | | Urgency | | Nocturia | |
| Neuro: | Headache | | Pain | | Numbness/Loss of Power | | Neuropathy | | Confusion | |
| Ortho: | Pain U/L Extremity | | Joint Pain | | Abnormal ROM | | | | | |

| General: | Pleasant | | Ill | | Painful | | Anxious | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HEENT: | PERLA | | EOMI | | Conjunctivitis | | Icterus | | Drainage | |
| | Sinus Congestion | | Rhinitis/Sinusitis | | Oral | | Pharyngitis | | TM's L R | Tonsillar Hypertrophy |
| Neck: | Lymphadenopathy | | VA 20/— L 20/— R | | Abnormal ROM | | Fundi L R | | | |
| Resp: | CTA | | Cough | | Congestion | | Wheeze L R | | Crackles L R | Respiratory Distress |
| CV: | RSR | | Irregular | | Murmur | | | | | |
| GI: | | | Soft/Firm | | Guarding | | Pain | | | |
| | Rebound | | CVA — L — R | | Mass | | | | | |
| GU: | Lesions | | Discharge | | Prostate Firm/Soft | | Nodules | | Scrotal Abnormality | |
| Breast: | Symmetrical | | Nipple Discharge | | Erythema | | Masses | | | |
| GYN: | Vaginal Ext | | Vaginal D/C | | Cervix | | Adenxa | | | |
| Ext: | Hand L R  Wrist L R  Elbow L R  Shoulder L R | | Hip L R  Knee L R  Ankle L R  Foot L R | | Swelling | | Edema | | Erythema | Abnormal ROM |
| Skin: | Rash | | Turgor | | Keteric | | | | | |
| Back: | Cervical ROM | | Thoracic Rom | | Lumbar ROM | | SLR | | Paresthesias | DTR |

Imp:

Plan:

Signature:

**Family Practice Center of Abbeville, PA - Richard L. Bendinger, D.O.**

Date: 1-25-07  Name: Thornton Linda  Date of Birth: 5-16-64

RI ear pain
① OM
Sinus
Anxiety

| FMHx: | Vitals: | Wgt: 239 | Hgt: | Temp: 118/90 | BP: | | RR: | HR: 76 | Pain: | Sharp | Dull | Pressure | Burning | Crampy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PMHx | | PSHx | | Allergies NKDA | | | Medications Reviewed See Drug List | | | | | | |

O2 Sat ___% | Aerosol TX ___ | FSBS ___ mg/dL | Duration: Day | Week | Month

| ROS: General: | Fever | Chills | Myalgia | | | |
|---|---|---|---|---|---|---|
| ENT: | Mouth | Throat | Drainage | Congestion | Eyes | Ears ) Pain ① R ear |
| Resp: | Cough | Congestion | Short of Breath | Wheezing L R | Asthma COPD | |
| CV: | MI | Chest Pain | Arrhythmia | | | |
| GI: | Pain | Indigestion | Nausea/Vomiting | PUD | IBS | Colitis |
| | Diarrhea | Constipation | Abdominal Exam | | | |
| GU: | Dysuria | Frequency | Abdominal Pain | Urgency | Nocturia | Abdominal exam |
| Neuro: | Headache | Pain | Numbness/Loss of Power | Neuropathy | Confusion | |
| Ortho: | Pain U/L Extremity | Joint Pain | Abnormal ROM | | | |

| General: | Pleasant | Ill | Painful | Anxious | | |
|---|---|---|---|---|---|---|
| HEENT: | PERLA | EOMI | Conjunctivits | Icterus | Drainage | |
| | Sinus Congestion | Rhinitis/Sinusitis | Oral | Pharyngitis | TM's L R | Tonsillar Hypertrophy |
| Neck: | Lymphadenopathy | VA 20/ L 20/ R | Abnormal ROM | Fundi L R | | |
| Resp: | CTA | Cough | Congestion | Wheeze L R | Crackles L R | Respiratory Distress |
| CV: | RSR | Irregular | Murmur | | | |
| Abdomen: | BS | Soft/Firm | Guarding | Pain | Rebound | CVA L R |
| | Lesions | Discharge | Prostate Firm/Soft | Nodules | Scrotal Abnormality | Mass |
| Breast: | Symmetrical | Nipple Discharge | Erythema | Masses | | |
| GYN: | Vaginal Ext | Vaginal D/C | Cervix | Adenxa | | |
| Ext: | Hand L R / Wrist L R / Elbow L R / Shoulder L R | Hip L R / Knee L R / Ankle L R / Foot L R | Swelling / Edema / Erythema / Abnormal ROM | coterence | | |
| Skin: | Rash | Turgor | Keteric | | | |
| Back: | Cervical ROM | Thoracic Rom | Lumbar ROM | SLR | Paresthesias | DTR |
| Neuro: | CN 2-12 intact | Focal Deficit | | | | |

**Imp:**
① Sinus
② OM ①R
③ Clpmtor (viral)
④ Anxiety
⑤ Lumbar Pain

**Plan** ① Keflex 500 TID
② Ludrme SR B10
③ ATB85 MS 150 cc
Doxin TID + Claming
Cont 20tqd - Xanax .5 TID as
Pt worried about namesakes
Depressing very anxious -

Signature: ___

Family Practice Center of Abbeville, PA - Richard L. Bendinger, D.O.

2-22-08   Name: Thornton Linda                    Date of Birth 5-16-64

Monthly check, check ears, feels like fluid in ears & makes her dizzy.

| Vitals: | Wgt: 238 | Hgt: | Temp 97.5 | BP: 122/72 | RR: | HR: 83 | Pain: | Sharp | Dull | Pressure | Burning | Crampy |

| FHx: | N/A | MI | CA | PMHx | PSHx | Allergies | Medications Reviewed | 0 No Hurt | 1 Hurts Little Bit | 2 Hurts Little More | 3 Hurts Even More | 4 Hurts Whole Lot | 5 Hurts Worst |
| | HTN | DM | COPD | | | NKDA | See Drug List | | | | | | |
| | Asthma | CVA | CHF | | | | | | | | | | |

| Social HX | Tobacco | ETOH | Drugs | O2 Sat ___% | Aerosol TX ___ | FSBS ___ mg/dL | Duration: | Day | Week | Month |

| ROS: General: | Fever | Chills | Myalgia | | | | |
|---|---|---|---|---|---|---|---|
| ENT: | Mouth | Throat | Drainage | Congestion | Eyes | Ears | → pt worried about |
| Resp: | Cough | Congestion | Short of Breath | Wheezing L R | Asthma COPD | | safety because |
| CV: | MI | Chest Pain | Arrhythmia | | | | of lawsuit |
| GI: | Pain | Indigestion | Nausea/Vomiting | PUD | IBS | Colitis | She won't go |
| | Diarrhea | Constipation | | | | | out to eat |
| GU: | Dysuria | Frequency | Abdominal Pain | Urgency | Nocturia | | in public places |
| Neuro: | Headache | Pain | Numbness/Loss of Power | Neuropathy | Confusion | | |
| : | Pain U/L Extremity | Joint Pain | Abnormal ROM | | | | |

Anxiety — depression — long discussion about her lawsuit in harassment suit - She has had a lot of anxiety since incoming. She is re-living some of the harassment causing her to feel worse. Pt wants it to be over to get life back →

| General: | Pleasant | Ill | Painful | Anxious | | | |
|---|---|---|---|---|---|---|---|
| HEENT: | PERLA | EOMI | Conjunctivitis | Icterus | Drainage | | Lumbar |
| | Sinus Congestion | Rhinitis/Sinusitis | Oral | Pharyngitis | TM L R | Tonsillar Hypertrophy | Chronic lumbar |
| Neck: | Lymphadenopathy | VA 20/ L 20/ R | Abnormal ROM | Fundi | | | pain |
| Resp: | CTA | Cough | Congestion | Wheeze L R | Crackles L R | Respiratory Distress | |
| CV: | RSR | Irregular | Murmur | | | | |
| GI: | BS x 4 | Soft/Firm | Guarding | Pain | | | |
| | Rebound | CVA L R | Mass | | | | |
| GU: | Lesions | Discharge | Prostate Firm/Soft | Nodules | Scrotal Abnormality | | |
| Breast: | Symmetrical | Nipple Discharge | Erythema | Masses | | | |
| GYN: | Vaginal Ext | Vaginal D/C | Cervix | Adnexa | | | |
| Ext: | Hand L R Wrist L R Elbow L R Shoulder L R | Hip L R Knee L R Ankle L R Foot L R | Swelling | Edema | Erythema | Abnormal ROM | |
| Skin: | Rash | Turgor | Keteric | Lumbar Pain | tenderness, SLR | bilateral | |
| Back: | Cervical ROM | Thoracic Rom | Lumbar ROM | SLR | Paresthesias | DTR | cont 2 days |

| Imp: | Plan: |
|---|---|
| 1. Anxiety | 1. Volume 120 #60 |
| 2. URI | 2. Atummes 1 bid |
| 3. Lumbar Pain | 3. Buspar 10 mg BID |
| 4. Anxiety - depression | 4. Prozac ___ |
| | 5. Recheck 6 mo |

FAMILY PRACTICE CENTER OF ABBEVILLE, PA
207 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6401

OFFICE VISITS

**Formedic**

NAME: Linda Thorton

MARITAL STATUS: SINGLE/WID/SEP
DATE OF BIRTH: 5-16-64

ADDRESS:

PHONE (H):

(O):

DATE: 3/17/08
DIAGNOSIS
CPT CODE

WT: 233  BP: 147/101 P 80 T 98.6

BP elevated, patient under immense stress lately. Gave depositions in sexual harassment case over the weekend. Very anxious — c/o ↑ pain than usual. Pt didn't get mammogram done as she is reluctant to go out by herself due to fear of confrontation by Frank Williams. She would like to get one more as well but she is afraid to go out in public places. Her anxiety & depression continues. She was unable to see female counselor due to insurance non-coverage.

She is taking Buspar 3X daily along with Zoloft for her depression. Her BP has been very high as well due to ↑ anxiety.

ENT — no acute changes
Chest RRR S₁
Lungs CTA
Abdomen ⊕ BS
Ext OK
Lumbar — Lumbar pain, SLR⊕ about R leg to 20-10 pain; DTR 2/4+

(1) Poorly controlled HBN
       Exacerbated by situational anxiety
(2) Lumbago — chronic back pain
(3) Anxiety — Depression

Plan
(1) Add Benicar 20/12.5 to Teveten for BP (samples provided)
(2) Lortab 10/650 #90 1x4 tab/prn pain
(3) Continue Zoloft, Buspar — add Klonopin 0.5 ☆ prn anxiety
(4) RTC for F/U BP & discussed anxiety-depression & deposition ☆ patient to try + arrange to see counselor-extent

Family Practice Center of Abbeville, PA – Richard L. Bendinger, D.O.

Date: 4-14-08  Name: Thornton, Linda  Date of Birth 5-16-6(?)

back pain & (R) leg pain ; anxiety-Depression

| Vitals: | Wgt 242 | Hgt: | Temp: | BP 123/84 | RR: | HR: 83 | Pain: | Sharp | Dull | Pressure | Burning | Crampy |

| FHx: | N/A | MI | CA | PMHx _____ | PSHx _____ | Allergies: NKDA | Medications Reviewed See Drug List |
| | HTN | DM | COPD | | | | |
| | Asthma | CVA | CHF | | | | |

Pain scale: 0 No Hurt / 1 Hurts Little Bit / 2 Hurts Little More / 3 Hurts Even More / 4 Hurts Whole Lot / 5 Hurts Worst

| Social HX | Tobacco | ETOH | Drugs | O2 Sat ___ % | Aerosol TX ___ | FSBS ___ mg/dL | Duration: | Day | Week | Month |

| ROS: General: | Fever | Chills | Myalgia | | | |
| ENT: | Mouth | Throat | Drainage | Congestion | Eyes | Ears |
| Resp: | Cough | Congestion | Short of Breath | Wheezing L R | Asthma COPD | |
| CV: | MI | Chest Pain | Arrhythmia | | | |
| GI: | Pain | Indigestion | Nausea/Vomiting | PUD | IBS | Colitis |
| | Diarrhea | Constipation | | | | |
| GU: | Dysuria | Frequency | Abdominal Pain | Urgency | Nocturia | |
| Neuro: | Headache | Pain | Numbness/Loss of Power | Neuropathy | Confusion | |
| Ortho: | Pain U/L Extremity | Joint Pain | Abnormal ROM | LS pain chronic | | |

Here for F/U continual back pain – pain into (R) leg
Pt still very anxious about court case which is ongoing.
Pt worried about harassment by previous coworker she
is reluctant to go anywhere in public / not sleeping

| General: | Pleasant | Ill | Painful | Anxious | | |
| HEENT: | PERLA | EOMI | Conjunctivitis | Icterus | Drainage | |
| | Sinus Congestion | Rhinitis/Sinusitis | Oral | Pharyngitis | TM's L R | Tonsillar Hypertrophy |
| Neck: | Lymphadenopathy | VA 20/ L 20/ R | Abnormal ROM | Fundi L R | | (2) Donut 10/100 $20 |
| Resp: | CTA | Cough | Congestion | Wheeze L R | Crackles L R | Respiratory Distress / CPM |
| CV: | RSR | Irregular | Murmur | | | (3) Klonopin 0.5 $50 fills |
| GI: | BS X4 | Soft/Firm | Guarding | Pain | | |
| | Rebound | CVA L R | Mass | | | |
| GU: | Lesions | Discharge | Prostate Firm/Soft | Nodules | Scrotal Abnormality | |
| Breast: | Symmetrical | Nipple Discharge | Erythema | Masses | | |
| GYN: | Vaginal Ext | Vaginal D/C | Cervix | Adnexa | | |
| Ext: | Hand L R / Wrist L R / Elbow L R / Shoulder L R | Hip L R / Knee L R / Ankle L R / Foot L R | Swelling | Edema | Erythema | Abnormal ROM |
| | | | lumbar pain -LS tenderness | ↓ Rom | | |
| Skin: | Rash | Turgor | Keratit | SLR(+) ; DTR 2/4 ↑/0 ++ ; | | |
| Back: | Cervical ROM | Thoracic Rom | Lumbar ROM | SLR | Paresthesias | DTR |

| Imp: | Plan: |
| (1) Anxiety-Depression | (1) Pt was unable to go to |
| (2) lumbar pain | previous counselor due to |
| (3) Insomnia | insurance will refer to |
| (4) HTN | Catholic Services female counselor |

Signature:

**FAMILY PRACTICE CENTER OF ABBEVILLE, PA**
217 DOTHAN RD
ABBEVILLE, AL 36310
334-585-6421

| OFFICE VISITS | | | | | |
|---|---|---|---|---|---|

NAME _Thornton Lynda_

MARITAL STATUS (S)(M)(W)(D) SEP   DATE OF BIRTH _–_

ADDRESS                                    PHONE (H) _693-0574_ (O)

| DATE DIAGNOSIS CPT CODE | HT | WT | BF | P | T |
|---|---|---|---|---|---|

5.16.08 · Pt States Catholic Services (counseling).

Counslr is out of work now.

Request female counselor –

Husband @ Ft Rucker has card for

Bradford Health Services. dependants can

go (Drug, Alcohol + counseling Mental Health)

Pt to contact Bradford for counseling.

will let Dr. Dendinger know if needing

referral. ——— CK ↑

Family Practice Center of Abbeville, PA – Richard L. Bendinger, D.O.

5-12-08    Name: _Thornton Linda_    Date of Birth 5-16-64

Anxiety, back pain pain down to leg

Very anxious - has dispute today + are meds.

c/o _lumbar pain_

| Vitals: | Wgt: 243 | Hgt: | Temp: | BP: 130/80 | RR: | HR: | Pain: | Sharp | Dull | Pressure | Burning | Crampy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| FHx: | N/A | MI | CA | PMHx_____ | | PSHx_____ | | Allergies | | Medications Reviewed See Drug List |
|---|---|---|---|---|---|---|---|---|---|---|
| | HTN | DM | COPD | | | | | NKDA | | |
| | Asthma | CVA | CHF | | | | | | | |

Pain scale faces: 0 No Hurt | 1 Hurts Little Bit | 2 Hurts Little More | 3 Hurts Even More | 4 Hurts Whole Lot | 5 Hurts Worst

| Social HX | Tobacco | ETOH | Drugs | O2 Sat____% | Aerosol TX____ | FSBS____mg/dL | Duration: | Day | Week | Month |
|---|---|---|---|---|---|---|---|---|---|---|

| ROS: General: | Fever | Chills | Myalgia | | | |
|---|---|---|---|---|---|---|
| ENT: | Mouth | Throat | Drainage | Congestion | Eyes | Ears |
| Resp: | Cough | Congestion | Short of Breath | Wheezing L R | Asthma COPD | |
| CV: | MI | Chest Pain | Arrhythmia | | | |
| GI: | Pain | Indigestion | Nausea/Vomiting | PUD | IBS | Colitis |
| | Diarrhea | Constipation | | | | |
| GU: | Dysuria | Frequency | Abdominal Pain | Urgency | Nocturia | |
| Neuro: | Headache | Pain | Numbness/Loss of Power | Neuropathy | Confusion | |
| | Pain U/L Extremity | Joint Pain | Abnormal ROM | | | |

— lumbar pain radiating → R leg

↓ ROM

— Anxiety - pt has been seen by Catholic Services

will cont Klonopin

| General: | Pleasant | Ill | Painful | Anxious | | |
|---|---|---|---|---|---|---|
| HEENT: | PERLA | EOMI | Conjunctivitis | Icterus | Drainage | |
| | Sinus Congestion | Rhinitis/Sinusitis | Oral | Pharyngitis | TM's L R | Tonsillar Hypertrophy |
| Neck: | Lymphadenopathy | VA 20/  L 20/ R | Abnormal ROM | Fundi L R | | |
| Resp: | CTA | Cough | Congestion | Wheeze L R | Crackles L R | Respiratory Distress |
| CV: | RSR | Irregular | Murmur | | | |
| GI: | BS  X4 | Soft/Firm | Guarding | Pain | | |
| | Rebound | CVA L R | Mass | | | |
| GU: | Lesions | Discharge | Prostate Firm/Soft | Nodules | Scrotal Abnormality | |
| Breast: | Symmetrical | Nipple Discharge | Erythema | Masses | | |
| GYN: | Vaginal Ext | Vaginal D/C | Cervix | Adnexa | | |
| EXT: | Hand L R Wrist L R Elbow L R Shoulder L R | Hip L R Knee L R Ankle L R Foot L R | Swelling | Edema | Erythema | Abnormal ROM |
| Skin: | Rash | Turgor | Keratic | | | |
| Neck: | Cervical ROM | Thoracic Rom | Lumbar ROM | SLR | Paresthesias | DTR |

(right side handwritten notes): Back Klonopin tender pa... SLR  Pain into R leg

R to L leg

Imp: _lumbar Pain_    Plan: Klonopin # ___ # 50  1 q4 tid ...

① Anxiety    Flexeril 10/650 # 90  tid

② Insomnia    will dev cont care c patient

She is very anxious

/s/

Family Practice Center of Abbeville, PA — Richard L. Kennigar, D.O.

| | | | |
|---|---|---|---|
| Name: _Thornton  Linda_ | Date of Birth: 5-16-64 | Contact #: _693-0574_ | |

| Request made by: | ☑ Patient | ☐ Family | ☐ Home Health | ☐ Pharmacy |
|---|---|---|---|---|

| | |
|---|---|
| Date: 12/17 | CC: Cough - HAS due a hist request NKDA cough meds |
| Contact #: | Action: |
| | Date Atrim MS 50cc suggested prn |
| Pharmacy: N Mart | Refills: Called - 12-18-07 Ptn |

| Request made by: | ☐ Patient | ☐ Family | ☐ Home Health | ☐ Pharmacy |
|---|---|---|---|---|

| | |
|---|---|
| Date: 2/25/08 | CC: Advised Buspar Bid instead of PRN |
| Contact #: | Action: Take as directed Pend Pending |
| Pharmacy: | Refills: |

| Request made by: | ☒ Patient | ☐ Family | ☐ Home Health | ☐ Pharmacy |
|---|---|---|---|---|

| | |
|---|---|
| Date: 4-16-08 | CC: Catholic Social Service - 793-3601 |
| Contact #: 693-0574 | Action: wnt ferrell counselor - pane attack anxy - ASAP |
| Pharmacy: 8CD | Refills: Social Service - will contact H RT |

| Request made by: | ☒ Patient | ☐ Family | ☐ Home Health | ☐ Pharmacy |
|---|---|---|---|---|

| | |
|---|---|
| Date: 5/1/08 | CC: Lodine 120 ½ Bid # 40 RLK |
| Contact #: | Action: Zanflex 4 mg 1 Bid # 60 5RT prn/sn 17/48 |
| Pharmacy: NS Kmart 8CD | Refills: |

| Request made by: | ☐ Patient | ☐ Family | ☐ Home Health | ☐ Pharmacy |
|---|---|---|---|---|

| | |
|---|---|
| Date: | CC: |
| Contact #: | Action: |
| Pharmacy: | Refills: |

**Family Practice Center of Abbeville, PA - Richard L. Bendinger, D.O.**

Date: 10.5.08    Name: Thornton Linda    Date of Birth: 5.16.64

C: *stay back pain*

*Currently about Lawsuit - grey skin dermatitis, not sleeping*
*got went to a counselor. Saw Carol Dean. C/o Back Pain*
*Lg Tendency*

| Vitals: | Wgt: 24? | Hgt: | Temp: 98° | BP: 126/90 | RR: | HR: | Pain: | Sharp | Dull | Pressure | Burning | Crampy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| FHx: | N/A | MI | CA | PMHx: | PSHx: | Allergies: NKDA | Medications Reviewed See Drug List |
|---|---|---|---|---|---|---|---|
| | HTN | DM | COPD | | | | |
| | Asthma | CVA | CHF | | | | |

| Social HX | Tobacco | ETOH | Drugs | O2 Sat___% | Aerosol TX___ | FSBS___ mg/dL | Duration: | Day | Week | Month |
|---|---|---|---|---|---|---|---|---|---|---|

| ROS: General: | Fever | Chills | Myalgia | | | |
|---|---|---|---|---|---|---|
| ENT: | Mouth | Throat | Drainage | Congestion | Eyes | Ears |
| Resp: | Cough | Congestion | Short of Breath | Wheezing L R | Asthma COPD | |
| CV: | MI | Chest Pain | Arrhythmia | | | |
| GI: | Pain | Indigestion | Nausea/Vomiting | PUD | IBS | Colitis |
| | Diarrhea | Constipation | | | | |
| GU: | Dysuria | Frequency | Abdominal Pain | Urgency | Nocturia | |
| Neuro: | Headache | Pain | Numbness/Loss of Power | Neuropathy | Confusion | |
| Ortho: | Pain U/L Extremity | Joint Pain | Abnormal ROM | | | |

*Lumbar Pain - LS Tenderness*
*↓ Rom 2° to m*

| General: | Pleasant | Ill | Painful | Anxious | | |
|---|---|---|---|---|---|---|
| HEENT: | PERLA | EOMI | Conjunctivitis | Icterus | Drainage | |
| | Sinus Congestion | Rhinitis/Sinusitis | Oral | Pharyngitis | TM's L R | Tonsillar Hypertrophy |
| Neck: | Lymphadenopathy | VA 20/  L 20/  R | Abnormal ROM | Fundi L R | | |
| Resp: | CTA | Cough | Congestion | Wheeze L R | Crackles L R | Respiratory Distress |
| CV: | RSR | Irregular | Murmur | | | |
| GI: | BS X X | Soft/Firm | Guarding | Pain | | |
| | Rebound | CVA  L R | Mass | | | |
| GU: | Lesions | Discharge | Prostate Firm/Soft | Nodules | Scrotal Abnormality | |
| Breast: | Symmetrical | Nipple Discharge | Erythema | Masses | | |
| GYN: | Vaginal Ext | Vaginal D/C | Cervix | Adnexa | | |
| Ex: | Hand L R Wrist L R Elbow L R Shoulder L R | Hip L R Knee L R Ankle L R Foot L R  O 11 | Swelling | Edema | Erythema | Abnormal ROM |
| | | | | | | *Pain into (L) leg. SLR(L)* |
| Skin: | Rash | Turgor | Keteric | | | |
| Neck: | Cervical ROM | Thoracic Rom | Lumbar ROM | SLR | Paresthesias | DTR |

*Lumbar Pain ↓ Rom -*

| Imp: | ① Lumbar pain | Plan: | ① Count w/o6/06 |
|---|---|---|---|
| | Radicular pain | | TPD #90 |
| | ② Anxiet | | ② Decrease Hz 1mg ↑L |
| | | | ③ Klonopin 1k #30 |
| | | | 1 g h-hu prn anxiety |

| Signature: | |
|---|---|

# EXHIBIT D

## FLAVOR HOUSE PRODUCTS

X Counseling Report _____ Warning Report

| Employee Johnny Millsap | Emp. # | Date Submitted for Approval |
|---|---|---|

| Department Maintenance | Shift 2nd | Date Violation Occurred 6/28/04 |
|---|---|---|

| Shift Supervisor | Department Manager Carol Smith |
|---|---|

**SITUATION IN BRIEF (State violation according to Discipline & Discharge Policy):**

Johnny threw a jar that bounced off a rail and hit Linda

**DETAILS (Be specific)(See checklist on back):** Date Discussed With Employee

Linda got mad over the incident

**ACTION TAKEN (Recommendation)(See checklist on back):**

Never throw anything anywhere inside the plant. Counseling Report

**COMMENTS:** Another incident will result in further disciplinary action up to and including discharge

**EMPLOYEE:** X John W Millsap

| Shift Supervisor | Date | Witness Donald Clowdy | Date 7-1-04 |
|---|---|---|---|

| Department Manager | Date | Human Resources | Date | Plant Manager | Date |
|---|---|---|---|---|---|
| Carol Smith | 6/30/04 | Regd. Allens | 7/2/04 | | |

**NOTICE: MUST BE APPROVED BY HUMAN RESOURCES AND PLANT MANAGER**

Confidential

FH002914

# EXHIBIT E

# IN THE CIRCUIT COURT OF
## DALE COUNTY, ALABAMA
### FAMILY COURT DIVISION: DOMESTIC RELATIONS

In Re: The Marriage of )
RONNIE JEAN WILLIAMS )
    Plaintiff, )
                    )    CASE NO: DR2006-189Q
vs: )
FRANKLIN WILLIAMS, JR. )
    Defendant. )
                    )

## COMPLAINT FOR DIVORCE

COMES NOW, RONNIE JEAN WILLIAMS, hereinafter referred to as the Plaintiff, and would show unto your Honor the following particulars as a basis for the relief hereinafter prayed for, to wit:

1.    Plaintiff is a married female over the age of nineteen years and has been a bona fide resident of the State of Alabama for over six months and currently resides at 5680 Hwy 84 E, Cowarts, AL 36321.

2.    Defendant is a married male over the age of nineteen years and resides at 1408 N. Broad St., Cowarts, AL 36321.

3.    Plaintiff and Defendant were legally married in Barbour County, Eufaula, AL on 07/13/1999.

4.    Plaintiff and Defendant separated on 01/10/2006 and are living in a constant state of separation.

5.    There are 2 minor children that are subject to the above cause of action.

6.    The Plaintiff is entitled to a divorce from Defendant upon the following statutory grounds:

    a.    There exists a complete incompatibility of temperament between the parties such that they can no longer live together as husband and wife.

    b.    There has been an irretrievable breakdown of the marriage to the extent that any further attempts at reconciliation would be futile and not in the best interests of the parties or our minor children.

WHEREFORE, Plaintiff prays for judgment as follows:

    a.    That Plaintiff be awarded a judgment of divorce forever dissolving the bonds of matrimony now existing between the Plaintiff and the Defendant and;

    b.    That all of the marital debts be equitably divided and;

c.    That all of the marital property be equitably divided and;

d.    That the Plaintiff be granted such other future relief as may be deemed proper by this Court and;

e.    That the Plaintiff and Defendant be awarded joint custody of the minor child(ren) subject to this cause of action and that the Plaintiff be awarded physical custody of Zachary          Wililams and the Defendant be awarded physical custody of Christopher Williams.

SIGNED AND SWORN ON THIS THE 31St DAY OF _March_, 2006.

_Ronnie Jean Williams_
RONNIE JEAN WILLIAMS

_M Scott_
Pamela R. Scott SCO020
6501 North US 431
Headland, AL 36345
(334) 677-1529

FILED
DALE COUNTY, AL
APR 1 0 2006
MARY BLUDSWORTH
CIRCUIT CLERK

STATE OF ALABAMA
COUNTY OF HOUSTON

BEFORE ME, a Notary Public in and for said County and State, came RONNIE JEAN WILLIAMS, whose name is signed to the foregoing Complaint for Divorce and who is known to me, and acknowledged before me on this date that being informed of the contents of this Complaint, executed the same voluntarily on the day the same bears date.

GIVEN under my hand and official seal this 31st day of _March_, 2006.

_Barbara Thornley_
NOTARY PUBLIC
My commission expires: 9/30/07

(SEAL)

# EXHIBIT F

Form C-6 (Rev. 6/82)

**COMPLAINT AND WARRANT**

CASE NO.

ORIGINAL

Before me the undersigned Judge/Clerk/Magistrate of The District Court of _____ Barbour _____ County, Alabama, personally appeared _____ W____ R_____ who being by me first duly sworn deposes and says that he/she has probable cause for believing, and does believe that within twelve months within said County on or about (date) _____ April 4, 1991 _____ one ____ Franklin Williams Jr. _____ did engage in deviate sexual intercourse with F_____ W_____, who was less than twelve years of age (10), he, the said Franklin Williams Jr., being 16 years old or older (19), in violation of 13A-6-63 of the Code of Alabama

against the peace and dignity of the State of Alabama.

Sworn to and Subscribed before me this the ____ 24th ____

day of ____ September ____, 19 __ 91 __

_Dianne McLeroy_
Judge/Clerk/Magistrate of District Court

_Winila Roughton_
Complainant's Signature

| STATE OF ALABAMA<br>__bour COUNTY | **WARRANT OF ARREST** | THE DISTRICT COURT |

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

__are thereof commanded to arrest _____ Franklin Williams Jr. _____ and bring him/her before the DISTRICT COURT OF _____ Barbour _____ COUNTY, to answer the State of Alabama on a charge of ____ Sodomy, 1st Degree- Class A Felony- Court 10-8-91 at 9 A.M. - Eufaula ____ and have you then and there this writ with your return thereon

Dated this ____ 24th ____ day of ____ September ____, 19 __ 91 __.

The Sheriff will take bond in the sum of $ _____

_Dianne McLeroy_
Judge/Clerk/Magistrate of District Court

---

WARRANT NO. DC-91-2190

**WARRANT OF ARREST**
**THE DISTRICT COURT OF**
Barbour COUNTY

THE STATE OF ALABAMA

v.

Franklin Williams Jr.

**STATE WITNESSES**

W____ R_____ - _____ - Euf., Al

Executed the within Warrant by Arresting the within named Defendant and Taking Appearance Bond Committing Defendant to Jail

This ____ 5 ____ day of

____ Oct ____, 19 __9/__

_____ Sheriff

By _____

**Defendant's Address:**

Race: W   Sex: M   Height:

Weight:       Eye Color:

DOB: 5-25-71

DL No.:

S.S. Number: 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

Employment:

# COMPLAINT AND WARRANT

Before me the undersigned Judge/Clerk/Magistrate of The District Court of _____ Barbour _____ County, Alabama, personally appeared _____ D____ N____ _____ who being by me first duly sworn deposes and says that he/she has probable cause for believing, and does believe that within twelve months within said County on or about (date) _____ August 1, 1991 _____

one _____ Franklin Williams Jr. _____ did engage in deviate sexual intercourse with A____ N____ (age 14) by forcible compulsion in violation of 13A-6-63 of the COde of Alabama

against the peace and dignity of the State of Alabama.

Sworn to and Subscribed before me this the _____ 7th _____ day of _____ October _____, 19 _____ 91 _____.

_____
Judge/Clerk/Magistrate of District Court

_____ Debbie Nelson _____
Complainant's Signature

| STATE OF ALABAMA Barbour COUNTY | WARRANT OF ARREST | THE DISTRICT COURT |

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

are thereof commanded to arrest _____ Franklin Williams Jr. _____ and bring him/her before the DISTRICT COURT OF _____ Barbour _____ COUNTY, to answer the State of Alabama on a charge of _____ Sodomy, 1st Degree- Class A Felony- Court 11-5-91 at 9 A.M. - Eufaula _____

and have you then and there this writ with your return thereon

Dated this _____ 7th _____ day of _____ October _____, 19 _____ 91 _____.

_____
Judge/Clerk/Magistrate of District Court

The Sheriff will take bond in the sum of $ _____

---

WARRANT NO. DC-91-2189

## WARRANT OF ARREST
### THE DISTRICT COURT OF
Barbour    COUNTY

THE STATE OF ALABAMA

v.

Franklin Williams Jr.

| STATE WITNESSES |
| D____ N____- _____., Euf., AL |
| Ike Moss- DA's office- Euf., AL |

Executed the within Warrant by Arresting the within named Defendant and Taking Appearance Bond Committing Defendant to Jail

This _____ day of

_____, 19 _____

_____
Sheriff

By _____

**Defendant's Address:**

W. Washington St., Euf., Al

**Race:** W    **Sex:** M    **Height:**

**Weight:**    **Eye Color:**

**DOB:**    Age 20

**DL No.:**

**S. S. Number:**

**Employment:**

**COMPLAINT AND WARRANT**

ORIGINAL
DC-91-631

e fore the undersigned Judge/Clerk/Magistrate of The District Court of _____ Barbour _____ County, Alabama, personally appeared P_____ S_____ who being by me first duly sworn deposes and says that he/she has probable cause for believing, and does believe that within twelve months within said County on or about (date) _____ between March 23 & 30, 1991 one __ Franklin Williams Jr. _____ did    a male, did engage in sexual intercours with M_____ S_____ (13) who was less than sixteen years of age, the said Franklin WilliamsJr being 16 years or older and at least two years older than the said M_____ S_____ in violatio of 13A-6-62 of the Code of Alabama

against the peace and dignity of the State of Alabama.

Sworn to and Subscribed before me this the ___2nd___
day of ___October___ 19 __91__

_Diane McLoroy_
Judge/Clerk/Magistrate of District Court

_Phillis D. Sampley_
Complainant's Signature

| STATE OF ALABAMA<br>Barbour COUNTY | **WARRANT OF ARREST** | THE DISTRICT COURT |

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

are thereof commanded to arrest ___Franklin Williams Jr.___ and bring him/her before the DISTRICT COURT OF ___Barbour___ COUNTY, to answer the State of Alabama on a charge of ___Rape, 2nd Degree- Class B Felony- Court 11-5-91 at 9 A.M. - Eufaula___ and have you then and there this writ with your return thereon.

Dated this ___2nd___ day of ___October___, 19 __91__
The Sheriff will take bond in the sum of $ _____

_Diane McLoroy_
Judge/Clerk/Magistrate of District Court

WARRANT NO. DC-91-2191

**WARRANT OF ARREST**
THE DISTRICT COURT OF
___Barbour___ COUNTY

THE STATE OF ALABAMA

v.

Franklin Williams Jr.

STATE WITNESSES
P_____ S_____
Ike Moss- DA's Office- Euf., Al

Executed the within Warrant by Arresting the within named Defendant and Taking Appearance Bond Committing Defendant to Jail

This _____ day of _____, 19__
By _____ Sheriff

Defendant's Address:
W. Washingotn St., Euf., Al

Race: W  Sex: M  Height:
Weight:   Eye Color:
DOB: age 20
DL No.:
S.S. Number:
Employment:

Form C-64    Rev 10/88    **WARRANT**    DC-91-572

____ me the undersigned Judge/Clerk/Magistrate of The District Court of _____ BARBOUR _____ County, Alabama, personally appeared

_____ B____ M____ _____ who being by me first duly sworn deposes and says that he/she has probable cause

for believing, and does believe that within twelve months within said County on or about (date) __ in July and August 1989 __

one ____ Franklin Williams Jr. _____ did engage in sexual intercourse with

J____ M____, who was 14 years of age, the said Franklin Williams, Jr.

being 18 years of age in violation of 13A-6-62 of the Code of Alabama

against the peace and dignity of the State of Alabama.

Sworn to and Subscribed before me this the ____ 5th ____

day of ____ September ____, 19 __ 91 __

_____    _____
Judge/Clerk/Magistrate of District Court          Complainant's Signature

| STATE OF ALABAMA<br>Barbour COUNTY | WARRANT OF ARREST | THE DISTRICT COURT |
|---|---|---|

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

____ are thereof commanded to arrest _____ Franklin Williams Jr. _____ and bring

him/her before the DISTRICT COURT OF _____ BARBOUR _____ COUNTY, to answer the State of Alabama on a charge

of ____ Rape, 2nd Degree- Class B Felony- Court 10-8-91 at 9 A.M. - Eufaula ____

and have you then and there this writ with your return thereon

Dated this ____ 5TH ____ day of ____ September ____, 19 __ 91 __

_____
Judge/Clerk/Magistrate of District Court

The Sheriff will take bond in the sum of $ _____

---

WARRANT NO. _____

**WARRANT OF ARREST**
**THE DISTRICT COURT OF**
Barbour COUNTY

**THE STATE OF ALABAMA**

v.

Franklin Williams Jr.

**STATE WITNESSES**

B____ M____
J____ M____

Becky Dowling- Human Resources
Lynn Baker- Human Resources
Ike Moss- DA's Office- Euf., AL

Executed the within Warrant by Arresting
the within named Defendant and
Taking Appearance Bond
Committing Defendant to Jail

This ____ 6th ____ day of
____ September ____, 19 __ 91 __

_____
By ____ M.J. Moss DBSO ____    Sheriff
                                Deputy Sheriff

Defendant's Address: ____, Euf., AL

Race: W    Sex: M    Height:

Weight:                 Eye Color:

DOB: 5-25-71

DL No.:

S.S. Number:

Employment:

Form C-64   Rev 10/85

# WARRANT

re me the undersigned **Judge/Clerk/Magistrate of The District Court of** _____ Barbour _____ County, Alabama, personally appeared

S██████ L███████ _____ who being by me first duly sworn deposes and says that he/she has probable cause

for believing, and does believe that within twelve months within said County on or about (date) _____ April 4, 1991

one _____ Franklin Williams Jr. _____ did _____ being a male, engage in sexual

intercourse with G██████ L███████, a female, who was less tha sixteen (13) and more than twelve years of age, the said Franklin Williams Jr. being 16 years or older (19) and at least two years older than the said G██████ L███████ in violation of 13A-6-62 of the Code of Alabama

against the peace and dignity of the State of Alabama.

Sworn to and Subscribed before me this the _____ 24th

day of _____ September _____, 19 __ 91

_Dianne McLaney_
Judge/Clerk/Magistrate of District Court

_[signature]_
Complainant's Signature

---

## STATE OF ALABAMA
Barbour COUNTY

# WARRANT OF ARREST

## THE DISTRICT COURT

**TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:**

re thereof commanded to arrest _____ Franklin Williams Jr. _____ and bring

him/her before the **DISTRICT COURT OF** _____ Barbour _____ COUNTY, to answer the State of Alabama on a charge

of _____ Rape, 2nd Degree- Class B Felony- Court 10-8-91 at 9 A.M. - Eufuala

and have you then and there this writ with your return thereon

Dated this _____ 24th _____ day of _____ September _____, 19 __ 91

The Sheriff will take bond in the sum of $ _____

_Dianne McLaney_
Judge/Clerk/Magistrate of District Court

---

WARRANT NO. **DC-91-2187**

## WARRANT OF ARREST
**THE DISTRICT COURT OF**

Barbour **COUNTY**

### THE STATE OF ALABAMA

v.

Franklin Williams Jr.

### STATE WITNESSES

**Executed the within Warrant by Arresting the within named Defendant and Taking Appearance Bond Committing Defendant to Jail**

This _____ 8th _____ day of

_____ Oc █████, 19 91

_████ Smith_ Sheriff

By _____ █████ Deputy Sheriff

**Defendant's Address:**

Race: **W**   Sex: **M**   Height:

Weight: _____ Eye Color:

DOB:

DL No.:

S.S. Number:

Employment:

# EXHIBIT G

BL 4.16.92

### ALABAMA BOARD OF PARDONS AND PAROLES

#### REPORT OF INVESTIGATION

Type of Investigation ___ Preliminary Investigation ___ Date Dictated ___ 3/12/92

Name ___ Franklin Williams, Jr. ___ True Name ___ Same

Alias: ___ None

RSA ___ WM, 21 ___ DOB: ___ 5/25/71 ___ Height and Weight ___ 6'2", 145 lbs.

Complexion ___ Medium ___ Color or Hair ___ Brn. Color of Eyes ___ Brn.

Bodily Marks ___

Driver's License # ___ Al 5563308 ___ SS# ___ 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

AIS# ___ FBI# ___ SID# ___

Address ___ 109 Jackson Street ___ Phone # ___ 687-2996

___ Eufaula, Alabama 36027

County ___ Barbour ___ Case # ___ 92-17/18/19/20/21

Offense(s) ___ Sodomy 1st (2 cts.)   Rape 2nd (3 cts.)

Sentence(s) ___ 10 years each case - concurrent

Date of Sentence ___ 2/14/92 ___ Date Sentence began ___ 2/14/92

Date of Arrest ___ Date of Bond ___ Bond Amt. $ ___

Judge ___ William H. Robertson ___ D.A. ___ Ben Reeves, Jr.

Attorney ___ J. Harvey Jones ___ Retained ___ Appointed _X_

Court Ordered Restitution $ ___ $1,045.00

Barred from Parole Yes ___ No ___ X

NOTES: C. R. 4-16-92

PBF 203 (7/89)

Continued Preliminary                    <u>PRESENT OFFENSE</u>                              -3-
Franklin Williams , Jr.

<u>County, Court and Case Number:</u>

Barbour, Circuit Court, CC 92-18

<u>Offense:</u>

Rape 2nd

<u>Sentence:</u>

10 years concurrent

<u>Date of Sentence:</u>

2/14/92

<u>Details of Offense:</u>

On 8/9/91 R█████ L█████████, age 14, states she has had sex with Franklin Williams, Jr.,
age 20.  She states Franklin told her he was sterile and they used no contraceptive,
but have had sex several different times.  Frankie was her boyfriend for awhile but
now she is not allowed to see him but she still likes him.  She states that they just
decided to "do it" last summer.

<u>Subject's Statement:</u>

Subject does admit to this offense.

<u>Case Status of Co-defendant:</u>

N/A

<u>Victim Notification Information:</u>

R█████ L█████████ is the victim in this case.

<u>Victim Impact:</u>

Form 203 B was given to victim.

<u>Location of Offense:</u>

This offense occurred within the city limits of Eufaula, Alabama.

<u>Court Ordered Restitution:</u>

None

County, Court and Case Number:                                        -2-

Barbour, Circuit, CC 92-17

Offense:

Sodomy 1st

Sentence:

10 years each case concurrent

Date of Sentence:

2/14/92

Details of Offense:

On 8/16/91 F█████ W█████████ states that Franklin Williams, Jr. visited her home
a great deal.  Franklin often babysat for F██████ and her sister, M███, age six.
F██████ stated, "my cousin" Renee was going with Frank and they were all at her
apartment.  Renee and F███████ were playing truth or dare.  Renee dared F██████ to
suck Frank's private part and then let Frank "eat" F████████ private part.  F█████
stated she felt someone holding her head.  She didn't know if it was Renee or Frank.
F████████ was asked if Renee was in the room while she and Frank were doing this and
she stated "Renee watched us because after me and Frank stopped, Renee and Frank
did it too." According to F██████, this occurred in her bedroom.  F██████ denies
any other sexual contact.

F██████ W█████████, age 10, was neat and clean.  However, her clothes were beyond her
age group.

Subject's Statement:

Subject did admit guilt to this offense.

Case Status of Co-defendants:

N/A

Victim Notification Information:

F██████ W█████████ is the victim in this case.

Victim Impact:

209 B victim's form given to victim.

Location of Offense:

This offense occurred within the city limits of Eufaula, Alabama.

Court Ordered Restitution:

$1,045.00

Continued  Preliminary            PRESENT OFFENSE
Franklin Williams , Jr.                                    -4-

Barbour, Circuit Court, CC 92-19

Offense:

Sodomy 1st

Sentence:

10 years concurrent

Date of Sentence:

2/14/92

Details of Offense:

On 10/1/91 A████ was interviewed and became upset and started crying.  She states
that Franklin Williams, Jr., herself, Mark Thompson and Anita Shriver,went down
Pump Station Road and turned left.  A████ states that they went off down toward the
woods after crossing the railroad tracks.  Mark and Anita went off walking.  Franklin
then asked A████ "aren't you going to suck my dick?"  A████ said no.  Franklin then
put his hands around her neck and held her.  Franklin had his pants down around his
knees.  He pushed A████'s head down and put her mouth over his penis.  A████ stated
it seemed like it went on forever but she guessed it was just a little while.

A████ N████ was 15 years old when this offense occurred.

Subject's Statement:

Subject does admit to this offense.

Case Status of Codefendants:

N/A

Victim's Notification Information:

A████ N████ is the victim in this case.

Victim's Impact:

Form 203 B given to victim.

Location of Offense:

This offense occurred within the city limits of Eufaula, Alabama.

Court Ordered Restitution:

None

Continued Preliminary
Franklin Williams, Jr.

County, Court, Case Number:

Barbour, Circuit Court, CC 92-20

Offense:

Rape 2nd

Sentence:

10 years concurrent

Date of Sentence:

2/14/92

Details of Offense:

On 9/25/91 M███████ S██████, age 13, states she has known Franklin Williams, Jr.,
age 20, for a couple of years along with a group of girls from "the hill."
M██████ identified "the hill" as the area around Jackson Street and Reeves Drive
in Eufaula, Alabama.  She states "I had sex with Franklin but I did not touch him
with my mouth and he didn't do that to me either."  M██████ states that she and
Franklin were having sex and Mark Thompson was watching them.

Subject's Statement:

Subject does admit to this offense.

Case Status of Co-defendants:

N/A

Victim Notification Information:

M██████ S██████ is the victim in this case.

Victim Impact:

Form 203 B given to victim.

Location of Offense:

This offense occurred within the city limits of Eufaula, Alabama.

Court Ordered Restitution:

None

Continued Preliminary                                                    -6-
Franklin Williams, Jr.

<u>PRESENT OFFENSE</u>

<u>County, Court, Case Number:</u>

Barbour, Circuit Court, CC 92-21

<u>Offense:</u>

Rape 2nd

<u>Sentence:</u>

10 years concurrent

<u>Date of Sentence:</u>

2/14/92

<u>Details of Offense:</u>

During an interview on 9/4/91 with J███████ M████, age 16, J███████ states she "went with" Franklin Williams, Jr. in 1988 and 1989. J███████ was about 12 years old at the time. She stated they had sex about four times. She stated they just had regular sex. J██████ states she did not put her mouth on him anywhere and he didn't do that to her either. J██████ identified the four sexual encounters as happening on or about February 1988, June 1988, July 1989 and August 1989. J██████ stated "the first time we had sex he forced me but the other times I agreed to have sex with him." J██████ believes Franklin was 18 years of age at this time.

<u>Subject's Statement:</u>

Subject did admit to this offense.

<u>Case Status of Co-defendants:</u>

N/A

<u>Victim Notification Information:</u>

J██████ M████ is the victim in this case.

<u>Victim Impact:</u>

203 B form given to victim. J██████ M████ states it will take a long time for her to get over ordeal with this rape. She says it has been over 4 years and she still has a hard time dealing with it. She states she has had emotional distress and is unable to relax around males.

J██████ wishes to see stiffer punishment for sex offenders. She states it affects a lot of people besides her, the victim, and something she will have to live with the rest of her life.

<u>Location of Offense:</u>

This offense occurred within the city limits of Eufaula, Alabama.

<u>Court Ordered Restitution:</u>

None

Continued Preliminary
Franklin Williams, Jr.                                                              -7-

<u>ACJIS ARREST RECORD</u>

<u>Prior Arrest Record:</u>

3/30/90      Eufaula Police Department          Forgery 2nd          2 yrs. probation

<u>Subsequent Arrest:</u>

None

<u>PHYSICAL AND MENTAL HEALTH</u>

Subject states he is in good physical condition.  He states he has never been
treated for any mental or emotional problems.  He does not admit to any
addictions to drugs and/or alcohol.

<u>PROBATION AND PAROLE OFFICER'S REMARKS</u>

Subject does admit to these offenses but states the girls were willing.  He does
not see the harm done.  I think maybe  the sex offender class might be of some
help to him.  I would recommend long time incarceration.

Signed and dated at <u>Clayton</u>, Alabama, this the <u>12th</u> day of <u>March</u>, 19<u>92</u>.

Terri L. Stewart
Alabama Probation & Parole Officer

TLS/ad

# EXHIBIT H

**PERSONNEL FILE OF PEGGY JEWELL SILVEY**

PERSONNEL ACTION SUMMARY

ME  PEGGY JEWELL SILVEY                              EMPLOYEE #_____

SOCIAL SECURITY #: 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

| PAN # | DATE | ACTION | RATE |
|---|---|---|---|
| | 8-8-05 | New Hire | 7.50 |
| | 5-1-6 | Job Bid-Sanitation | 9.68 |
| | 6-5-6 | Saf-disqualification | |
| | 7-5-6 | Transfer to G.L. | 8.24 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FH002679                                    **Confidential**

# APPLICATION TEST

Name: Peggy (Jewell) Silvey          Date: 7-19-05

## ARITHMETIC

Work each problem.

| 33 | 1215 | 983 | 871 | 135 divided by 3 = 45 |
|----|------|-----|-----|----------------------|
| x 6 | -793 | +729 | -107 | |
| 198 | 422 | 254 | 764 | |

| 123 | 492 | 123 | 42 | 80 divided by 5 = 16 |
|-----|-----|-----|-----|---------------------|
| +593 | x 2 | +593 | +20 | |
| 716 | 984 | 716 | +92 | |
|  |  |  | 154 | |

## HANDWRITING AND PRINTING:

Write two sentences on why you want to be a Bremner/Flavor House Team Member.
Write first sentence in cursive.
Print the second sentence.

*I've heard you are a good and fair Comp.*
YOU HAVE FULL TIME WORK WITH POSSIBILITY OF OVER TIME.

*Confidential*

FH002680

# H. R. PRESCREENING

Name: PEGGY (JEWELL) SILVEY        Date: 7-19-05

1. Are you willing to work on any shift in any position? yes

2. Are you able to work overtime? (This could include daily or weekends.) yes

3. Is there anything that would hinder you from performing manufacturing type work? No

4. Of your past jobs, which was your favorite and why? Predue, I could stay busy

5. Have you ever made a suggestion to improve something at work? Explain. pulling stock in Alfabical orde so easier to find. At Dreamers Candle

6. Describe the biggest work-related problem you have had to face. How did you handle it? With someone hurasing me, went to my supervisor who changed my dept from upstairs, to the Kill floor.

7. On the average, how many workdays in a month are acceptable for an employee to miss? None

8. Why do you want to leave your current employer? I prefer full time work plus overtime when possible. I enjoy working. I'm very con mented to my work.

9. Why should we hire you? I'm a very commented worker. I enjoy fost pace work that keeps me busy.

10. Have you ever received any formal disciplinary action? Explain. No

11. How many unexpected absences have you had in the last 6 months? 1

12. Name some valid reasons for being terminated from a job.
dis respecting Anyone, fowl lang., to many absences horseplaying, Not working safely, riding a time clock

FH002681                        Confidential

## ACKNOWLEDGEMENT OF RECEIPT

This is to acknowledge that I have received a copy of the Nutcracker's GMP Policy and understand, that it contains important information on Nutcracker's GMP Policies and on my privileges and obligations as a employee.

I will read this manual and familiarize myself with its contents. I understand that neither this manual nor its contents create a contract of employment between the Company and myself. My employment relationship with Nutcracker is based upon the mutual consent of each employee and the Company.

_Jewell Silvey_                                  8-5-05
Name                                             Date

**Confidential**

**FH002682**

JVTampio Revised January 20, 2005

5

## ACKNOWLEDGEMENT OF RECEIPT

This is to acknowledge that I have received a copy of the Flavor House Drug & Alcohol Policy and understand, that it contains important information regarding the Flavor House Drug and Alcohol Policy and Procedures and on my privileges and obligations as an employee.

I will read this policy and familiarize myself with its contents. I understand that neither this policy nor its contents create a contract of employment between the Company and me. My employment relationship with Flavor House is based upon the mutual consent of each employee and the Company.

_Jewell Silvey_           _8-4-2005_

Name              Clock #          Date

**FH002683**          **Confidential**

5

## ACKNOWLEDGEMENT OF RECEIPT

This is to acknowledge that I have received a copy of the Nutcracker Attendance Policy and understand that it contains important information regarding my attendance.

I will read this policy and familiarize myself with its contents. I also understand that neither this policy nor its contents create a contract of employment between the company and me. My employment relationship with Nutcracker is based upon mutual consent of each employee and the company.

If you have any questions regarding the Nutcracker Attendance Policy, please contact your supervisor, department manager or Human Resources.

_Jewell Silvey_ _____   _8-4-05_____
Name                                         Date

**Confidential**

**FH002684**

## ABSENCE REPORT

NAME _Jewell Silvey_          NUMBER _06_

DEPARTMENT _Packaging_          SHIFT _A_

First Date Absent _1-5_          Expected Return Date _1-6-06_

Reason for Absence:

☐ Illness                    ☐ Holiday

☐ Vacation                   ☐ Jury Duty

☐ Personal Time              ☐ Suspension

☐ Family Death               ☐ Leave Without Pay

☐ Accident on Job            ☐ Unknown

☐ Family Leave Act           ☐ _____

Explanation, if necessary _Left early issues_
_with her son._

_____

Was Absence:

Expected in Advance          ☐ Yes      ☑ No

Reported on First Date Absent ☑ Yes      ☐ No

Considered by Supervisor as   ☐ Excused  ☐ Unexcused

Date _1-5-06_     Prepared by _Jannie Ash_

USE CARBON PAPER UNDERNEATH TO PREPARE DUPLICATE

© Copyright 1980, 1996 – SELECTFORM, INC., Box 3045, Freeport NY 11520          FORM 11 — Printed in U.S.A.

**DOCUMENTATION FORM**

Employee Name: _Jewel Silvey_

Investigating Supervisor: _Chris Jordan_ Date: _3-8-06_

Present: _Fannie Ash_

Who was involved: _Louise Green_

Witness (s): _None according to Jewel Silvey_

Date of incident: _3-8-06_

Where did it take place: _Near line 4 Depalletizer_

When did it take place (time and day): _Not certain_

What happened: _I was cleaning a mess that could cause a safty hazer Tina came out and let me know to go to break, Nicole also let me know to go to brake I finished just mix tue later what I'm upset about is Louise came out and told me if I didn't go to break now I would not get one. I was back from break befor the line started running Louise said Frank told gotten said I would not get a break if I didn't_

Did this result in down time? _No_ If yes how much? _N/A_

Did this result in product being scrapped? If yes how much? _No_

Attach an additional sheet if needed for witness statements following the same format.

**FH002686**                    Confidential

**DOCUMENTATION FORM**

Employee Name: _Louise Green_

Investigating Supervisor: _Frank Hall_  Date: _3/8/06_

Present: _Chris Jordan_

Who was involved: _Jewel Silvey_

Witness (s): _NONE_

Date of incident: _3/8/06_

Where did it take place: _Line 4 Depalletize_

When did it take place (time and day): between _11:00 and 11:20 am WED. 3/06_

What happened: _____

_today our line went down for low salt_
_frank ask for everyone to go to break all_
_but he, mark and tina. tina said she told_
_jewell to go to break and she said jewell said no._
_miede said she ask jewell to go to break_
_she also said that jewell said no I went_
_back and told that frank wanted everyone_
_to go to break she said she had to clean up_
_for fanny. I then told frank that he would have_
_to tell her to go to break  I did not think_
_I did any thing wrong._

Did this result in down time? _Yes_ If yes how much?

Did this result in product being scrapped?  If yes how much?

Attach an additional sheet if needed for witness statements following the same format.

**Confidential**

FH002687

## DOCUMENTATION FORM

Employee Name: _Willie Neal_

Investigating Supervisor: _FRANK HALL_          Date: _3/9/06_

Present: _____

_____

Who was involved: _Louise, Jewel_

Witness (s): _Willie Neal_

Date of incident: _3/8/06_

Where did it take place: _Depal area._

When did it take place (time and day): _WENSDAY 3/8/06_

What happened: _I FRANK HALL was asked by Mr. Willie Neal to write his statement down for him because he don't write to well. He was near Depal area putting Cans up when Louise came to Depal and told Jewell the line was down and she needed to go to break. Tone of voice was normal and at the time Jewell was clean up some trash from floor and Louise asked what was she doing where did trash come from? Jewell continued clean up trash, and Louise told her if she didn't go to break now she may Not get a chance to go later. and she turn and walked off._

_Willie Neal 3-9-06_

Did this result in down time? _____ If yes how much? _____

Did this result in product being scrapped?    If yes how much?

Attach an additional sheet if needed for witness statements following the same format.

**FH002688**          **Confidential**

# VACATION REQUEST

4 hrs

**EMPLOYEE** Jewell Silvey

**DATES REQUESTED** ~~Thursday~~ Thursday 1-2-8-07 From 6:45 Am to 9:00 Am
Both days.

*****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK******

**EMPLOYEE'S SIGNATURE** Jewell Silvey

**DATE** 2-5-07

**APPROVED BY SUPERVISOR: YES** ✓ **NO** ____

**COMMENTS** _____

_____

**SUPERVISOR'S SIGNATURE** _____

**DATE** ____ 2-7-07

DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY THE HR DEPT. <u>ONLY</u>
**************************************************
*THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT*

**DATE OF HIRE** _____

**ELIGIBLE FOR** ____48____ **HOURS**

**VERIFIED BY** ____P____

**DATE** 2/12/07

**Confidential**

**FH002689**

# VACATION REQUEST

**EMPLOYEE** *Jewell Silvey*

**DATES REQUESTED** *Nov. 27th, 2006*

*****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK******

**EMPLOYEE'S SIGNATURE** *Jewell Silvey*

**DATE** *Nov. 9th, 2006*

**APPROVED BY SUPERVISOR:  YES** ✓ **NO** ____

**COMMENTS** _____

_____

**SUPERVISOR'S SIGNATURE**

_____

**DATE** *11-20-07*

DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY THE HR DEPT. <u>ONLY</u>
*************************************************
*THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT*

**DATE OF HIRE** _____

**ELIGIBLE FOR** *9.03* ~~1.03~~ **HOURS**

**VERIFIED BY** *P*

**DATE** *1/29/06*

*In error, March 24th*
*Note: was not posted on Vacation*
*Sheet until 12/6/06*

**FH002690**                    **Confidential**

# VACATION REQUEST

**EMPLOYEE** *Jewell Silvey*

**DATES REQUESTED** *10-30-06*

*****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK******

**EMPLOYEE'S SIGNATURE** *Jewell Silvey*

**DATE** *10-27-06*

**APPROVED BY SUPERVISOR:  YES ___  NO ____**

**COMMENTS** _____

_____

**SUPERVISOR'S SIGNATURE**

_____

**DATE** *10-27-06*

DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY THE HR DEPT. <u>ONLY</u>
*******************************************************
*THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT*

DATE OF HIRE _____

ELIGIBLE FOR _____ 17.03 HOURS

VERIFIED BY _____ 11/6/06

DATE _____

**FH002691**

*Confidential*

# PAYROLL DEDUCTION
## AUTHORIZATION FORM

Name: *Jewell Silvey*                SSN: 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

Total Amount: ___ $8.10    ✓ $10.80    ** Initials: _____

Reason for Deduction: Happy Feet shoe inserts _____

_____

_____

I herby authorize Nutcracker Brands Inc. (a subsidiary of Ralcorp) to deduct the amount listed above from my paycheck in accordance with Nutcracker Brands Inc. Operating 1.05.00. I further acknowledge that I have read and understand the deduction process as outlined in Operating standard 1.05.00. ** The employee will initial and verify the total cost adjusted for freight, handling & other costs after the invoice is received.

Date: 8/23/06                Signature: *Jewell Silvey*

**Confidential**

FH002692

# EMPLOYEE STATUS CHANGE

Please check applicable box

| | | | |
|---|---|---|---|
| ☐ New Hire | ☐ Certification | ☐ Promotion | ☐ Salary Adjustment | ☐ Other _____ |
| ☐ Transfer (Lateral) | | ☐ Termination | ☐ Title/Grade Change | ☐ Leave of Absence |

Effective Date of this Action: *7/5/6*    New Department Salary Account No.: _____

## CURRENT STATUS

| Employee Name (Last) *Silvey* | First *Jewell* | Middle |
|---|---|---|

| Job Title *Sanitation Attd.* | Grade | Department *Sanitation* | Location | Reports To: |
|---|---|---|---|---|
| ☐ Exempt  ☑ Non Exempt | | ☑ F/T Regular  ☐ P/T Regular | ☐ Temporary | |

## NEW STATUS

| Job Title *Gen. Labor* | Grade ✓ | Department *Production* | Location | Reports To: |
|---|---|---|---|---|
| ☐ Exempt  ☑ Non Exempt | | ☑ F/T Regular  ☐ P/T Regular | ☐ Temporary | |

## Salary Adjustment

### Current Salary Range

| Minimum | Midpoint | Maximum |
|---|---|---|
| | | |

| Current Salary (or Salary for New Employee) | Amount of Change | Percentage | New Salary |
|---|---|---|---|
| Per Month $ _____ | Per Month $ _____ | Merit _____% | Per Month $ _____ |
| Per Year $ _____ | Per Year $ _____ | Promotional _____% | Per Year $ _____ |
| Hourly (if Applicable) $ *9.68* | Hourly (if Applicable) $ _____ | | Hourly (if Applicable) $ *8.24* |

## Termination

| | Reason for Separation | |
|---|---|---|
| ☐ Voluntary | | Last Day Worked |
| ☐ Involuntary | | |

## Comments

*Self disqualification*

✓

## Approval:

| Requesting Department Manager/Date | Department Head/Date | Corporate Officer/Date |
|---|---|---|

---

### Human Resources Use Only - Do Not Complete This Section

| Social Security No. | Job Number | EEO Code - Job Group | Census Code | Department Name |
|---|---|---|---|---|
| Company # / Floor # | Source Code | W/C Code | Rate Code | Replaced |
| | | | H ☐   M ☐ | Job Posting # |
| Separation Pay | Vacation Pay | Term Code | Last Day Paid | Payroll Entry Date |
| ☐ Y  ☐ N | ☐ Y  ☐ N | | | |

| *Tammy Name 7/9/06* | **FH002693** | **Confidential** |
|---|---|---|
| H.R. Manager Approvals/ Date | Compensation Analyst/Date | H.R. Data Specialist/Date |

I have received the Nutcracker GMP (Good Manufacturing Practices) training, and understand what is expected of me.

I have received the Nutcracker Allergen training, and understand what is expected of me.

Date _28 June 2006_ Signed _Jewell Silvey_
     Printed Name _JEWELL SILVEY_

**FH002694**                    **Confidential**

# ABSENTEEISM WARNING NOTICE

**TO:  Jewell Silvey**          **DATE: 0720/06**

**DATES & REASON:**

***ABSENT*** : 07/17/06, 06/13/06, 05/05/06, 04/25/06,

***TARDY*** :

***LEFT EARLY*** : 03/08/06, 01/05/06

**ACTION TAKEN:**

\_\_\_\_X\_\_\_\_\_      VERBAL WARNING (5 OCCURENCES)  (5 1/2 points)

_____      WRITTEN WARNING (7 OCCURENCES)

_____      FINAL WARNING (8 OCCURENCES)

_____      TERMINATION (9 OCCURENCES)

**SUPERVISORS SIGNATURE**

**DATE**     7/31/06

**EMPLOYEES SIGNATURE**

**DATE**     7-31-06

FH002695                          **Confidential**

# ABSENCE REPORT

NAME _Jewell Silvey_    NUMBER _____

DEPARTMENT _Production Packaging_ SHIFT _A_

First Date Absent _7/17/06_ Expected Return Date _7/18/06_

**Reason for Absence:**

☐ Illness          ☐ Holiday

☐ Vacation          ☐ Jury Duty

☐ Personal Time      ☐ Suspension

☐ Family Death       ☐ Leave Without Pay

☐ Accident on Job    ☐ Unknown

☐ Family Leave Act   ☐ _____

Explanation, if necessary _Absent_ _____

_____

_____

**Was Absence:**

Expected in Advance          ☐ Yes    ✓ No

Reported on First Date Absent ☐ Yes    ☐ No

Considered by Supervisor as   ☐ Excused ☐ Unexcused

Date _7/17/06_    Prepared by _J. Hall_

USE CARBON PAPER UNDERNEATH TO PREPARE DUPLICATE

© Copyright 1980, 1996 – SELECTFORM, INC., Box 3045, Freeport NY 11520    FORM 11 — Printed in U.S.A.

FH002696          **Confidential**

# ABSENCE REPORT

NAME _Silvey Jewell_          NUMBER _____

DEPARTMENT _Sanatation_          SHIFT _3rd_

First Date Absent _13 June 06_  Expected Return Date _14 June 06_

**Reason for Absence:**

☑ Illness                    ☐ Holiday

☐ Vacation                   ☐ Jury Duty

☐ Personal Time              ☐ Suspension

☐ Family Death               ☐ Leave Without Pay

☐ Accident on Job            ☐ Unknown

☐ Family Leave Act           ☐ _____

Explanation, if necessary _____

_____

_____

**Was Absence:**

Expected in Advance              ☐ Yes        ☑ No

Reported on First Date Absent    ☑ Yes        ☐ No

Considered by Supervisor as      ☐ Excused    ☑ Unexcused

Date _14 June 06_    Prepared by _____

USE CARBON PAPER UNDERNEATH TO PREPARE DUPLICATE

© Copyright 1980, 1996 – SELECTFORM, INC., Box 3045, Freeport NY 11520        FORM 11 — Printed in U.S.A.

FH002697                    **Confidential**

## EMPLOYEE STATUS CHANGE

*Please check applicable box*

- [ ] New Hire
- [x] Transfer (Lateral)
- [ ] Certification
- [ ] Promotion
- [ ] Termination
- [ ] Salary Adjustment
- [ ] Title/Grade Change
- [ ] Other _____
- [ ] Leave of Absence

Effective Date of this Action: **6/5/06**    New Department Salary Account No.: _____

| | | | | | |
|---|---|---|---|---|---|
| **CURRENT STATUS** | Employee Name (Last) **Silvey** | | First **Jewell** | | Middle |
| | Job Title **Sanitation Attd.** | Grade | Department **Sanitation - 2nd Shift** | Location | Reports To: |
| | [x] Exempt / Non Exempt | [x] F/T Regular [ ] Temporary [ ] P/T Regular | | | |
| **NEW STATUS** | Job Title *Temporary* **Sanitation Attd.** | Grade | Department **Sanitation - 1st Shift** | Location | Reports To: |
| | [x] Exempt / Non Exempt | [x] F/T Regular [ ] Temporary [ ] P/T Regular | | | |

### Salary Adjustment

| Current Salary Range | | |
|---|---|---|
| Minimum | Midpoint | Maximum |
| | | |

| Current Salary (or Salary for New Employee) | Amount of Change | Percentage | New Salary |
|---|---|---|---|
| Per Month $ _____ | Per Month $ _____ | Merit _____% | Per Month $ _____ |
| Per Year $ _____ | Per Year $ _____ | Promotional _____% | Per Year $ _____ |
| Hourly (if Applicable) $ _____ | Hourly (if Applicable) $ _____ | | Hourly (if Applicable) $ _____ |

### Termination

| Reason for Separation | | |
|---|---|---|
| [ ] Voluntary [ ] Involuntary | | Last Day Worked |

**Comments** ee self-disqualified from 2nd shift Sanitation Attend. We will place ee in "temp" 1st shift Sanitation position and she will Return to General Labor when temp. assign. ends. ✔

### Approval:

| Requesting Department Manager/Date | Department Head/Date | Corporate Officer/Date |
|---|---|---|
| | | |

---

### Human Resources Use Only - Do Not Complete This Section

| Social Security No. | Job Number | EEO Code - Job Group | Census Code | Department Name |
|---|---|---|---|---|
| Company # / Floor # | Source Code | W/C Code | Rate Code | Job Posting # | Replaced |
| Separation Pay [ ] Y [ ] N | Vacation Pay [ ] Y [ ] N | H [ ] M [ ] Term Code | Last Day Paid | Payroll Entry Date |

*Tommy Nam 6/2/06*

**FH002698**

*Confidential*

| H.R. Manager Approvals/ Date | Compensation Analyst/Date | H.R. Data Specialist/Date |
|---|---|---|

# VACATION REQUEST

**EMPLOYEE** *Jewell Silvey*

**DATES REQUESTED** *June 2nd / June 5th 2006*
*worked*

*****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK*****

**EMPLOYEE'S SIGNATURE** *Jewell Silvey*

**DATE** *May 8th, 2006*

**APPROVED BY SUPERVISOR:  YES \_\_\_   NO \_\_\_**

**COMMENTS** *My Dad is getting Married*

**SUPERVISOR'S SIGNATURE**

**DATE** *15 May 2006*

DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY THE HR DEPT. <u>ONLY</u>
*************************************************

*THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT*

**DATE OF HIRE** _____

**ELIGIBLE FOR** \_\_\_*25.03*\_\_\_ **HOURS**

**VERIFIED BY** \_\_\_*V*_____

**DATE** \_\_\_*5/30/06*\_\_\_

**FH002699**                    **Confidential**

# EMERGENCY VACATION REQUEST

**EMPLOYEE** _Jewell Silvey_

**DATES REQUESTED** _25 May 2006_

*****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK******

**EMPLOYEE'S SIGNATURE** _Jewell Silvey_

**DATE** _2nd June 2006_

**APPROVED BY SUPERVISOR:  YES** _✗_ **NO** _____

**COMMENTS** _sick_

_____

## SUPERVISOR'S SIGNATURE

**DATE** _25 May 2006_

DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY THE HR DEPT. <u>ONLY</u>
*************************************************
*THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT*

**DATE OF HIRE** _____

**ELIGIBLE FOR** _33.03_ **HOURS**

**VERIFIED BY** _P_

**DATE** _5/26/06_

FH002700                                  Confidential

5/30/06

I would like to disqualify from Sanation to bid on a day shift job do to personal reasons.

Jewell Silvey

FH002701

Confidential

# ABSENCE REPORT

NAME _Jewell_                              NUMBER_____

DEPARTMENT_ _Sanitation_ _                 SHIFT _2nd_

First Date Absent _05 May 06_  Expected Return Date _08 May 06_

Reason for Absence:

☒ Illness                    ☐ Holiday

☐ Vacation                   ☐ Jury Duty

☐ Personal Time              ☐ Suspension

☐ Family Death               ☐ Leave Without Pay

☐ Accident on Job            ☐ Unknown

☐ Family Leave Act           ☐ _____

Explanation, if necessary _____

_____

_____

Was Absence:

Expected in Advance          ☐ Yes      ☒ No

Reported on First Date Absent  ☒ Yes    ☐ No

Considered by Supervisor as   ☐ Excused  ☒ Unexcused

Date _05 May 2006_  Prepared by_____

USE CARBON PAPER UNDERNEATH TO PREPARE DUPLICATE

© Copyright 1980, 1996 – SELECTFORM, INC., Box 3045, Freeport NY 11520      FORM 11 — Printed in U.S.A.

FH002702                                    *Confidential*

# ABSENCE REPORT

NAME _Jewell Johnson_ NUMBER _____

DEPARTMENT _Sanitation_ SHIFT _____

First Date Absent _6-5-06_ Expected Return Date _____

**Reason for Absence:**

- [x] Illness
- [ ] Vacation
- [ ] Personal Time
- [ ] Family Death
- [ ] Accident on Job
- [ ] Family Leave Act

- [ ] Holiday
- [ ] Jury Duty
- [ ] Suspension
- [ ] Leave Without Pay
- [ ] Unknown
- [ ] _____

Explanation, if necessary _Called in Sick_

**Was Absence:**

Expected in Advance  [ ] Yes  [x] No

Reported on First Date Absent  [x] Yes  [ ] No

Considered by Supervisor as  [ ] Excused  [ ] Unexcused

Date _6-8-06_ Prepared by _____

USE CARBON PAPER UNDERNEATH TO PREPARE DUPLICATE

© Copyright 1980, 1996 – SELECTFORM, INC., Box 3045, Freeport NY 11520   FORM 11 — Printed in U.S.A.

**Confidential**

FH002703

**EMPLOYEE STATUS CHANGE**

Please check applicable box

- [ ] New Hire
- [ ] Transfer (Lateral)
- [ ] Certification
- [ ] Promotion
- [ ] Termination
- [x] Salary Adjustment
- [ ] Title/Grade Change
- [ ] Other _____
- [ ] Leave of Absence

Effective Date of this Action: **5-1-06**    New Department Salary Account No.: _____

| CURRENT STATUS | | | | |
|---|---|---|---|---|
| **Employee Name (Last)** Silvey | | **First** Jewell | | **Middle** |
| **Job Title** Gen. Labor | **Grade** | **Department** Production | **Location** | **Reports To:** |
| [ ] Exempt  [x] Non Exempt | [x] | [x] F/T Regular   [ ] Temporary | | |

| NEW STATUS | | | | |
|---|---|---|---|---|
| **Job Title** Sanitation Attd. | **Grade** | **Department** Sanitation | **Location** | **Reports To:** |
| [ ] Exempt  [x] Non Exempt | [x] | [x] F/T Regular   [ ] Temporary | | |

**Salary Adjustment**

| Current Salary Range | | | |
|---|---|---|---|
| **Minimum** | **Midpoint** | | **Maximum** |

| Current Salary (or Salary for New Employee) | Amount of Change | Percentage | New Salary |
|---|---|---|---|
| Per Month $ _____ | Per Month $ _____ | Merit _____% | Per Month $ _____ |
| Per Year $ _____ | Per Year $ _____ | Promotional _____% | Per Year $ _____ |
| Hourly (if Applicable) $ 8.24 | Hourly (if Applicable) $ _____ | | Hourly (if Applicable) $ 9.68 |

**Termination**

| | Reason for Separation | |
|---|---|---|
| [ ] Voluntary  [ ] Involuntary | | **Last Day Worked** |

**Comments**
Job Bid
ee trans. to 2nd Shift Sanitation

**Approval:**

| Requesting Department Manager/Date | Department Head/Date | Corporate Officer/Date |
|---|---|---|

**Human Resources Use Only - Do Not Complete This Section**

| Social Security No. | Job Number | EEO Code - Job Group | Census Code | Department Name |
|---|---|---|---|---|
| Company # / Floor # | Source Code | W/C Code | Rate Code  H [ ]   M [ ] | Job Posting # | Replaced |
| Separation Pay [ ] Y [ ] N | Vacation Pay [ ] Y [ ] N | Term Code | Last Day Paid | Payroll Entry Date |

*[signature]* 4/28/06

H.R. Manager Approvals/ Date    Compensation Analyst/Date    H.R. Data Sp... Date

FH002704    **Confidential**

# ABSENCE REPORT

NAME _Jewell Silvey_     NUMBER _____

DEPARTMENT _Packaging_     SHIFT _A_

First Date Absent _4-25-06_   Expected Return Date _____

Reason for Absence:

- [x] Illness
- [ ] Vacation
- [ ] Personal Time
- [ ] Family Death
- [ ] Accident on Job
- [ ] Family Leave Act

- [ ] Holiday
- [ ] Jury Duty
- [ ] Suspension
- [ ] Leave Without Pay
- [ ] Unknown
- [ ] _____

Explanation, if necessary ___Sunburn___
_____
_____

Was Absence:

| | | |
|---|---|---|
| Expected in Advance | ☐ Yes | ☐ No |
| Reported on First Date Absent | ☐ Yes | ☐ No |
| Considered by Supervisor as | ☐ Excused | ☐ Unexcused |

Date _4-26-06_   Prepared by _____

USE CARBON PAPER UNDERNEATH TO PREPARE DUPLICATE

© Copyright 1980, 1996 – SELECTFORM, INC., Box 3045, Freeport NY 11520     FORM 11 — Printed in U.S.A.

*Confidential*

6.97

# EMERGENCY VACATION REQUEST

**EMPLOYEE** _Jewell Silvey_

**DATES REQUESTED** _4-24-06_

*****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK*****

**EMPLOYEE'S SIGNATURE** _Jewell Silvey_

**DATE** _4-24-06_

**APPROVED BY SUPERVISOR: YES ___ NO ___**

**COMMENTS** _Very Very Bad Sunburse thats making me sick to my stomael_

**SUPERVISOR'S SIGNATURE**

**DATE** _4-25-06_

DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY THE HR DEPT. <u>ONLY</u>
*************************************************
*THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT*

**DATE OF HIRE** _____

**ELIGIBLE FOR** ___ 32 ___ **HOURS**

**VERIFIED BY** __ Y _____

**DATE** ___ 4/26/06 _____

FH002706                    Confidential

# VACATION REQUEST

**EMPLOYEE** *Jewell Silvey*

**DATES REQUESTED** *March 24th 2006*

*****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK*****

**EMPLOYEE'S SIGNATURE** *Jewell Silvey*

**DATE** *March 24, 2006*

**APPROVED BY SUPERVISOR: YES** ✓ **NO** ____

**COMMENTS** _____ 40 _____

_____ P _____
3/22/06

**SUPERVISOR'S SIGNATURE**

**DATE** 3-20-06

DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY THE HR DEPT. ONLY
*************************************************
*THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT*

FH002707          *Confidential*



## HR Information - New Hire/Changes

This form is to be completed by the employee and returned to HR for any of the following activities:

- ☐ New Hire
- ☐ Rehire
- ☐ Employee Information Change
- ☐ Transfer between Locations

| Social Security Number | Effective Date | Employee Number | Company | Company Name |
|---|---|---|---|---|
| 548942384 | | | | |

| Last Name | First Name | Middle Initial |
|---|---|---|
| SILVEY | PEGGY | JEWELL |

| Street |
|---|
| |

| Supplemental Address |
|---|
| |

| City | State | Zip Code | Date of Birth | Sex |
|---|---|---|---|---|
| | | | | Male ☐ Female ☐ |

| Home Telephone | Work Telephone | Maiden Name/Previous Name |
|---|---|---|
| | | |

| Emergency Contact Name | Relationship | Emergency Telephone |
|---|---|---|
| | | |

| Street | City | State | Zip Code |
|---|---|---|---|
| | | | |

| Ethnicity | Marital Status | Veteran Status |
|---|---|---|
| ☐ White<br>☐ Black<br>☐ Hispanic<br>☐ Asian/Pacific Islander<br>☐ American Indian/Alaska Native | ☐ Single<br>☐ Married | *Please Select all that apply*<br>☐ V - Vietnam Veteran<br>☐ S - Special Disabled - Veteran<br>☐ P - Other Protected Veteran |

r, 2002

FH002708

Confidential

# ABSENCE REPORT

NAME _Jewell Silvey_     NUMBER _____

DEPARTMENT _Production Packaging_ SHIFT _A_

First Date Absent _3/8/06_ Expected Return Date _3/9/06_

Reason for Absence:

- ☐ Illness
- ☐ Vacation
- ☐ Personal Time
- ☐ Family Death
- ☐ Accident on Job
- ☐ Family Leave Act
- ☐ Holiday
- ☐ Jury Duty
- ☐ Suspension
- ☐ Leave Without Pay
- ☐ Unknown
- ☐ _____

Explanation, if necessary _Jewell got upset with another employee and she told me she was leaving I talk to her tried to get her to stay but she left at 11:45 am_

Was Absence:

Expected in Advance     ☐ Yes     ☑ No

Reported on First Date Absent     ☑ Yes     ☐ No

Considered by Supervisor as     ☐ Excused     ☐ Unexcused

Date _3/9/06_     Prepared by _Frank Hall_

USE CARBON PAPER UNDERNEATH TO PREPARE DUPLICATE

© Copyright 1980, 1996 – SELECTFORM, INC., Box 3045, Freeport NY 11520     FORM 11 — Printed in U.S.A.

**ASSOCIATE ACKNOWLEDGMENT FORM**

The Associate handbook describes important information about the Company, and I understand that I should consult the Human Resource Manager regarding any questions not answered in the handbook. I have entered into my employment voluntarily and acknowledge that there is no specified length of employment. Accordingly, either the Company or I can terminate the relationship at will, with or without cause, at any time, with or without notice.

Since the information, policies, and benefits described here are necessarily subject to change, I acknowledge that revisions to the handbook may occur. All such changes will be communicated through official notices, and I understand that revised information may supersede, modify, or eliminate existing policies. Management has the ability to adopt any revisions to the policies in this handbook.

I also acknowledge that this handbook, a copy of which I have received, does not create or constitute a contract of employment. I have received the handbook, and I understand that it is my responsibility to read and comply with the policies contained in this handbook and any revisions made to it.

_Jewell Silvey_     _01-10-07_
ASSOCIATE'S SIGNATURE         DATE

_Jewell Silvey_
ASSOCIATE'S NAME (TYPED OR PRINTED)

Confidential

**FH002710**

39

# **Absence Report**

| | | | |
|---|---|---|---|
| Name | Jewel Silvey | Number | |
| Department | Packaging | Shift | 1 ST |
| First Date Absent | 10-01-07 | Expected Return Date | 10-2-07 |

<u>Reason For Absence</u>

- ☐ Illness
- ☐ Vacation
- ☐ Personal Time
- ☐ Family Death
- ☐ Accident on Job
- ☐ Family Leave Act

- ☐ Holiday
- ☐ Jury Duty
- ☐ Suspension
- ☐ Leave Without Pay
- ☐ Unknown
- ☐ _____

Explanation if necessary : Brother in Hospital

<u>Was Absence :</u>

| | | |
|---|---|---|
| Expected in Advance | ☐ Yes | X  No |
| Reported on First Date Absent | X  Yes | ☐ No |
| Considered by supervisor as | ☐ Excused | ☐ Unexcused |

Date : 10-3-07

Prepared by : Eugene Andrews

**FH002711**          **Confidential**

# Absence Report

| | | | |
|---|---|---|---|
| Name | Jewell Silvey | Number | |
| Department | Packaging | Shift | |
| First Date Absent | 9-15-07 | Expected Return Date | 9-17-07 |

Reason For Absence
- [ ] Illness
- [ ] Vacation
- [ ] Personal Time
- [ ] Family Death
- [ ] Accident on Job
- [ ] Family Leave Act

- [ ] Holiday
- [ ] Jury Duty
- [ ] Suspension
- [ ] Leave Without Pay
- [ ] Unknown
- [ ] _____

Explanation if necessary :  Arm Hurting

Was Absence :
Expected in Advance                    [ ] Yes        X No
Reported on First Date Absent          X Yes          [ ] No
Considered by supervisor as            [ ] Excused    [ ] Unexcused

Date :  9-15-07                        Prepared by : Eugene Andrews

**FH002712**                    **Confidential**

# Vacation Request

Employee _Jewell Silvey_

Dates Requested _7-30-07_

****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK****

Employee's Signature _Jewell Silvey_

Date _7-25-07_

Approved by supervisor: Yes _✓_ No___

Comments _My Son has court_

Supervisor's Signature _____

Date _7-25-07_

DO NOT WRITE BELOW THIS LINE - TO BE COMPLETED BY THE HR DEPARTMENT <u>ONLY</u>

-------------------------------------------------------------

THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT

DATE OF HIRE_____

ELIGIBLE FOR_____ _24_ _____HOURS

VERIFIED BY_____

DATE_____

WHITE - EMPLOYER                                           CANARY - EMPLOYEE

**Confidential**

FH002713

# **Absence Report**

| | | | | |
|---|---|---|---|---|
| Name | Jewell Silvey | Number | | |
| Department | Packaging | Shift | 1 st | |
| First Date Absent | 7-13-07 | Expected Return Date | 7-16-07 | |

<u>Reason For Absence</u>

- ☐ Illness
- ☐ Vacation
- ☐ Personal Time
- ☐ Family Death
- ☐ Accident on Job
- ☐ Family Leave Act

Explanation if necessary : Sick

- ☐ Holiday
- ☐ Jury Duty
- ☐ Suspension
- ☐ Leave Without Pay
- ☐ Unknown
- ☐ _____

<u>Was Absence :</u>
Expected in Advance
Reported on First Date Absent
Considered by supervisor as

☐ Yes     X No
X Yes     ☐ No
☐ Excused     ☐ Unexcused

Date : 7-13-07

Prepared by : Eugene Andrews

*FH002714*

**Confidential**

# VACATION REQUEST

**EMPLOYEE** *Jewell Silvey*                    (4 hrs)

**DATES REQUESTED** *6-11-07 morning ½ day*

*****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK******

**EMPLOYEE'S SIGNATURE** *Jewell Silvey*

**DATE** *6-7-07*

**APPROVED BY SUPERVISOR:  YES** ✓ **NO** ____

**COMMENTS** _____

_____

**SUPERVISOR'S SIGNATURE**

_____

**DATE** *6 - 7 -07*

DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY THE HR DEPT. <u>ONLY</u>
*********************************************

*THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT*

**DATE OF HIRE** _____

**ELIGIBLE FOR** ___*28*___ **HOURS**

**VERIFIED BY** ___*P*_____

**DATE** ___*6/15/07*___

FH002715

**Confidential**

# **Absence Report**

| | | | |
|---|---|---|---|
| Name | Jewell Silvey | Number | |
| Department | Packing | Shift | 1 ST |
| First Date Absent | 6-8-07 | Expected Return Date | 6-11-07 |

Reason For Absence
- ☐ Illness
- ☐ Vacation
- ☐ Personal Time
- ☐ Family Death
- ☐ Accident on Job
- ☐ Family Leave Act

Explanation if necessary : Arm Hurting

- ☐ Holiday
- ☐ Jury Duty
- ☐ Suspension
- ☐ Leave Without Pay
- ☐ Unknown
- ☐ _____

Was Absence :
Expected in Advance          ☐ Yes      X No
Reported on First Date Absent   X Yes   ☐ No
Considered by supervisor as    ☐ Excused   ☐ Unexcused

Date :  6-8-07                 Prepared by : Eugene Andrews

**FH002716**          **Confidential**

# **Absence Report**

Name                Jewell Silvey            Number
Department     Packaging               Shift                 1 ST
First Date Absent   6-1-07              Expected Return Date   6-2-07

Reason For Absence
☐ Illness
☐ Vacation
☐ Personal Time
☐ Family Death
☐ Accident on Job
☐ Family Leave Act

☐ Holiday
☐ Jury Duty
☐ Suspension
☐ Leave Without Pay
☐ Unknown
☐ _____

Explanation if necessary : Arm Hurtting

Was Absence :
Expected in Advance
Reported on First Date Absent
Considered by supervisor as

☐ Yes      X No
X Yes     ☐ No
☐ Excused   ☐ Unexcused

Date :  6-1-07                Prepared by : Eugene Andrews

**FH002717**             **Confidential**

# VACATION REQUEST

**EMPLOYEE** _Jewell Silvey_

**DATES REQUESTED** _5-18-07_

*****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK*****

**EMPLOYEE'S SIGNATURE** _Jewell Silvey_

**DATE** _5-14-07_

**APPROVED BY SUPERVISOR: YES** _/_ **NO** ____

**COMMENTS** _____

_____

**SUPERVISOR'S SIGNATURE**

_Ej_ _____

**DATE** _5-14-07_

DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY THE HR DEPT. <u>ONLY</u>
*********************************************************

*THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT*

**DATE OF HIRE** _____

**ELIGIBLE FOR** _36_ **HOURS**

**VERIFIED BY** _P_ _____

**DATE** _5/21/07_

FH002718      **Confidential**

Please read the following statements:

- Cleaning – the lines are looking better but we need to keep improving.
- Red containers should be used for waste.  If a box is being used for waste it must have an orange ATTENTION tag on the side of the box with waste written on the tag.
- Brooms, squeegees and shovels should be kept in the red containers.
- All good product containers should be on dollies
- Filler doors must be shut while the machine is running
- Stackers – keep all empty card board rolls and trash picked up and thrown away from shrink wrap machine
- Stackers – keep excess melted shrink wrap off belt of shrink wrap machine (belt cost $100.00 per foot to be replaced)
- AIB Violation – nothing should be placed on the white lines at any time (if a pallet is sitting on the white line call a fork lift driver to have it moved)

I understand that failure to follow these guidelines will result in disciplinary action up to and including termination.

_Jewell Silvey_
Employee Signature

_Jewell Silvey_
Name (Print)

_5-16-07_
Date

**FH002719**                    **Confidential**

Please read the following statements:

- Quality! Quality! Quality!  We must concentrate on producing our cases with as few mistakes as possible. We are doing better but we must keep improving.
- During changeovers all containers and trays must be removed from the line before starting the next order. We have had issues in the past with cans from different orders being placed in another order.
- Housekeeping.  It is everyone's job to keep this plant clean.  If your area is not clean I am letting you know in advance this could lead to disciplinary action.  If you have time to talk you have time to clean your area.

I understand that failure to follow these guidelines will result in disciplinary action up to and including termination

*Do not run fillers with doors open.*

Supervisor Signature

Name (Print)   Eugene Andrus

Date   5/9/07

Employee Signature

Name (Print)   Sewell Silvey

Date   5-9-07

**FH002720**            **Confidential**

# VACATION REQUEST

**EMPLOYEE** _Jewell Silvey_

**DATES REQUESTED** _3-5-07 (Monday)_

**\*\*\*\*\*VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK\*\*\*\*\*\***

**EMPLOYEE'S SIGNATURE** _Jewell Silvey_

**DATE** _2-28-07_

**APPROVED BY SUPERVISOR:  YES** ___ **NO** ____

**COMMENTS** _____

_____

**SUPERVISOR'S SIGNATURE**

_____

**DATE** _2-28-07_

DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY THE HR DEPT. <u>ONLY</u>
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
*THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT*

DATE OF HIRE _____

ELIGIBLE FOR _____44_____ HOURS

VERIFIED BY _____P_____

DATE _____3/6/07_____

FH002721            *Confidential*

# VACATION REQUEST

**EMPLOYEE** *Jewell Silvey*

**DATES REQUESTED** *Monday 1-29-07*

*****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK******

**EMPLOYEE'S SIGNATURE** *Jewell Silvey*

**DATE** *1-22-07*

**APPROVED BY SUPERVISOR: YES** ✓ **NO** ____

**COMMENTS** _____

_____

**SUPERVISOR'S SIGNATURE**

**DATE** *1-23-07*

DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY THE HR DEPT. <u>ONLY</u>
********************************************
*THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT*

DATE OF HIRE _____

ELIGIBLE FOR _____ *56* _____ HOURS

VERIFIED BY _____ *P* _____

DATE _____ *1/29/07*

**FH002722**                    *Confidential*

# VACATION REQUEST

**EMPLOYEE** *Jewell Silvey*

**DATES REQUESTED** *Friday 1-26-07*

*****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK******

**EMPLOYEE'S SIGNATURE** *Jewell Silvey*

**DATE** *1-23-07*

**APPROVED BY SUPERVISOR:  YES** ✓ **NO** ___

**COMMENTS** _____

_____

**SUPERVISOR'S SIGNATURE**

_____

**DATE** *1-24-07*

DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY THE HR DEPT. <u>ONLY</u>
**************************************************
*THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT*

DATE OF HIRE _____

ELIGIBLE FOR ____*64*____ HOURS

VERIFIED BY ____*P*____

DATE ____*1/26/07*____

**FH002723**                    **Confidential**

# EMERGENCY VACATION REQUEST

**EMPLOYEE** *Jewell Silvey*

**DATES REQUESTED** *1-17-07*

*****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK******

**EMPLOYEE'S SIGNATURE** *Jewell Silvey*

**DATE** *1-17-07*

**APPROVED BY SUPERVISOR:  YES** ___ **NO** ___

**COMMENTS** _____

_____

**SUPERVISOR'S SIGNATURE**

_____

**DATE** *1-18-07*

DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY THE HR DEPT. <u>ONLY</u>
**************************************************
*THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT*

**DATE OF HIRE** _____

**ELIGIBLE FOR** _____**HOURS**

**VERIFIED BY** _____

**DATE** _____

FH002724                              *Confidential*

# __Absence Report__

Name              Jewell Silvey          Number
Department        Packaging              Shift                        A
First Date Absent March 12, 2007         Expected Return Date         Unknown


<u>Reason For Absence</u>
XX☐ Illness                              ☐ Holiday
☐ Vacation                               ☐ Jury Duty
☐ Personal Time                          ☐ Suspension
☐ Family Death                           ☐ Leave Without Pay
☐ Accident on Job                        ☐ Unknown
☐ Family Leave Act                       ☐ _____
Explanation if necessary : Broke her foot


<u>Was Absence :</u>
Expected in Advance                      ☐ Yes      ☐ No
Reported on First Date Absent            ☐ Yes      ☐ No
Considered by supervisor as              ☐ Excused  ☐ Unexcused

Date : March 13, 2007                    Prepared by : CJJ


**FH002725**                             **Confidential**

has applied for STD

# VACATION REQUEST

**EMPLOYEE** Jewell Silvey

**DATES REQUESTED** Friday 01-12-07

*****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK******

**EMPLOYEE'S SIGNATURE** Jewell Silvey

**DATE** 01-10-07

**APPROVED BY SUPERVISOR:  YES ___  NO ____**

**COMMENTS** _____

_____

**SUPERVISOR'S SIGNATURE**

_____

**DATE** 1-10-07

DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY THE HR DEPT. <u>ONLY</u>
*************************************************
*THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT*

**DATE OF HIRE** _____

**ELIGIBLE FOR** ____ 80 ____ **HOURS**

**VERIFIED BY** V _____

**DATE** 1/11/07

*Confidential*

**FH002726**

## COMPLAINT PROCEDURE

**DATE:**   October 17, 2007
**TO:**     Jewell Silvey
**FR:**     Melvin Hutchins
**RE:**     Complaint

**REQUEST FOR BEING TREATED WITH RESPECT BY EUGENE ANDREWS**

**FIRST RESPONSE**

Your complaint dated September 17, 2007, has been reviewed as a first step.

"Eugene yelled at me as if I were dirt under his feet. To give my paperwork to Louise and get off the clock. When I said I needed to clean up the cans and take my trash out he yelled night shift could do it. I said I needed to get my things, he yelled again to get off the clock. I don't feel anyone should be yelled at or talked to like they were dirt under someone's feet. Eugene needs to take a breath and slow down. He seems to need a vacation or something. I really don't like to be treated that way. I have a temper too.

On Thursday, 13th Sept., Willie heard Eugene yell at me. He heard him yell to give my paperwork to Louise and get off the clock. He also heard Eugene yell at me when I was getting my things. Willie felt Eugene was talking or yelling at me as if I was a dog. Willie J. Neal."

Jewell, on September 13, 2007, Eugene was instructed to send Associates home who had worked the most hours during this week, and you happened to be one of them. Management has to constantly monitor production demands as well as control costs. As a result of this, there is no guarantee of a set number of hours which an Associate will work in any given week.

In addition, all Supervisors, Managers, and Associates of Bremner Food Group are to treat each other with respect. Accordingly, when this does not occur, it is addressed appropriately.


_Melvin Hutchins_

Melvin Hutchins
Production Superintendent

_Jewell Silvey_

Jewell Silvey
(Signature acknowledges receipt of this document only.)


**FH002727**              **Confidential**



**BREMNER**
**FOOD GROUP**

## COMPLAINT FORM

**NAME:** *Jewell Silvey*

**STEP 1:** I am not satisfied with the decision given to me by my supervisor on
*13d Sept. 2007*, and I wish to formally complain through the
Problem Resolution Procedure. The problem occurred on _____,
and is as follows: (use additional paper if necessary)

*Eugene yelled at me as if I were dirt under his feet. To give my paper work to Louise and get off the clock. When I said I needed to clean up the cans and take my trash out he yelled night shift could do it. I said I needed to get my things he yelled again to get off the clock.*

I am seeking the following solution:

*I don't feel anyone should be yelled at or talked to like the were dirt under someones feet. Eugene needs to take a breath and slow down. He seems to need a vacater or something. I really don't like to be treated that way. He has a temper*

*Jewell Silvey 17th Sept 2007*
Associate Signature                    Date

-----------------------------------------------------------------------

**STEP 2:** I have read the attached supervisor's response in Step 1 and:

(X) Do NOT wish to appeal this decision

( ) Wish to appeal this decision to Step 2, Human Resource Manager

*Jewell Silvey  10-17-07*
Associate Signature                    Date

**STEP 3:** I have read the attached written response in Step 2 and:

( ) Do NOT wish to appeal this decision          **FH002728**

( ) Wish to appeal to the Director of Operations          **Confidential**

_____
Associate Signature                    Date

**The decision reached in Step 3 will be final and binding.**


received
9-18-07

On Thursday 13th Sept. Willie heard Eugene yell at me. He heard him yell to give my paper work to Louise and get off the clock. He also heard Egene yell at me with I was getting my things. Willie felt Egene was talking & yelling at me as if I was a dog. Willie J Neal

FH002729

Confidential



To   E. Eugene Andrews/NC/Ralcorp@Ralcorp

cc   Deanna M. Lake/BR/Ralcorp@Ralcorp, Melvin G. Hutchins/NC/Ralcorp@Ralcorp, Ricky L. Smothers/NC/Ralcorp@Ralcorp

bcc

Subject   Re: 🖹

Dee,
The only thing I can add to this is that the day I sent her home she came up with why she cloud not go home had to clean up the Depalletizer. I told her that the line was going to be down it to the start of 2nd shift I would get them to clean it up, then she said she had to clean up around the Depalletizer. At that time I told her she had 5 minutes to get her paper work and get off the clock. I did not raise voice but I did speak to her firm voice.
E. Eugene Andrews/NC/Ralcorp



To   Deanna M. Lake/BR/Ralcorp, Ricky L. Smothers/NC/Ralcorp, Melvin G. Hutchins/NC/Ralcorp

cc

Subject

Dee,
Today line 4 went down I had to send people home that had the most hours one of them was Jewell Silvey she said that I don't send people I like home only the ones I don't like. She said like Louise Green. I called Melvin over to talk to her he told her if she did not like what I was doing about sending people home to go to H.R. By the way Louise is a filler opater not a Gen. labor

If you are not the intended addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to internet email for messages of this kind.

**Confidential**

**FH002730**



**Deanna M.
Lake/BR/Ralcorp**
09/20/2007 09:27 AM

To   Melvin G. Hutchins/NC/Ralcorp@Ralcorp
cc
bcc
Subject   Complaint

I received the following Complaint from Jewell Silvey on 09/17/07 regarding an incident on 09/13/07
with Eugene:

"Eugene yelled at me as if I were dirt under his feet. To give my paperwork to Louise and get off the clock.
When I said I needed to clean up the cans and take my trash out, he yelled night shift could do it. I said I
needed to get my things. He yelled again to get off the clock. I don't fell anyone should be yelled at or
talked to like they were dirt under someones feet. Eugene needs to take a breath and slow down. He
seems to need a vacation or something. I really don't like to be treated that way. I have a temper too. On
Thursday 13th Sept. Willie heard Eugene yell at me. He heard him yell to give my paperwork to Louise
and get off the clock. He also heard Eugene yell at me while I was getting my things. Willie felt Eugene
was talking or yelling at me as if I was a dog. Willie Neal."

Melvin -- Since I have having you prepare the first step response as opposed to Eugene since the complaint
is essentially about Eugene, I would suggest that you ask Eugene about the situation and also Willie Neal
then respond to this e-mail. Remind Eugene that an employee filing a Complaint should not be retaliated
against for doing so. I will in turn prepare your First Step Response to the Complaint.

Any questions or concerns, let me know.

Deanna ("Dee") M. Lake
Human Resource Manager
BFG - DOTHAN
2700 Horace Shepard Drive
Dothan, AL 36303
(334) 983-5643 Ext. 222
(800) 233-5979 Ext. 222
Fax: (334) 983-0252
dmlake@ralcorp.com

**FH002731**

**Confidential**



To  E. Eugene Andrews/NC/Ralcorp@Ralcorp

cc  Deanna M. Lake/BR/Ralcorp@Ralcorp, Melvin G. Hutchins/NC/Ralcorp@Ralcorp

bcc

Subject  Re: 📄

Melvin, Eugene and all the other supervisors have been instructed to get the people with the most hours of the clock asap in order to reduce overtime . Thanks

Ricky Smothers
Manager of Maintenance & Production
bfg / Dothan
334-983-0234
E. Eugene Andrews/NC/Ralcorp



To  Deanna M. Lake/BR/Ralcorp@Ralcorp, Ricky L. Smothers/NC/Ralcorp@Ralcorp, Melvin G. Hutchins/NC/Ralcorp@Ralcorp

cc

Subject

Dee,
  Today line 4 went down I had to send people home that had the most hours one of them was Jewell Silvey she said that I don't send people I like home only the ones I don't like. She said like Louise Green. I called Melvin over to talk to her he told her if she did not like what I was doing about sending people home to go to H.R. By the way Louise is a filler opater not a Gen. labor

If you are not the intended addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email.  Please advise immediately if you or your employer do not consent to internet email for messages of this kind.

FH002732

Confidential

**DOCUMENTATION FORM**

Employee Name: Jewell Silvey

Investigating Supervisor: _____ Date: _____

Present: _____

_____

Who was involved: Me ! Eugene

Witness (s): _____

Date of incident: 9-12, 9-13

Where did it take place: Line 4

When did it take place (time and day): 2:48 9-12    1:05  9-13

What happened: HE has in a mean voice told me
to go home without cleaning cans off
the floor. He said Night Shift could
clean them up. He has his favots
he hugs and jokes around with
yet he has always talk to me as
if I'm under his feet never
a nice word. Even saying good
morning to him one day with no reply
from him back yet one of Eaniot he made
sure he said good morning to.

Did this result in down time? _____If yes how much?

Did this result in product being scrapped?   If yes how much?

Attach an additional sheet if needed for witness statements following the same format.

FH002733                    Confidential

**DOCUMENTATION FORM**

Employee Name: Willie Neal

Investigating Supervisor:
 Date:

Date of incident: 9-19-07

Where did it take place: Line 3 - (by the wrapper)

When did it take place (time and day): between 1:00 PM - 2:00 PM

What happened:

Jewell was cleaning up - Eugene came
thru the curtain with a real high tone voice
and told her to go see Louise, turn in her
paperwork and get out of here. Eugene
raised his voice again at Jewell within
the next 5 to 10 minutes. Jewell told
Eugene that she was trying to clean up.
Eugene told Jewell to let 2nd shift clean
it up. Eugene's voice was like he
was talking to an "animal". Jewel looked
like she wanted to cry.

**Confidential**

**FH002734**

Did this result in down time? ___N/A___ If yes how much? ___N/A___

Did this result in product being scrapped? If yes how much? N/A

Attach an additional sheet if needed for witness statements following the same format.

Willie Neal 9-24-07

# **Vacation Request**

Employee _Jewell Silvey_

Dates Requested _12 noon 2-14-08 AND 2-15-08_

****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK****

Employee's Signature _Jewell Silvey_

Date _2-11-08_

Approved by supervisor: Yes _✓_ No____

Comments_____

_____

_____

Supervisor's Signature _Melvin Hutchins_

Date _2-13-08_

DO NOT WRITE BELOW THIS LINE - TO BE COMPLETED BY THE HR DEPARTMENT <u>ONLY</u>

-------------------------------------------------------------

THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT

DATE OF HIRE_____

ELIGIBLE FOR_____HOURS

VERIFIED BY_____

DATE_____

WHITE - EMPLOYER                                    CANARY - EMPLOYEE

**FH002735**

**Confidential**

# **Vacation Request**

Employee _Jewell Silvey_

Dates Requested _Jan 16th 18, 2008_

****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK****

Employee's Signature _Jewell Silvey_

Date _Jan 14, 2008_

Approved by supervisor: Yes _✓_ No ___

Comments _My Dad needs me._

Supervisor's Signature _Melvin Hutchins_

Date _1-15-08_

DO NOT WRITE BELOW THIS LINE - TO BE COMPLETED BY THE HR DEPARTMENT <u>ONLY</u>

------------------------------------------------------------

THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT

DATE OF HIRE_____

ELIGIBLE FOR_____64_____HOURS

VERIFIED BY____V_____

DATE_____1/17/08_____

WHITE - EMPLOYER

CANARY - EMPLOYEE

**FH002736**

**Confidential**

# **Vacation Request**

Employee _JEWELL SILVEY_

Dates Requested _JAN 7 & 8 2008_

****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK****

Employee's Signature _Jewell Silvey_

Date _12-21-07_

Approved by supervisor: Yes___ No___

Comments _My Birthday_

Supervisor's Signature _____

Date _12-28-07_

DO NOT WRITE BELOW THIS LINE - TO BE COMPLETED BY THE HR DEPARTMENT <u>ONLY</u>

-------------------------------------------------------------

THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT

DATE OF HIRE_____

ELIGIBLE FOR _____8 0_____ HOURS

VERIFIED BY_____

DATE_____1/9/08_____

WHITE - EMPLOYER                                CANARY - EMPLOYEE

FH002737

**Confidential**

# **Vacation Request**

Employee _JEWELL SILVEY_

Dates Requested _1-25-08_

****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK****

Employee's Signature _Jewell Silvey_

Date _1-23-08_

Approved by supervisor: Yes _✗_ No____

Comments_____

_____

_____

Supervisor's Signature _____

Date _1-23-08_

DO NOT WRITE BELOW THIS LINE - TO BE COMPLETED BY THE HR DEPARTMENT <u>ONLY</u>

-------------------------------------------------------------

THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT

DATE OF HIRE_____

ELIGIBLE FOR_____ _56_ _____HOURS

VERIFIED BY_____ _P_ _____

DATE_____ _1/28/08_ _____

WHITE - EMPLOYER                                    ·CANARY - EMPLOYEE

*Confidential*

# **Vacation Request**

Employee _Jewell Silvey_

Dates Requested _Oct 26th 2007     Friday_

****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK****

Employee's Signature _Jewell Silvey_

Date_____

Approved by supervisor: Yes _✓_ No___

Comments_____

_____

_____

Supervisor's Signature_____

Date _10-23-07_

DO NOT WRITE BELOW THIS LINE - TO BE COMPLETED BY THE HR DEPARTMENT <u>ONLY</u>

-----------------------------------------------------------

THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT

DATE OF HIRE_____

ELIGIBLE FOR_____8_____HOURS

VERIFIED BY _P_____

DATE_____10/23/07_____

WHITE - EMPLOYER                                    CANARY - EMPLOYEE

FH002739     —     **Confidential**

# **Vacation Request**

Employee _Jewell Silvey_

Dates Requested _21st Sept. 2007_

****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK****

Employee's Signature _Jewell Silvey_

Date _13th Sept. 2007_

Approved by supervisor: Yes _✓_ No___

Comments_____

_____

_____

Supervisor's Signature _E_____

Date _9-13-07_

DO NOT WRITE BELOW THIS LINE - TO BE COMPLETED BY THE HR DEPARTMENT <u>ONLY</u>

-----------------------------------------------

THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT

DATE OF HIRE_____

ELIGIBLE FOR_____ _16_ _____HOURS

VERIFIED BY_____ _V_ _____

DATE_____ _9/19/07_ _____

WHITE - EMPLOYER

CANARY - EMPLOYEE

FH002740    **Confidential**

# JOB TRADE/COVERAGE

To schedule an approved day off, the following information must be completed and approved by the appropriate Supervisor.

Date of request _11-19-07_

Associate requesting time off _JEWELL SILVEY_
(please print)

_Jewell Silvey_
(signature)

Position _depal_

Department _packaging_      Shift _1st_

Date(s) requested _24 and 25 Nov. 2007_

---

Covering Associate _E.D. WALKER_
(please print)

_E.D. Walker_
(signature) I agree to cover the shift for the above associate. I
understand that failure to do so may result in an occurrence(s) being
charged against my attendance record.

Position _depal_      Department _packaging_

Covering From _6Am 24, 25_ to _off 24, 25_

Supervisor Approval _____

Date Approved _____      **FH002741**

Send to Human Resources

**Confidential**

* Not approved due to lack of knowledge of the job.
11-19-07      _Jewell Silvey_
* Witnessed by Chris Jordan

# **Absence Report**

Name              Jewel Silvey
Department        Packaging            Number
First Date Absent 11-10-07             Shift                    1ST
                                       Expected Return Date     11-12-07


<u>Reason For Absence</u>
☐ Illness                    ☐ Holiday
☐ Vacation                   ☐ Jury Duty
☐ Personal Time              ☐ Suspension
☐ Family Death               ☐ Leave Without Pay
☐ Accident on Job            ☐ Unknown
☐ Family Leave Act           ☐ _____
Explanation if necessary : Hurt Shoulder pushing a car


<u>Was Absence :</u>
Expected in Advance              ☐ Yes          X No
Reported on First Date Absent    X Yes          ☐ No
Considered by supervisor as      ☐ Excused      ☐ Unexcused

Date : 11-10-07

                                 Prepared by : Eugene Andrews


**FH002742**                **Confidential**

# ABSENTEEISM WARNING NOTICE

TO: Jewell Silvey          DATE: 10/10/07

DATES & REASON:

*ABSENT*: 10/01/07, 09/15/07, 07/13/07, 06/08/07, 06/01/07

*TARDY*:

*LEFT EARLY*:

ACTION TAKEN:

__X_____    VERBAL WARNING (5 OCCURENCES)

_____    WRITTEN WARNING (7 OCCURENCES)

_____    FINAL WARNING (8 OCCURENCES)

_____    TERMINATION (9 OCCURENCES)

SUPERVISORS SIGNATURE _____

DATE _____ 10-15-07 _____

EMPLOYEES SIGNATURE _Jewell Silvey_

DATE _____ 10-15-07 _____

**FH002743**

*Confidential*



| | |
|---|---|
| To | Deanna M. Lake/BR/Ralcorp@Ralcorp, Ricky L. Smothers/NC/Ralcorp@Ralcorp |
| cc | E. Eugene Andrews/NC/Ralcorp@Ralcorp, T. Bruce Cassady/NC/Ralcorp@Ralcorp |
| bcc | |
| Subject | Meeting with Jewell and Linda |

I met with Jewell and Linda yesterday to discuss in part the issue of them not getting along together. I told them they would not be moved because of this issue and it was there responsibility to have a good working relationship. I explained to them, that if there continued to be issues regarding there behavior towards on another, it would be a performance issue. If there were issues, those issues needed to brought to the attention of their supervisors. The supervisors would request documentation and once the documentation was completed, it would be brought to the attention of HR. I also explained to them, to not put themselves in a position that could possibly cause them there job. I ask Jewell and Linda did they understand what was being asked of them, and both replied, yes.

Bruce and Eugene were both present during this meeting.

Melvin Hutchins
Production Superintendent
Nutcracker
(334) 983-0240

FH002744                    Confidential

**03/01/08      Notes re:  Conversation with Linda Parker**

Prior to Linda Parker submitting her two Documentation Forms she mentioned to me that her and Jewell Silvey were not getting along.  In this conversation, Linda said that Jewell had even threatened her but that there were no witnesses to this threat so it would be Linda's word against Jewell's.  I told Linda that if that was the case that the Production Superintendent would have a meeting with both her and Jewell and explain that they are required to work together and get along and that if any specific issues arise that they will be addressed accordingly.

Dana M. Hall

03/01/08

**FH002745**

**Confidential**

## DOCUMENTATION FORM

Employee Name: *Linda Parker*

Investigating Supervisor:

Date: *01/30/08*

Present: *Linda & Jewell*

Who was involved: *Linda & Jewell*

Witness (s): *N/A*

Date of incident: *01/30/08*

Where did it take place: *Depall*

When did it take place (time and day): *Depall 12:10 P.M.*

What happened:

*The event I'm about to tell you happened Feb. 7, but before I do this I need to tell you about what happened on Jan. 30, that brought all of this on. Sullie(new girl that rotates everybody out came up to take Jewell's place for break and I was trying to help her out, but anyway when Jewell came back her pallet of cans was a mess and Jewell blame it on me, so I left her alone the rest of the day. The next day I got the hook that we strenghten our cans up with, and when I did this I noticed that one of Jewell cans had turned over so I strainghen her's up first and she told me not to mess with her*

Did this result in down time? _____ If yes how much?

Did this result in product being scrapped?   If yes how much?

Attach an additional sheet if needed for witness statements following the same format.

**Confidential**

**FH002746**

# DOCUMENTATION FORM

Employee Name:

Investigating Supervisor:

Date:

Present:

Who was involved: _Linda & Jewell_

Witness (s):

Date of incident:

Where did it take place:

When did it take place (time and day):

What happened:

_I know I have got a write up on Jewell already. But there are a few things I need to add. For example she has made two threats to me. Her words exactly were "You better hope to God you never see me out side of work." And just about every day she makes snide remarks just to get me to say something bash to her, but I haven't said a word to her other than what I said in my last statement. And I still haven't said anything to her. Jewell has called me lazy and a little weasle. A couple of times I have accidentally bumped into her and she yelled at me, I better watch it. There is so much tension. We need a meeting as soon as possible._

_Thank you_
_Linda Parker_

Did this result in down time? _____ If yes how much?

Did this result in product being scrapped?    If yes how much?

Attach an additional sheet if needed for witness statements following the same format.

FH002748

**Confidential**

## SAFETY BEHAVIOR OBSERVATION REPORT
### RALCORP HOLDINGS, INC.

| Name: _Linda Parker_ | Department: _Packaging_ | Date: _2-9-08_ |
|---|---|---|
| Occupation: _Depa_ | Job & Line Observed: | Type of Observation:<br>☐ INITIAL    ☐ FOLLOW-UP |
| Time With Company: | Time on Present Job | Notification<br>☐ Told in Advance    ☐ Not Told in Advance |

Reason For Observation:
- ☐ Job Procedure/Practice Update
- ☐ Accident Repeater
- ☐ Incapacitated Worker
- ☐ Training Follow-Up
- ☐ Experienced Worker Check

### JOB OBSERVATION

| Could any of the practices or conditions observed result in property damage or personal injury?<br>Circle:    YES    (NO) | Were the methods and practices observed the most efficient and productive?<br>Circle:    (YES)    NO |
|---|---|
| Did the practices you observed comply with all of the applicable standards that exist for this task or job?<br>Circle:    (YES)    NO | Could any of the practices you observe have a detrimental effect upon the quality of the product?<br>Circle:    YES    (NO) |

Describe clearly below any practices or conditions related to items above that deserve compliment or correction (PPE, Lifting, Material Handling, Equipment Operation, Housekeeping, etc.):

_Does not use EAR plugs only tucks_
_them under her HAIR NETS_
_Gets on steps to where I can NOT_
_Hold rails when going up or down_

| Have you properly complimented and/or reinstructed the worker on these observation?<br>Circle:    (YES)    NO | Should a follow-up observation of this worker or task be made in the near future?<br>Circle:    (YES)    NO |
|---|---|

Describe any standard procedure, method or equipment you observed that should be considered for change in the interest of safety, quality or productivity:

_Jewell Silvey_ 2-9-08          (MH) 2-9-08
Observer                Date

_[signature]_ 2-9-08
Supervisor                Date

Safety Manager                Date

**FH002749**                **Confidential**



TO: Peggy Silvey                Check Seq Code:   04-06MFG01

We currently show the following ethnicity/race information for you in our HR/Payroll system.  Due to recent regulatory changes with EEO-1 reporting, race/ethnicity categories have been expanded to the 7 choices indicated below.  Ralcorp has elected to survey all of its employees to provide an opportunity to choose a new race/ethnicity designation.

| |
|---|
| Name:  Peggy Silvey       Emp. #:  200836      Co. #:  C94      Location:  Dothan |
| **Current Ethnicity/Race:**  <u>White</u> |
| *NOTE:  If you are currently listed as "Asian or Pacific Islander" you must make a new election.* |

| | |
|---|---|
| **1. Hispanic or Latino** | **4. Hawaiian/Pacific Islander** |
| **2. White** | **5. Asian** |
| **3. Black or African American** | **6. American Indian or Alaskan** |
| **7. Two or more races** | |

If you are not making a change to your race/ethnicity category, you do not need to respond to this survey.  **For a change, circle one and return this form to your local HR office no later than August 17, 2007.**

**FH002750**                          **Confidential**

# **Vacation Request**

Employee _Jewell Silvey_

Dates Requested _April 4th 2008_

****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK****

Employee's Signature _Jewell Silvey_

Date _3-17-08_

Approved by supervisor: Yes _✓_ No___

Comments_____

_____

_____

Supervisor's Signature_____

Date _3 27 08_

DO NOT WRITE BELOW THIS LINE - TO BE COMPLETED BY THE HR DEPARTMENT <u>ONLY</u>

-----------------------------------------------

THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT

DATE OF HIRE_____

ELIGIBLE FOR_____36_____HOURS

VERIFIED BY__JG_____

DATE _3/4/08_

WHITE - EMPLOYER          **FH002751**          **Confidential**     MPLOYEE

I, _SEWELL SILVEY_, have received the training on
PRINT NAME
Can, Jar and Bag seal requirements and testing procedures, including leak testing
Weight Control Plan and records
Date Coding and records
Packaging Food Contact Records
Label Storage, Staging, Delivery, Use, Record Keeping, and Restocking Procedures
HAACP testing and records

and understand what is expected of me.

Signed _Sewell Silvey_    Date __3-6-2008_____

Trainer: ___R Ream_____
          Randy Ream

**FH002752**                    **Confidential**

I, _Jewell Silvey_, have received the training on
PRINT NAME
GMP and HACCP Refresher
Buildup SOP
Allergen Inspection Certification
Salt testing
Sugar testing
Breakage Standards and Testing

and understand what is expected of me.

Signed _Jewell Silvey_ Date __3-5-2008____

Trainer: _R Ream_
Randy Ream

**FH002753**                    **Confidential**

# EXHIBIT I

*Emergency*

## VACATION REQUEST

**EMPLOYEE** Linda Thornton

**DATES REQUESTED** 4-13-06

*****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK******

**EMPLOYEE'S SIGNATURE** Linda Thornton.

**DATE** 4-17-06

**APPROVED BY SUPERVISOR: YES** ✓ **NO** ___

**COMMENTS** Blood Pressure problems.

_____

**SUPERVISOR'S SIGNATURE**

_____

**DATE** 4-13-06

DO NOT WRITE BELOW THIS LINE -- TO BE COMPLETED BY THE HR DEPT. ONLY
**************************************************
*THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT*

**DATE OF HIRE** _____

**ELIGIBLE FOR** 48 **HOURS**

**VERIFIED BY** _____

**DATE** 4/13/06

FH000056

# ABSENCE REPORT

NAME _Linda Thornton_      NUMBER _____

DEPARTMENT _Packaging_      SHIFT _A_

First Date Absent _4-6-06_    Expected Return Date _____

Reason for Absence:

☑ Illness            ☐ Holiday

☐ Vacation        ☐ Jury Duty

☐ Personal Time    ☐ Suspension

☐ Family Death     ☐ Leave Without Pay

☐ Accident on Job   ☐ Unknown

☐ Family Leave Act   ☐ _____

Explanation, if necessary _I sent Linda Thornton_
_home due to high blood pressure._
_____

Was Absence:

Expected in Advance        ☐ Yes    ☐ No

Reported on First Date Absent.   ☐ Yes    ☐ No

Considered by Supervisor as     ☐ Excused   ☐ Unexcused

Date _4-10-06_     Prepared by _CQMc_

USE CARBON PAPER UNDERNEATH TO PREPARE DUPLICATE

© Copyright 1980, 1996 — SELECTFORM, INC., Box 3045, Freeport NY 11520     FORM 11 — Printed in U.S.A.

FH000058

# EXHIBIT J

## DOCUMENTATION FORM

Employee Name: Catherine Long

Investigating Supervisor: Chris Jordan            Date: 6-15-06

Present: _____

_____

Who was involved: Frank Williams and Linda Thornton

Witness (s): _____

Date of incident: 6-14-06

Where did it take place: Line 3 label Machine

When did it take place (time and day): Before 1200 Noon

What happened: well linda just had
came from Break and she
asked Frank to help her clean
off the table By Line 3 label
machine I hear Frank said
the F word and I cant
do every dam thing.
that all I heard except he
was doing abt of Yelling and
execit. Excit. Exect.

Did this result in down time? _____ If yes how much?

Did this result in product being scrapped?   If yes how much?

Attach an additional sheet if needed for witness statements following the same format.

**FH000028**

## DOCUMENTATION FORM

Employee Name: _Tamekia Cooke_

Investigating Supervisor: _Chris_____ Date: _6-15-06_

Present: _____

_____

Who was involved: _Frank Williams + Linda Thornton_

Witness (s): _____

Date of incident: _6-14-06_

Where did it take place: _Line 3 label Machine_

When did it take place (time and day): _Before lunch_

What happened: _line 3 label machine messed up & we had bad labels on the work area & we cleaned some & when Linda got back from back some was left up there and she asked Frank what about this mess and Frank walked off saying curse words exact I don't know so Linda said something to him. He ate yeco eye co. He threw his hands up & said fuck it and went threw the curtains. She was ignoring him but it was words still being said from Kim._

_____

Did this result in down time? _____If yes how much?

Did this result in product being scrapped?   If yes how much?

Attach an additional sheet if needed for witness statements following the same format.

# EXHIBIT K

✓

# VACATION REQUEST

**EMPLOYEE** _Tommy Nance_

**DATES REQUESTED** _June 15th 1/2 day_

*****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK******

**EMPLOYEE'S SIGNATURE** _Tommy Nance_

**DATE** _6/2/06_

**APPROVED BY SUPERVISOR: YES** _✓_ **NO** ____

**COMMENTS** _____

_____

**SUPERVISOR'S SIGNATURE**

_Mary Ann Bayes_

**DATE** _6-2-2006_

DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY THE HR DEPT. ONLY
************************************************
*THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT*

**DATE OF HIRE** _____

**ELIGIBLE FOR** _88_ **HOURS**

**VERIFIED BY** _P_

**DATE** _6/12/06_

CONFIDENTIAL

FH000764

# VACATION REQUEST

**EMPLOYEE** _Tommy Mance_

**DATES REQUESTED** _5/19   ½ Day - 4 hours_

*****VACATION PAY CAN ONLY BE GRANTED FOR TIME AWAY FROM WORK******

**EMPLOYEE'S SIGNATURE** _Tommy Mance_

**DATE** _5/23/06_

**APPROVED BY SUPERVISOR:  YES ___   NO ____**

**COMMENTS** _____

_____

**SUPERVISOR'S SIGNATURE**

_Mary Ann Boggs_

**DATE** _5/23/2004_

DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY THE HR DEPT. <u>ONLY</u>
*************************************************
*THIS SECTION TO BE COMPLETED BY THE HR DEPARTMENT*

**DATE OF HIRE** _____

**ELIGIBLE FOR** _92_ **HOURS**

**VERIFIED BY** _P_____

**DATE** _5/23/06_

**CONFIDENTIAL**

# EXHIBIT L

Flavor House Products

Daily Label Operator Check Sheet

Line **BA**

Date **5-04-06**

Startup

1. ☑  The proper labels are on the label cart.
2. ☑  Set to proper size.
3. ☑  The proper glue rod (can line) and glue wheel (jar line) are in place.
4. ☑  Check glue pots
5. ☑  Check for worn or broken parts.

Shut Down

6. ☑  Check glue pots and fill if necessary.
7. ☑  Check for worn or broken parts.
8. ☑  Machine is cleaned properly.
9. ☑  Label machine is changed over to the next day's size if needed. *Night Shift*
10. ☑  Labels are put up correctly.

Explain any mechanical problems or issues with labels (size, color, etc.)
down time today — B wheels just falling off — using incorrect size — hydraulic switch went out pressure going ↑ and ↓. Can't wait for the new machine to get here.

Signature *Linda Thornton*

Confidential

FH002861

# EXHIBIT M

# FREEDOM
# COURT REPORTING
367 Valley Avenue
Birmingham, Alabama 35209
205.397.2397
877.373.3660

## WITNESS CERTIFICATION

I, Mary Ann Boyer said witness, do hereby acknowledge that I have read the foregoing transcript of my testimony and that it is a true and correct transcription of the answers given by me to the questions propounded, except for the changes, if any, noted on the attached errata sheet.

Mary Ann Boyer
Witness Signature above:

Printed name: Mary Ann Boyer

Sworn to and subscribed before me, this the 10th day of July, 2008.

Catherine Brownlee
Notary Public
My Commission expires: June 22, 2010

| | |
|---|---|
| Deposition of: | Mary Ann Boyer |
| Taken: | 05/13/2008 |
| Court Reporter: | Renny McNaughton |

## TRANSCRIPT ERRATA SHEET

Deposition of:     Mary Ann Boyer
Taken:             05/13/2008
Court Reporter:    Renny McNaughton

Page #:        Line #:        Correction/Reason for change:

P42        p21-23, p43 line 15    After my deposition, I reviewed the 2-23-06 Documentation form of Jewell Silvey an an undated documenta tion form of Tracey Brantley, and realized that the investigation into Linda talking to a female employee in the smoking area about Frank's past and suggesting that she get on a website to get information about Frank and bring it to work, actually occurred in Feb or March 2006. These documents were not shown to me during my deposition, and I confused the feb\March incident with what happened in June. There was an investigation concerning Linda in June, around the time she left, that may have led to discipline had Linda returned to work, but I do not remember specifically what it was that led to this investigation I believe it was something that came to our attention after Linda's last day at work

## TRANSCRIPT ERRATA SHEET

Deposition of:        Mary Ann Boyer
Taken:                05/13/2008
Court Reporter:       Renny McNaughton

Page #:        Line #:        Correction/Reason for change:

P 46 line 14
P 47 line 20

After my deposition, I reviewed the 2-23-2006 Documentation form of Jewell Silvey and an undated Documentation form of Tracey Brantley, and realized th investigation into Linda talking to a female employee in the smoking area about Frank's past and suggesting that she get on a website to get informatic about Frank and bring it to work actually occurred in Feb or March 2006. These documents were not shown to me during the deposition, I confused the Feb/March incident with what happened in June. There was an investigation concerning Linda around the time she left that may have led to disciplin had Linda returned to work, but I don't recall what specifically it was that led to the investigation. I believe that it was something that came to our attention after Linda's last day at work, and the investigation was never complete

## TRANSCRIPT ERRATA SHEET

Deposition of:      Mary Ann Boyer
Taken:              05/13/2008
Court Reporter:     Renny McNaughton

Page #:        Line #:        Correction/Reason for change:

p 67          line 19        After my deposition, I reviewed the
p 68          line 11        2-23-06 Documentation form of Jewell
                             Silvey and an undated Documentation
                             form of Tracey Brantly, and realized that
                             the investigation into Linda talking to
                             a female employee in the smoking are
                             about Frank's post and suggesting that
                             she get on a website to get information
                             about Frank and bring it to work
                             actually occured in Feb-March 2006. These
                             documents were not shown to me during
                             the deposition, and I confused the
                             Feb/March incident with what happened
                             in June. There was an investigation
                             concerning Linda around the time
                             she left that may have led to discipline
                             if Linda had returned to work, but I
                             do not recall specifically what it was that
                             led to this investigation. I believe that
                             it was something that came to our attention
                             after Linda's last day at work, and the
                             investigation was never completed because

# EXHIBIT N

# EMPLOYEE STATUS CHANGE

*Please check applicable box*

- [ ] New Hire
- [ ] Transfer (Lateral)
- [ ] Certification
- [ ] Promotion
- [ ] Termination
- [x] Salary Adjustment
- [ ] Title/Grade Change
- [ ] Other _____
- [ ] Leave of Absence

**Effective Date of this Action:** 5-15-06

**New Department Salary Account No.:** _____

| Employee Name (Last) Thornton | First Linda | Middle |
|---|---|---|

### CURRENT STATUS

| Job Title Label Opr. | Grade ✓ | Department Production | Location | Reports To: |
|---|---|---|---|---|

- [ ] Exempt
- [x] Non Exempt
- [x] F/T Regular
- [ ] P/T Regular
- [ ] Temporary

### NEW STATUS

| Job Title | Grade | Department | Location | Reports To: |
|---|---|---|---|---|

- [ ] Exempt
- [ ] Non Exempt
- [ ] F/T Regular
- [ ] P/T Regular
- [ ] Temporary

## Salary Adjustment

**Current Salary Range**

| Minimum | Midpoint | Maximum |
|---|---|---|

**Current Salary (or Salary for New Employee)**
- Per Month $ _____
- Per Year $ _____
- Hourly (if Applicable) $ 11.62

**Amount of Change**
- Per Month $ _____
- Per Year $ _____
- Hourly (if Applicable) $ _____

**Percentage**
- Merit ___%
- Promotional ___%

**New Salary**
- Per Month $ _____
- Per Year $ _____
- Hourly (if Applicable) $ 11.90

## Termination

**Reason for Separation**

- [ ] Voluntary
- [ ] Involuntary

**Last Day Worked**

**Comments** Pay for Skill - Level 4

## Approval:

| Requesting Department Manager/Date | Department Head/Date | Corporate Officer/Date |
|---|---|---|

### Human Resources Use Only - Do Not Complete This Section

| Social Security No. | Job Number | EEO Code - Job Group | Census Code | Department Name |
|---|---|---|---|---|
| Company # / Floor # | Source Code | W/C Code | Rate Code   H [ ]   M [ ] | Job Posting # | Replaced |
| Separation Pay [ ]Y [ ]N | Vacation Pay [ ]Y [ ]N | Term Code | Last Day Paid | Payroll Entry Date |

Tommy Moon 5/10/06

| H.R. Manager Approvals/ Date | Compensation Analyst/Date | H.R. Data Specialist/Date |
|---|---|---|

FH000013

# EXHIBIT O



TO:   **ALL EMPLOYEES OF RALCORP HOLDINGS, INC.**

<u>POLICY AGAINST HARASSMENT</u>

Ralcorp Holdings, Inc. and its subsidiaries and affiliates seek to maintain high standards of business by creating and maintaining a work environment that is free from unlawful harassment. It is Ralcorp's policy that harassment on the basis of any legally protected category is prohibited. Any harassment based on race, creed, color, religion, national origin, ancestry, age, sex, sexual orientation, veteran status or a physical or mental disability is a violation of Company policy. All persons conducting business for the Company, whether on or off Company property, are prohibited from engaging in harassment and shall respect the rights of others to work in an environment free from harassment. This includes employees, officers, managers, supervisors, contractors and vendors of the Company. Additionally, officers, managers and supervisors are responsible for enforcing this policy and for maintaining a workplace free from unlawful harassment.

Prohibited harassment is conduct relating to an individual's race, religion, color, age, sex, sexual orientation, national origin, ancestry, veteran status or status as an individual with a disability, that has the purpose or effect of:

* creating an intimidating, hostile, or offensive work environment;
* unreasonably interfering with an individual in work performance;
* adversely affecting an individual's employment opportunity.

In addition to the above, sexual harassment is defined as unwelcome sexual advances, requests for sexual favors and conduct of a sexual nature when:

* submission to such conduct is made either explicitly or implicitly a term or condition of employment; or
* submission to or rejection of such conduct is the basis for or a factor in any employment decision affecting the individual.

Examples of inappropriate conduct/harassment include:

* <u>Verbal harassment</u> - such as epithets, derogatory or suggestive comments, demeaning jokes, slurs, threats, etc.

* <u>Physical harassment</u> - such as assault, unnecessary touching, impeding or blocking movement, physical interference with normal work or movement, etc.

* <u>Visual harassment</u> - such as derogatory or demeaning pictures, posters, cards, cartoons, graffiti, gestures, etc.

Any officer, manager or supervisor who becomes aware of unlawful harassment or inappropriate behavior must take immediate corrective action. In addition, they should consult with their Human Resources Department when investigating harassment claims of any kind.

Any employee who has a complaint, question or concern regarding any type of unlawful discrimination or harassment is encouraged to bring it to the attention of their immediate supervisor, their local Human Resources representative, their local Equal Employment Coordinator or Ralcorp's St. Louis Equal Employment Opportunity Manager. Employees may also utilize the toll-free confidential reporting hotline to report harassment complaints. All concerns and complaints will be thoroughly reviewed and investigated in a timely manner. Every effort will be made to conduct the investigation on a confidential basis, with disclosure made only where there is need to know. Any prohibited harassing behavior will result in disciplinary action up to and including termination of employment. Retaliation or reprisal against persons who report harassment or cooperate or assist in the investigation of a complaint of harassment is also prohibited by this policy. Persons engaging in such behavior will be subject to disciplinary action up to and including termination of employment.

*Kevin J. Hunt*

Kevin J. Hunt
Co-Chief Executive Officer and
President
January 2005

*David P. Skarie*

David P. Skarie
Co-Chief Executive Officer and
President

FH000283



**Ralcorp**

**TO:    ALL EMPLOYEES OF RALCORP HOLDINGS, INC.**

### POLICY AGAINST HARASSMENT

Ralcorp Holdings, Inc. and its subsidiaries and affiliates seek to maintain high standards of business by creating and maintaining a work environment that is free from unlawful harassment. It is Ralcorp's poll that harassment on the basis of any legally protected category is prohibited. Any harassment based on race, creed, color, religion, national origin, ancestry, age, sex, sexual orientation, veteran status or a physical or mental disability is a violation of Company policy. All persons conducting business for the Company, whether on or off Company property, are prohibited from engaging in harassment and shall respect the rights of others to work in an environment free from harassment. This includes employees, officers, managers, supervisors, contractors and vendors of the Company. Additionally, officers, managers and supervisors are responsible for enforcing this policy and for maintaining a workplace free from unlawful harassment.

Prohibited harassment is conduct relating to an individual's race, religion, color, age, sex, sexual orientation, national origin, ancestry, veteran status or status as an individual with a disability, that has a purpose or effect of:

* creating an intimidating, hostile, or offensive work environment;
* unreasonably interfering with an individual in work performance;
* adversely affecting an individual's employment opportunity.

In addition to the above, sexual harassment is defined as unwelcome sexual advances, requests for sexual favors and conduct of a sexual nature when:

* submission to such conduct is made either explicitly or implicitly a term or condition of employment; or
* submission to or rejection of such conduct is the basis for or a factor in any employment decision affecting the individual.

Examples of inappropriate conduct/harassment include:

* Verbal harassment - such as epithets, derogatory or suggestive comments, demean jokes, slurs, threats, etc.

* Physical harassment - such as assault, unnecessary touching, impeding or block movement, physical interference with normal work or movement, etc.

* Visual harassment - such as derogatory or demeaning pictures, posters, cards, cartoo graffiti, gestures, etc.

Any officer, manager or supervisor who becomes aware of unlawful harassment or inappropriate behav must take immediate corrective action. In addition, they should consult with their Human Resources Department when investigating harassment claims of any kind.

Any employee who has a complaint, question or concern regarding any type of unlawful discrimination harassment is encouraged to bring it to the attention of their immediate supervisor, their local Hun Resources representative, their local Equal Employment Coordinator or Ralcorp's St. Louis E Employment Opportunity Manager. Employees may also utilize the toll-free confidential reporting hot to report harassment complaints. All concerns and complaints will be thoroughly reviewed investigated in a timely manner. Every effort will be made to conduct the investigation on a confider basis, with disclosure made only where there is need to know. Any prohibited harassing behavior result in disciplinary action up to and including termination of employment. Retaliation or reprisal aga persons who report harassment or cooperate or assist in the investigation of a complaint of harassmer also prohibited by this policy. Persons engaging in such behavior will be subject to disciplinary actior to and including termination of employment.

*Kevin J. Hunt*

Kevin J. Hunt
Co-Chief Executive Officer and
President
January 2004

*David P. Skarie*

David P. Skarie
Co-Chief Executive Officer and
President

**FH000284**